**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

C.A. No. 12-205-RGA (CJB)

DEMAND FOR JURY TRIAL

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 20th day of September, 2013, copies of Plaintiff Comcast IP Holdings I, LLC's Expert Reports of Dr. Eric Burger and Jeffrey S. Dwoskin, respectively, were served upon the following counsel of record via e-mail:

Richard K. Herrmann
Morris James LLP
rherrmann@morrisjames.com

Mary Matterer
Morris James LLP
mmatterer@morrisjames.com

Aaron E. Hankel
Shook, Hardy & Bacon LLP
ahankel@shb.com

Albert F. Harris III
Shook, Hardy & Bacon LLP
afharris@shb.com

Basil Trent Webb
Shook, Hardy & Bacon LLP
bwebb@shb.com

John D. Garretson
Shook, Hardy & Bacon LLP
jgarretson@shb.com

Lynn C. Herndon
Shook, Hardy & Bacon LLP
lherndon@shb.com

Matthew C. Broaddus
Shook, Hardy & Bacon LLP
mbroaddus@shb.com

Robert H. Reckers
Shook, Hardy & Bacon LLP
rreckers@shb.com

Ryan D. Dykal
Shook, Hardy & Bacon LLP
rdykal@shb.com

| | |
|---|---|
| Jared M. Tong<br>Shook, Hardy & Bacon LLP<br>jtong@shb.com | Ryan J. Schletzbaum<br>Shook, Hardy & Bacon LLP<br>schletzbaum@shb.com |

Dated:   September 23, 2013                                         CONNOLLY GALLAGHER LLP

Of Counsel:

DAVIS POLK & WARDWELL LLP

Matthew B. Lehr (#2730)
Anthony Fenwick (*pro hac vice*)
David J. Lisson (*pro hac vice*)
Anna M. Ison (*pro hac vice*)
Micah G. Block (*pro hac vice*)
Shiwoong Kim (*pro hac vice*)
Brooke A. Pyo (*pro hac vice*)
Alex H. Hu (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

By:   */s/ Arthur G. Connolly III*
Arthur G. Connolly III (#2667)
Ryan P. Newell (#4744)
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801
Tel:   (302) 757-7300
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

*Attorneys for Comcast IP Holdings I, LLC*