# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SPRINT COMMUNICATIONS COMPANY L.P.; | ) C.A. No.: 1:12-cv-00205-(RGA) |
| SPRINT SPECTRUM L.P.; and NEXTEL | ) |
| OPERATIONS, INC., | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| Defendants. | ) |
| | ) |

## SPRINT'S MOTION TO STRIKE PORTIONS OF
## JEFFREY DWOSKIN'S EXPERT REPORT AND
## EXCLUDE ALL EVIDENCE OF INDUCED INFRINGEMENT

Defendants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc. (collectively, "Sprint") hereby move that the Court to grant Sprint's Motion to Strike Portions of Jeffrey Dwoskin's Expert Report and Exclude all Evidence of Induced Infringement. The grounds for this Motion are set forth in the Brief in Support that is being filed contemporaneously herewith.

Dated: January 17, 2014

/s/ *Richard K. Herrmann*
Richard K. Herrmann (DE #405)
Mary B. Matterer (DE #2696)
**MORRIS JAMES LLP**
500 Delaware Ave., Suite 1500 Wilmington, DE 19801-1494
T: 302.888.6918
F: 302.571.1750
rherrmann@morrisjames.com
mmatterer@morrisjames.com

1

B. Trent Webb (*pro hac vice*)
Peter Strand (*pro hac vice*)
John Garretson (*pro hac vice*)
Aaron Hankel (*pro hac vice*)
Ryan Schletzbaum (*pro hac vice*)
Ryan D. Dykal (*pro hac vice*)
Lynn C. Herndon (*pro hac vice*)
Lauren Douville (*pro hac vice*)
Albert F. Harris (*pro hac vice*)
Jordan Bergsten (*pro hac vice*)
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
T: 816.474.6550
F: 816.421.5547

Robert Reckers (*pro hac vice*)
Matthew C. Broaddus (*pro hac vice*)
Jared Tong (*pro hac vice*)
Fiona Bell (*pro hac vice*)
**SHOOK, HARDY & BACON LLP**
JPMorgan Chase Tower
600 Travis Street
Suite 3400
Houston, Texas 77002-2992
T: 713.227.8008
F: 713.227.9508

*Attorneys for Sprint*

## CERTIFICATE OF SERVICE

I certify that on the date set forth below the foregoing was electronically filed pursuant to the Court's electronic filing system. Notice of this filing will be sent to all registered counsel of record via the Court's electronic filing system.

Arthur G. Connolly, III
Ryan P. Newell
**CONNOLLY GALLAGHER, LP**
1000 West Street, Ste., 1400
Wilmington, DE 19801
T: 302.757.7300
F: 302.727.7299

*Attorneys For Comcast*


Anthony I. Fenwick
Matthew B. Lehr
David J. Lisson
Micah G. Block
Anna Ison
Shiwoong Kim
Brooke Pyo
Nathan L. Lipscomb
Alex H. Hu
**DAVIS POLK & WARDWELL LLP** 1600 El Camino Real
Menlo Park, CA 94025
T: 650.752.2015
F: 650.752.3615

/s/   Richard K. Herrmann

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>SPRINT COMMUNICATIONS COMPANY L.P.;  )<br>SPRINT SPECTRUM L.P.; and NEXTEL  )<br>OPERATIONS, INC.,  )<br>  )<br>Defendants.  )<br>  ) | C.A. No.: 1:12-cv-00205-(RGA)<br><br>**DEMAND FOR JURY TRIAL** |

### [PROPOSED] ORDER FOR SPRINT'S MOTION TO STRIKE PORTIONS OF JEFFREY DWOSKIN'S EXPERT REPORT AND EXCLUDE ALL EVIDENCE OF INDUCED INFRINGEMENT

Before the Court is Defendants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc. (collectively, "Sprint") Sprint's Motion to Strike Portions of Jeffrey Dwoskin's Expert Report and Exclude all Evidence of Induced Infringement. Having reviewed the Motion and all related briefing, the Court finds good cause exists to grant the Motion. Accordingly, it is

**ORDERED** that Sprint's Motion to Strike Portions of Jeffrey Dwoskin's Expert Report and Exclude all Evidence of Induced Infringement is **GRANTED**.

Date: _____, 2014

_____
United States District Judge

6118142 v1