# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC., | ) C.A. No.: 1:12-cv-00205-(RGA) |
| | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| Defendants. | ) |
| | ) |

## SPRINT'S MOTION FOR SUMMARY JUDGMENT THAT COMCAST'S CLAIMS AGAINST SPRINT'S USE OF <u>ALCATEL-LUCENT</u> PRODUCTS ARE BARRED BY LICENSE AND ESTOPPEL

Defendants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc. (collectively, "Sprint") hereby move that the Court grant Sprint's Motion for Summary Judgment that Comcast's Claims against Sprint's use of <u>Alcatel-Lucent</u> Products are Barred by License and Estoppel. The grounds for this Motion are set forth in the Brief in Support that is being filed contemporaneously herewith.

Dated: January 17, 2014

/s/ *Richard K. Herrmann*
Richard Herrmann (DE #405)
Mary B. Matterer (DE #2696)
**MORRIS JAMES LLP**
500 Delaware Ave., Suite 1500 Wilmington, DE 19801-1494
T: 302.888.6918
F: 302.571.1750
rherrmann@morrisjames.com
mmatterer@morrisjames.com

6118623 v1

B. Trent Webb (*pro hac vice*)
Peter Strand (*pro hac vice*)
John Garretson (*pro hac vice*)
Aaron Hankel (*pro hac vice*)
Ryan Schletzbaum (*pro hac vice*)
Ryan D. Dykal (*pro hac vice*)
Lynn C. Herndon (*pro hac vice*)
Lauren Douville (*pro hac vice*)
Albert F. Harris (*pro hac vice*)
Jordan Bergsten (*pro hac vice*)
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
T: 816.474.6550
F: 816.421.5547

Robert Reckers (*pro hac vice*)
Matthew C. Broaddus (*pro hac vice*)
Jared Tong (*pro hac vice*)
Fiona Bell (*pro hac vice*)
**SHOOK, HARDY & BACON LLP**
JPMorgan Chase Tower
600 Travis Street
Suite 3400
Houston, Texas 77002-2992
T: 713.227.8008
F: 713.227.9508

*Attorneys for Sprint*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC,       Plaintiffs, v. SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC.,       Defendants. | C.A. No.: 1:12-cv-00205-(RGA) **DEMAND FOR JURY TRIAL** |

**[PROPOSED] ORDER FOR SPRINT'S MOTION FOR
SUMMARY JUDGMENT THAT COMCAST'S CLAIMS AGAINST SPRINT'S USE OF
ALCATEL-LUCENT PRODUCTS ARE BARRED BY LICENSE AND ESTOPPEL**

Before the Court is Defendants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc.'s (collectively, "Sprint") Motion for Summary Judgment that Comcast's Claims against Sprint's use of Alcatel-Lucent Products are Barred by License and Estoppel. Having reviewed the Motion and all related briefing, the Court finds that no genuine issue of material fact exists and Sprint is entitled to judgment as a matter of law. Accordingly, it is

**ORDERED** that Sprint's Motion for Summary Judgment that Comcast's Claims against Sprint's use of Alcatel-Lucent Products are Barred by License and Estoppel is **GRANTED**.

Date: _____, 2014

                                                                         _____
                                                                         United States District Judge

6118623 v1