# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>SPRINT COMMUNICATIONS COMPANY L.P.;  )<br>SPRINT SPECTRUM L.P.; and NEXTEL  )<br>OPERATIONS, INC.,  )<br>  )<br>  Defendants.  )<br>  ) | **PUBLIC - REDACTED VERSION**<br><br><br>C.A. No.: 1:12-cv-00205-(RGA)<br><br>**DEMAND FOR JURY TRIAL** |

## SPRINT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY AND NO WILLFUL INFRINGEMENT OF U.S. PATENT NO. 7,012,916

Defendants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc. (collectively, "Sprint") hereby move that the Court to grant Sprint's Motion for Partial Summary Judgment of Invalidity And No Willful Infringement of U.S. Patent No. 7,012,916. The grounds for this Motion are set forth in the Brief in Support that is being filed contemporaneously herewith.

Dated: January 17, 2014

**Public version filed: January 31, 2014**

　　　　　　　　　　　　　　　　　　　　　/s/ Richard K. Herrmann
Richard Herrmann (DE #405)
Mary B. Matterer (DE #2696)
**MORRIS JAMES LLP**
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
T: 302.888.6918
rherrmann@morrisjames.com
mmatterer@morrisjames.com

1

B. Trent Webb (*pro hac vice*)
Peter Strand (*pro hac vice*)
John Garretson (*pro hac vice*)
Aaron Hankel (*pro hac vice*)
Ryan Schletzbaum (*pro hac vice*)
Ryan D. Dykal (*pro hac vice*)
Lynn C. Herndon (*pro hac vice*)
Lauren Douville (*pro hac vice*)
Albert F. Harris (*pro hac vice*)
Jordan Bergsten (*pro hac vice*)
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
T: 816.474.6550
F: 816.421.5547

Robert Reckers (*pro hac vice*)
Matthew C. Broaddus (*pro hac vice*)
Jared Tong (*pro hac vice*)
Fiona Bell (*pro hac vice*)
**SHOOK, HARDY & BACON LLP**
JPMorgan Chase Tower
600 Travis Street
Suite 3400
Houston, Texas 77002-2992
T: 713.227.8008
F: 713.227.9508

*Attorneys for Sprint*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SPRINT COMMUNICATIONS COMPANY L.P.; | ) C.A. No.: 1:12-cv-00205-(RGA) |
| SPRINT SPECTRUM L.P.; and NEXTEL | ) |
| OPERATIONS, INC., | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| Defendants. | ) |
| | ) |

## [PROPOSED] ORDER FOR SPRINT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY AND NO WILLFUL INFRINGEMENT OF U.S. PATENT NO. 7,012,916

Before the Court is Defendants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc.'s (collectively, "Sprint") Motion For Partial Summary Judgment of Invalidity And No Willful Infringement of U.S. Patent No. 7,012,916. Having reviewed the Motion and all related briefing, the Court finds that no genuine issue of material fact exists and Sprint is entitled to judgment as a matter of law. Accordingly, it is

**ORDERED** that Sprint's Motion for Partial Summary Judgment of Invalidity And No Willful Infringement of U.S. Patent No. 7,012,916 is **GRANTED**.

Date: _____, 2014

_____
United States District Judge