REDACTED - PUBLIC VERSION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMCAST IP HOLDINGS I, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **PUBLIC - REDACTED VERSION** |
| v. | ) | |
| | ) | |
| SPRINT COMMUNICATIONS COMPANY L.P.; | ) | C. A. No.: 1:12-cv-00205-RGA |
| SPRINT SPECTRUM L.P.; and NEXTEL | ) | |
| OPERATIONS, INC., | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendants. | ) | ██████████ |
| | ) | |

### CORRECTED DECLARATION OF ROBERT RECKERS IN SUPPORT OF SPRINT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY AND NO WILLFUL INFRINGEMENT OF U.S. PATENT NO. 7,012,916

B. Trent Webb (*pro hac vice*)
Peter Strand (*pro hac vice*)
John Garretson (*pro hac vice*)
Aaron Hankel (*pro hac vice*)
Ryan Schletzbaum (*pro hac vice*)
Ryan D. Dykal (*pro hac vice*)
Lynn C. Herndon (*pro hac vice*)
Lauren Douville (*pro hac vice*)
Albert F. Harris (*pro hac vice*)
Jordan Bergsten (*pro hac vice*)
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
T: 816.474.6550

Robert Reckers (*pro hac vice*)
Matthew C. Broaddus (*pro hac vice*)
Jared Tong (*pro hac vice*)
Fiona Bell (*pro hac vice*)
**SHOOK, HARDY & BACON LLP**
600 Travis Street, Suite 3400
Houston, Texas 77002-2992
T: 713.227.8008

*Attorneys for Sprint*

Richard K. Herrmann (DE #405)
Mary B. Matterer (DE #2696)
**MORRIS JAMES LLP**
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
T: 302.888.6918
rherrmann@morrisjames.com
mmatterer@morrisjames.com


**Dated: January 27, 2014**

**Public version filed: January 31, 2014**

REDACTED - PUBLIC VERSION

## <u>DECLARATION OF ROBERT RECKERS</u>

I, Robert Reckers, declare as follows:

1.  I am an attorney licensed to practice in the State of Texas, and I have been admitted to this Court *pro hac vice*. I am a member at the law firm Shook, Hardy & Bacon, L.L.P., 600 Travis Street, Suite 3400, Houston, Texas 77002, which represents Defendants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc. (collectively, "Sprint") in the above-entitled action. I make this declaration pursuant to 28 U.S.C. § 1746 in support of Sprint's Motion to for Partial Summary Judgment of Invalidity and No Willful Infringement of U.S. Patent No. 7,012,916.  Unless otherwise noted· the statements made herein are of my own first-hand knowledge, and if called upon to testify thereof, I could and would do so competently.

2.  Attached hereto as **<u>Exhibit A</u>** is a true and accurate copy of U.S. Patent No. 7,012,916.

3.  Attached hereto as **<u>Exhibit B</u>** is a true and accurate copy of Request for Comments (RFC) 1703.

4.  Attached hereto as **<u>Exhibit C</u>** is a true and accurate copy of an Office Action in *Ex Parte* Reexamination that the United States Patent and Trademark Office ("USPTO") mailed on September 24, 2013, and that was downloaded from the USPTO's Patent Application Information Retrieval (PAIR) system on January 15, 2013.

5.  Attached hereto as **<u>Exhibit D</u>** is a true and accurate excerpted copy of the Rebuttal Expert Report of Dr. Eric Burger Regarding the Validity of U.S. Patent Nos. 7,012,916; 8,170,008; and 8,204,046, which was served on October 25, 2013.

REDACTED - PUBLIC VERSION

6.      Attached hereto as **Exhibit E** is a true and accurate excerpted copy of *Webster's II New College Dictionary* (Houghlin Mifflin Co. 1995).

7.      Attached hereto as **Exhibit F** is a true and accurate excerpted copy of *IEEE Standard Computer Dictionary: A Compilation of IEEE Standard Computer Glossaries* (The Institute of Electrical and Electronics Engineers 1990).

8.      Attached hereto as **Exhibit G** is a true and accurate excerpted copy of *Hypertext Transfer Protocol-HTTP/1.0, HTTP Working Group Internet Draft*, T. Berners-Lee, *et al.* (Oct. 1995), which was last accessed on January 16, 2013.

9.      Attached hereto as **Exhibit H** is a true and accurate excerpted copy of the Reply Expert Report of Dr. Eric Burger, which was served on November 8, 2013.


Executed this 27th day of January, 2014.


                                                    */s/ Robert Reckers*

3

# EXHIBIT A



US007012916B2

(12) **United States Patent**
Low et al.

(10) Patent No.: **US 7,012,916 B2**
(45) Date of Patent: **Mar. 14, 2006**

(54) **METHOD AND APPARATUS FOR ACCESSING COMMUNICATION DATA RELEVANT TO A TARGET ENTITY IDENTIFIED BY A NUMBER STRING**

(75) Inventors: **Colin Low**, Wotton-under-Edge (GB); **Andrew Franklin Seaborne**, Bristol (GB); **Nicolas Bouthors**, Les Bealires (FR)

(73) Assignee: **Hewlett-Packard Development Company, L.P.**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 749 days.

(21) Appl. No.: **10/052,285**

(22) Filed: **Jan. 18, 2002**

(65) **Prior Publication Data**

US 2002/0167940 A1 Nov. 14, 2002

**Related U.S. Application Data**

(62) Division of application No. 09/077,795, filed as application No. PCT/GB96/03055 on Dec. 11, 1996, now Pat. No. 6,466,570.

(30) **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Dec. 11, 1995 | (GB) | ................................. | 9525190 |
| Dec. 22, 1995 | (EP) | ................................. | 95410148 |
| Feb. 20, 1996 | (GB) | ................................. | 9603582 |

(51) **Int. Cl.**
*H04L 12/06* (2006.01)
*C06F 17/30* (2006.01)
*H04M 7/00* (2006.01)

(52) **U.S. Cl.** ...................... **370/352**; 370/389; 370/401; 370/427; 379/221.01; 379/230; 379/900; 707/10; 709/219

(58) **Field of Classification Search** ................. 370/352, 370/389, 353, 380, 392, 396, 401, 404, 427, 370/435, 450, 465, 485; 379/88.17, 90.01, 379/93.01, 93.05, 93.09, 100.15, 100.16, 379/230, 221.01, 221.09, 221.08, 221.06, 379/87.17, 900, 220.01; 707/10, 201; 709/200, 709/201, 217, 219
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,659,877 A    4/1987 Dorsey et al.

(Continued)

FOREIGN PATENT DOCUMENTS

EP        0 654 930    5/1995

(Continued)

OTHER PUBLICATIONS

Bonetti, et al., "Distribution of RFC 1327 mapping rules via the Internet DNS: the INFNet distributed gateway system," *Computer Networks and ISDN Systems*, vol. 27, No. 3 pp. 461–469 (Dec. 1994).

(Continued)

*Primary Examiner*—William A. Luther

(57) **ABSTRACT**

Service resource items (**49**) for use in call setup in a telephone system are held on servers (**58**) that are connected to a computer network which is logically distinct from the telephone system infrastructure; this computer network may, for example, make use of the Internet. Each service resource item (**49**) is locatable on the network at a corresponding URI and is associated with a particular telephone number. A mapping is provided between telephone numbers and the URIs of associated service resource items. When it is desired to access a service resource item (**49**) associated with a particular telephone number, this mapping is used to retrieve the corresponding URI (step **55**) which is then used to access the desired service resource item (**56, 57, 59**).

**62 Claims, 14 Drawing Sheets**



**US 7,012,916 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,351,276 | A | 9/1994 | Doll, Jr. et al. |
| 5,423,003 | A | 6/1995 | Berteau |
| 5,438,568 | A | 8/1995 | Weisser, Jr. |
| 5,452,350 | A | 9/1995 | Reynolds et al. |
| 5,546,452 | A | 8/1996 | Andrews et al. |
| 5,703,940 | A | 12/1997 | Sattar et al. |
| 5,708,780 | A | 1/1998 | Levergood et al. |
| 5,742,905 | A | 4/1998 | Pepe et al. |
| 5,751,961 | A | 5/1998 | Smyk |
| 5,799,063 | A | 8/1998 | Krane |
| 5,799,317 | A | 8/1998 | He et al. |
| 5,802,146 | A | 9/1998 | Dulman |
| 5,812,656 | A | 9/1998 | Garland et al. |
| 5,812,776 | A | * 9/1998 | Gifford ...................... 709/217 |
| 5,838,682 | A | 11/1998 | Dekelbaum et al. |
| 5,838,768 | A | 11/1998 | Sumar et al. |
| 5,870,454 | A | 2/1999 | Dahlen |
| 5,873,077 | A | 2/1999 | Kanoh et al. |
| 5,917,817 | A | 6/1999 | Dunn et al. |
| 5,953,392 | A | 9/1999 | Rhie et al. |
| 5,958,016 | A | 9/1999 | Chang et al. |
| 5,966,427 | A | 10/1999 | Shaffer et al. |
| 6,014,379 | A | 1/2000 | White et al. |
| 6,014,437 | A | 1/2000 | Acker et al. |
| 6,021,126 | A | 2/2000 | White et al. |
| 6,023,724 | A | 2/2000 | Bhatia et al. |
| 6,026,441 | A | 2/2000 | Ronen |
| 6,029,203 | A | 2/2000 | Bhatia et al. |
| 6,067,516 | A | 5/2000 | Levay et al. |
| 6,084,956 | A | 7/2000 | Turner et al. |
| 6,097,804 | A | 8/2000 | Gilbert et al. |
| 6,115,737 | A | 9/2000 | Ely et al. |
| 6,125,113 | A | 9/2000 | Farris et al. |
| 6,131,095 | A | 10/2000 | Low et al. .................. 707/10 |
| 6,141,413 | A | 10/2000 | Waldner et al. |
| 6,466,570 | B1 | 10/2002 | Low et al. .................. 370/352 |
| 6,594,254 | B1 | * 7/2003 | Kelly ........................ 370/352 |
| 2002/0114324 | A1 | 8/2002 | Low et al. .................. 370/352 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 740 445 | 10/1996 |
| WO | 93/25035 | 12/1993 |
| WO | 94/23523 | 10/1994 |
| WO | 96/09714 | 3/1996 |
| WO | 96/20553 | 7/1996 |
| WO | 96/38018 | 11/1996 |
| WO | 97/16007 | 5/1997 |
| WO | 97/20424 | 6/1997 |
| WO | 97/26749 | 7/1997 |
| WO | 97/32427 | 9/1997 |

### OTHER PUBLICATIONS

Sevick, et al., "Customers in Driver's Seat: Private Intelligent Network Control Point," *ISS '95 World Telecommunications Congress*, vol. 2, pp. 41–44 (1995).

Yang, et al., "The Design and Implementation of a Service Logic Execution Environment Platform," *Globecom '93*, vol. 3 (Nov. 1993).

Esaki, et al., "Abstraction and Control of Transport Network Resources for Intelligent Networks," *Electronics & Communications in Japan: Part 1—Communications*, vol. 76, No. 1 (Jan. 1993).

Chang, et al., "Rapid deployment of CPE–based telecommunications services," *IEEE Globecon*, vol. 2 pp. 876–880 (Nov. 1994).

Swale, R.P. and D.R. Chesterton, "Distributed intelligence and data in public and private networks," *BT Technology Journal*, vol. 13, No. 2 pp. 95–104 (Apr. 1995).

Comer, et al., "Uniform Access to Internet Directory Services," *Computer Communication Review*, vol. 20, No. 4 pp. 50–59 (Sep. 1990).

Comer, D.E., *Internetworking With TCP/IP vol. 1: Principles, Protocols, and Architecture*, Prentice–Hall, Inc., pp. 329–330 (1991).

Mach2 DNS (Domain Name Services) Module Au–A–11045/97 (Jun. 13, 1995).

Muffett, A., *Proper Care and Feeding of Firewalls*, Sun Microsystems, pp. 1–12 (Nov. 14, 1994).

Berners–Lee, et al., "Hypertext Transfer Protocol—HTTP/ 1.0," *HTTP Working Group Internet Draft* (Oct. 1995).

Eckardt, T., et al., "On the Personal Communications Impacts on Multimedia Teleservices," *Technical University of Berlin*, pp. 435–449 (1994).

Mockapetris, P., "Domain Names–Concepts and Facilities," *RFC 1034* (Nov. 1987).

Mockapetris, P., "Domain Names–Implementation and Specificiation," *RFC 1035*, 45 pages (Nov. 1987).

Malamud, C. and Rose, M., "Principles of Operation for the TPC.INT Subdomain: Remote Printing—Technical Procedures," *RFC 1528*, 10 pages (Oct. 1993).

Malamud, C. and Rose, M., "Principles of Operation for the TPC.INT Subdomain: Remote Printing—Administrative Policies," *RFC 1529*, 5 pages (Oct. 1993).

Malamud, C. and Rose, M., "Principles of Operation for the TPC.INT Subdomain: General Principles and Policy," *RFC 1530*, 6 pages (Oct. 1993).

Berners–Lee, T., "Universal Resource Identifiers in WWW," *RFC 1630*, 23 pages (Jun. 1994).

Manning, B. and Colella, R., "DNS NSAP Resource Records," *RFC 1706*, 9 pages (Oct. 1994).

Swale, R., "Virtual Networks of the Future—Converging Public and Private IN," *BT Technology Journal*, pp. 6/1–6/5 (1993).

Swale, et al., "Convergence of Public and Private IN," *BT Technology Journal*, pp. 216–221 (1992).

"Web–On–Call Voice Browser Redefines Access to the Web," *The Netphonic Press Release*, (Mar. 1996).

Atkins, et al., "Integrated Web and Telephone Service Creation," *Bell Labs Technical Journal*, pp. 19–35 (1997).

Tao, et al., "Internet Access via Baseband and Broadband ISDN Gateways," *IEEE International Conference on Computers and Communications*, pp. 485–490 (Apr. 1994).

"Workstation Communications System," *IBM Technical Disclosure Bulletin*, vol. 37, No. 39, (Sep. 1994).

Biala, J., "Mobile Radio and Intelligent Networks," *Principles and Realization of Mobile Communication*, 2nd, revised edtiion, pp. 42–44, 49–51, 53, 82–83 and 341 (1995).

Everhart, C., et al., "RFC 1183–New DNS RR Definitions," Internet: <http://www. faqs.org/rfcs/rfc1183.html>0 pp. 1–9 (Oct. 1990).

Hvassbovd, Svien–Olaf, et al., "The ClustRa Telecom Database: High Availability, High Throughput, and Real–Time Response," *Proceedings of the 21st VLDB Conference*, pp. 469–477 (1995).

Mockapetris, P. "RFC 1101–DNS Encoding of Network Names and Other Types," Internet: <http://www.faqs.org/ rfcs/rfc1101.html> pp. 1–12 (Apr. 1989).

US 7,012,916 B2

Page 3

Crocker, D.H., "RFC 822–Standard For the Format of ARPA Internet Text Messages," *RFC 822*Internet: <http://www.fans.org/rfcs/rfcB22.html>.

Girod, L., et al., "Requirements for URN Resolution Systems," Internet: <http://www.potaroo.net/ietf/idref/draft-girod-urn-res-require/>.

Hamilton, M., "Uniform Resource Identifiers & The Simple Discovery Protocol," *Department of Computer Studies*, Internet: <http://martinh.net/uris/uris.html>32 pages total (Jun. 20, 1995).

Hardcastle–Eille, S. E., "RFC 1279 X.500 and Domains," *RFC 1279*Internet: <http://ww.faqs.org/rfcs/rfc1279.html>pp. 1–12 (Nov. 1991).

Nealling, M., et al., "Uniform Resource Names, ISO OIDs and DNS," Internet: <http://ww.gbiv.com/protocols/uri/drafts/draft-mealling-oid-dns-00.txt>pp. 1–14 (Nov. 1993).

Mitra, et al., "Uniform Resource Names," Internet: <http://www.mitra.biz/uri/graft-ictt-uri-resource-names-03.txt>pp. 1–9 (Nov. 1994).

Rose, M., et al., "RFC 1486–An Experiment In Remote Printing" *RFC 1486*Internet: <http://www.faqs.org/rfcs/rfc1486.html>pp. 1–12 (Jul. 1993).

Shafer, K.E. et al., "Urn Services," Internet: <http://staff.oclc.org/research/publications/shafer/urn/draft-shafer-uri-urn-resolution-00.html>pp. 1–10 (Jun. 1995).

Shafer, K.E., et al., "Urn Services," Internet: <http://staff.oclc.org.oclc/research/publications/shafer/urn/draft-ietf-uri-urn-resolution-01.html>pp. 1–14 (Jul. 1995).

Sollins, K. et al., "RPC 1737–Functional Requirement for Uniform Resource Names," *RFC 1737*, Internet: <http://www.faqs.org/rfcs/rfc1737.html>pp. 1–6 (Dec. 1994).

The Urn Implementors, "Uniform Resource Names," *D–Lib Magazine*, Internet: <http://www.dlib.org/dlib/February 96/02arms.html>pp. 1–6 (Feb. 1996).

* cited by examiner



# FIG. 1
(PRIOR ART)



# FIG. 2
(PRIOR ART)



# FIG. 3

(PRIOR ART)



**FIG. 4**
(PRIOR ART)



http : //www.hp.com/Products.htlm

SCHEME      HOST LOCATION      ABSOLUTE  PATH

**FIG.  5**
(PRIOR ART)



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12A

FIG. 12B

FIG. 12C



FIG. 13



FIG. 14



FIG. 15



FIG. 16



**FIG. 17**



FIG. 18

US 7,012,916 B2

1

**METHOD AND APPARATUS FOR ACCESSING COMMUNICATION DATA RELEVANT TO A TARGET ENTITY IDENTIFIED BY A NUMBER STRING**

This is a divisional of U.S. Ser. No. 09/077,795, filed on Jun. 5, 1998 now U.S. Pat. No. 6,466,570, which is the U.S. National Stage Application of PCT International Application No. PCT/GB96/03055, filed on Dec. 11, 1996. The present invention relates to methods and apparatus for accessing communication data relevant to a target entity identified by a number string.

FIELD OF THE INVENTION

As used herein, the term "switched telecommunication system" means a system comprising a bearer network with switches for setting up a bearer channel through the network. The term "switched telecommunication system" is to be taken to include not only the existing public and private telephone systems (whether using analogue phones or ISDN-based), but also broadband (ATM) and other switch-based bearer networks that are currently being implemented or may emerge in the future. For convenience, the term "switched telecommunication system" is sometimes short-ened herein to telecommunication system.

Reference to a "call" in the context of a switched tele-communication system is to be understood as meaning a communication through a bearer channel set up across the bearer network, whilst references to call setup, maintenance and takedown are to be taken to mean the processes of setting up, maintaining and taking down a bearer channel through the bearer network. Terms such as "call processing" and "call handling" are to be similarly interpreted.

The term "communication system" when used herein should be understood as having a broader meaning than switched telecommunication system, and is intended to include datagram-based communication systems where each data packet is independently routed through a bearer net-work without following a predetermined bearer channel.

BACKGROUND OF THE INVENTION

Telecommunication companies running PSTNs (Public Switched Telephone Networks) and PLMNs (Public Land Mobile Networks) are in the business of providing commu-nication services and in doing so are providing increasing built-in intelligence in the form of "IN services" such as 800 number services and call forwarding. In contrast, the World Wide Web (WWW), which has seen explosive growth in recent times, is an example of an Internet-based global network providing complex information services. These two worlds, that of the large communications utilities and that of the highly dynamic, pioneer-spirit WWW information culture, are uneasy companions and each plans to encroach on the domain previously occupied by the others; thus telephony services will be offered over the WWW and information services over the public communication infra-structure.

The present invention proposes technologies for a more synergetic relationship between these two worlds than is currently envisaged and in order to place the present inven-tion in context, a review will first be given of each of these two worlds.

Telephone Networks with in Services

The Basic PSTN. The basic service provided by a PSTN (Public Switched Telephone Network) is the interconnection of two telephones (that is, setting up a bearer channel

2

between the telephones) according to a called-party tele-phone number input at the calling-party telephone. FIG. 1 is a simplified representation of a PSTN providing such a service. In particular, customer premises equipment, CPE, 10 (such as standard analogue telephones, but also more recently ISDN terminals) are connected through an access network 11 to switching points, SPs 12. The SPs 12 form nodes in an inter-exchange network 13 made up of inter-connecting trunks 14 and SPs that are controlled by control entities 15 in the SPs. The control effected by the control entities 15 is determined by signalling inputs received from the CPEs and other SPs, and involves call setup, mainte-nance and clearance to provide the desired bearer channel between calling CPE and called CPE. Conceptually, the PSTN may be thought of as a bearer network and a control (signalling) network, the function of the latter being to effect call control through the bearer network, namely the control of setup, maintenance and take down of bearer channels through the bearer network; in practice, the bearer and signalling networks may use the same physical circuits and even the same logical channels.

Thus, where the CPE is a traditional dumb telephone, control signalling between the CPE and its local SP is in-band signalling, that is, the signalling is carried on the same channel as used for voice; this signalling is interpreted and converted at the SPs 12 into signalling between SPs that uses a dedicated common-channel signalling network 16 (implemented nowadays using the SS7 protocol suite). Where the CPE is an ISDN terminal, signalling is carried in a separate channel directly from the CPE on an end-to-end. Modern SPs use the ISUP (ISDN User Part) SS7 protocol for inter-exchange call control signalling whether the CPE is a standard telephone or an ISDN terminal.

Telephone Numbering Plans—As certain aspects of the present invention are influenced by the structuring of tele-phone numbers, a brief description will now be given of the structuring of such numbers. Telephone numbers form an international, hierarchical addressing scheme based on groups of decimal digits. The top level of the hierarchy is administered by the ITU-T, which has allocated single-digit numeric codes to the major geographic zones (for example "1" for North America, "2" for Africa, "3" for Europe, "4" for Europe, "5" for South America and Cuba, etc.). Within each zone countries are assigned 2 or 3 digit codes, so that within zone 3 France is "33", and within zone 4 the UK is "44". Administration of the numbering plan within a country is delegated to a national body, such as the Office of Telecommunications ("Oftel") in the UK. The following further description is based on the UK numbering plan, but the scheme described will be recognised as having wide-spread applicability.

In the UK all national numbers are prefixed by a code from 01 to 09 (the '0' prefix is dropped in international dialling). The currently assigned codes are "01" for Geo-graphic Area Codes, "02" for Additional Geographic Area Codes, "04" for Mobile Services, "07" for Personal Numbers, and "08" for Special Service (freephone, information). Normal wireline PSTN subscriber telephone numbers are allocated from the Geographic Area Code codes, and currently only codes prefixed by 01 are allocated. Geographic area codes are presently 3 or 4 digits (excluding the leading '0') and there are currently 638 geographic areas each with its own code. A full national UK dialled number takes two forms:

US 7,012,916 B2

3

| 0 | 171 | 634 8700 |
| | area code | local number (7 digit) |
| 0 | 1447 | 456 987 |
| | area code | local number (6 digit) |

The first case has the '0' prefix, a 3 digit area code and a 7 digit local number, and the second case has the '0' prefix, a 4 digit area code, and a 6 digit local number. Further interpretation of the local number will take place within the area exchange, as even a 6 digit address space is too large for a single switch, and for a typical local area several switches may be needed to host the required number of subscriber lines. This interpretation is opaque and is a matter for the area service provider.

In the current PSTN the inherently hierarchical and geographic interpretation of telephone numbers is mirrored by the physical architecture of the network. A telephone number is structured in a way that makes it easy to route a call through the network. At each step, the prefix of the number provides information about the current routing step, and the suffix (perhaps opaquely) provides information about subsequent routing steps; as long as a switch knows how to parse a prefix and carry out a routing step, it does not need to understand the content of the suffix, which is left for subsequent routing steps. For this reason the international and national switching fabric is also organised hierarchically.

Intelligent Networks. Returning now to a consideration of the current telephone network infrastructure, in addition to basic call handling, an SP may also serve to provide what are called IN (Intelligent Network) services; in this case the SP is termed a service switching point, SSP. An SSP 25 is arranged to suspend call processing at defined points-in-call upon particular criteria being met, and to delegate the continuation of call processing to a service control subsystem providing a service control function (SCF) either in the form of a service control point, SCP 17 (see FIG. 2) or an Adjunct 18. The Adjunct 18 is directly associated with an SSP 25 whilst the SCP 17 and SSP 25 communicate with each other via an extended common channel signalling (CCS) network 16 that may include signal transfer points (STP) 19. The SCP 17 may be associated with more than one SSP 25. Both the SCP 17 and Adjunct 18 provide a service logic execution environment (SLEE) 20 in which instances of one or more service logic programs (SLP) 21 can execute. The SLEE 20 and SLP 21 together provide service control functionality for providing services to the SSP 25.

Service logic running in an SCP or Adjunct will generally make use of subscriber information stored in a service data function (SDF) 22 that may be integral with the SCP/Adjunct or partially or wholly separate therefrom. The service data function (SDF), like the service control function (SCF) forms part of the service control subsystem of the PSTN. It may be noted that some or all of the service control function may be built into the PSTN switches themselves.

In addition to the SCP 17 and Adjunct 18, the FIG. 2 network includes an intelligent peripheral (IP) 23. The IP 23 provides resources to the SSP 25 such as voice announcements and DTMF digit collection capabilities. The network will also include an operation system (not shown) that has a general view of the network and its services and performs functions such as network monitoring and control.

In operation, when the SSP 25 receives a call, it examines internal trigger conditions and, possibly, user information (eg dialled digits) to ascertain if the call requires a service to

4

be provided by the service control subsystem 17, 18; the checking of trigger conditions may be carried out at several different points in call processing. Where the SSP 25 determines that a service is required it messages the service control subsystem (either SCP 17 or Adjunct 18) requesting the desired service and sending it a logic representation of the call in terms of its connectivity and call processing status. The service control subsystem then provides the requested service and this may involve either a single interaction between the SSP and service control subsystem or a session of interactions. A typical service is call forwarding which is a called-party service giving expression to an end-user requirement as simple as "if you call me on number X and it rings ten times, try calling number Y". In this case, it is the SSP local to the called end-user that triggers its associated SCP (or Adjunct) to provide this service; it will, of course, be appreciated that the SSP must be primed to know that the service is to be provided for a called number X.

The above-described model for the provision of IN services in a PSTN can also be mapped onto PLMNs (Public Land Mobile Networks) such as GSM and other mobile networks. Control signalling in the case of a mobile subscriber is more complex because in addition to all the usual signalling requirements, there is also a need to establish where a call to a mobile subscriber should be routed; however, this is not a very different problem from a number of called-party IN services in the PSTN. Thus in GSM, the service-data function (SDF) is largely located in a system named a Home Location Register (HIR) and the service control function in a system named a Visitor Location Register (VLR) that is generally associated on a one-to-one basis with each SSP (which in GSM terminology is called a Mobile Switching Centre, MSC).

Because subscribers are mobile, the subscriber profile is transported from the HLR to whichever VLR happens to be functionally closest to the mobile subscriber, and from there the VLR operates the (fixed) service using the subscriber profile and interacts with the SSP. The HLR and VIR thus constitute a service control subsystem similar to an SCP or Adjunct with their associated databases.

It is, of course, also possible to provide IN services in private telephone systems and, in this case, the service control function and service data function are generally either integrated into a PABX (Private Automatic Branch Exchange) or provided by a local computer. The service control subsystem, whilst present, may thus not be a physically distinct from the PABX.

The above-described general architectural framework for providing IN services has both strengths and flaws. Its main strength is that it works and many services have been successfully deployed, such as 800 number services, credit card calling, voicemail, and various call waiting and redirection services. However, despite years of standardisation, services are still implemented one-at-a-time on proprietary platforms and do not scale well. The approach has been based on large, fault-tolerant systems which provide services for hundreds of thousands or even millions of subscribers and take years to deploy. Furthermore, since the networks used to support these services also constitute the basic telephone infrastructure, anything attached to these networks must be rigorously vetted. Additionally, each country and operator tends to have local variations of the so-called standards making it difficult to supply standard products and thereby braking the dynamics of competition.

The World Wide Web

In contrast to the slow deliberate progress of the telephone infrastructure, the WWW has grown explosively from its

US 7,012,916 B2

5

inception in 1989 to become the primary electronic information distribution service in terms of spread, availability and richness of information content. Anyone can, for a modest outlay, become an information provider with a world-wide audience in a highly interconnected information architecture.

The WWW is a client-server application running over the Internet and using a client-server protocol which mandates only the simplest of exchanges between client and server. This protocol is HTTP (Hyper Text Transfer Protocol) which is optimised for use over TCP/IP networks such as the Internet; the HTTP protocol can, however, also be used over networks using different communication protocol stacks.

Since the availability of literature concerning the WWW has seen the same sort of growth as the WWW itself, a detailed description of the WWW, HTTP and the Internet will not be given herein. An outline description will, however, be given with attention being paid to certain features of relevance to the present invention.

The WWW uses the Internet for interconnectivity. Internet is a system that connects together networks on a world-wide basis. Internet is based on the TCP/IP protocol suite and provides connectivity to networks that also use TCP/IP. For an entity to have a presence on the Internet, it needs both access to a network connected to the Internet and an IP address. IP addresses are hierarchically structured. Generally an entity will be identified at the user level by a name that can be resolved into the corresponding IP address by the Domain Name System (DNS) of the Internet. Because the DNS or adaptions of it are fundamental to at least certain embodiments of the invention described hereinafter, a description will next be given of the general form and operation of the DNS.

The Domain Name System—The DNS is a global, distributed, database, and without its performance, resilience and scalability much of the Internet would not exist in its current form. The DNS, in response to a client request, serves to associate an Internet host domain name with one or more Registration Records (RR) of differing types, the most common being an address (A) record (such as 15.144.8.69) and mail exchanger (MX) records (used to identify a domain host configured to accept electronic mail for a domain). The RRs are distributed across DNS servers world-wide, these servers cooperating to provide the domain name translation service; no single DNS server contains more than a small part of the global database, but each server knows how to locate those DNS servers which are "closer" to the data than it is. For present purposes, the main characteristics of the DNS of interest are:

The host name space is organised as a tree-structured hierarchy of nodes with each host having a corresponding leaf node; each node has a label (except the root node) and each label begins with an alphabetic character and is followed by a sequence of alphabetic characters or digits. The full, or "fully qualified" name of a host is the string of node labels, each separated by a ".", from the corresponding leaf node to the root node of the hierarchy, this latter being represented by a terminating "." in the name. Thus a host machine "fred" of Hewlett-Packard Laboratories in Bristol, England will have a fully qualified domain name of "fred.hpl.hp.com." (note that if a host name does not have a terminal "." it is interpreted relative to the current node of the naming hierarchy).

Each host has one or more associated Registration Records (RRs).

There are a plurality of DNS servers each with responsibility for a subtree of the name space. A DNS server

6

will hold RRs for all or part of its subtree—in the latter case it delegates responsibility for the remainder of the subtree to one or more further DNS servers. A DNS server knows the address of any server to which it has delegated responsibility and also the address of the server which has given it the responsibility for the subtree it manages. The DNS servers thus point to each other in a structuring reflecting that of the naming hierarchy.

An application wishing to make use of the DNS does so through an associated "resolver" that knows the address of at least one DNS server. When a DNS server is asked by this resolver for an RR of a specified host, it will return either the requested RR or the address of a DNS server closer to the server holding the RR in terms of traversal of the naming hierarchy. In effect, the hierarchy of the servers is ascended until a server is reached that also has responsibility for the domain name to be resolved; thereafter, the DNS server hierarchy is descended down to the server holding the RR for the domain name to be resolved.

The DNS uses a predetermined message format (in fact, it is the same for query and response) and uses the IP protocols.

These characteristics of the DNS may be considered as defining a "DNS-type" system always allowing for minor variations such as in label syntax, how the labels are combined (ordering, separators), the message format details, evolutions of the IP protocols etc.

Due to the hierarchical naming structure, it is possible to delegate responsibility for administering domains (subtrees) of the name space recursively. Thus, the top-level domains are administered by InterNic (these top-level domains include the familiar 'com', 'edu', 'org', 'int', 'net', 'mil' domains as well as top-level country domains specified by standard two-letter codes such as 'us', 'uk', 'fr' etc.). At the next level, by way of example Hewlett-Packard Company is responsible for all names ending in 'hp.com' and British Universities are collectively responsible for all names ending in 'ac.uk'. Descending further, and again by way of example, administration of the domain 'hpl.hp.com' is the responsibility of Hewlett-Packard Laboratories and administration of the subtree (domain) 'newcastle.ac.uk' is the responsibility of the University of Newcastle-upon-Tyne.

FIG. 3 illustrates the progress of an example query made from within Hewlett-Packard Laboratories. The host domain name to be resolved is 'xy.newcastle.ac.uk', a hypothetical machine at the University of Newcastle, United Kingdom. The query is presented to the DNS server responsible for the "hpl.hp.com" subtree. This server does not hold the requested RR and so responds with the address of the "hp.com" DNS server; this server is then queried and responds with the address of the 'com' DNS server which in turn responds with the address of the '.' (root) DNS server. The query then proceeds iteratively down the 'uk' branch until the 'newcastle.ac.uk' server responds with the RR record for the name 'xy' in its subtree.

This looks extremely inefficient, but DNS servers are designed to build a dynamic cache, and are initialised with the addresses of several root servers, so in practice most of the iterative queries never take place. In this case the 'hpl.hp.com' DNS server will know the addresses of several root servers, and will likely have the addresses of 'uk' and 'ac.uk' servers in its cache. The first query to the 'hpl.hp.com' server will return the address of the 'ac.uk' server. The second query to the 'ac.uk' server will return the address of the 'newcastle.ac.uk' server, and the third query will return

7

the RR in question. Any future queries with a 'newcastle. ac.uk' prefix will go direct to the newcastle DNS server as that address will be retained in the "hpl.hp.com" DNS server cache. In practice names within a local subtree are resolved in a single query, and names outside the local subtree are resolved in two or three queries.

Rather than a resolver being responsible for carrying out the series of query iterations required to resolve a domain name, the resolver may specify its first query to be recursive in which case the receiving DNS server is responsible for resolving the query (if it cannot directly return the requested RR, it will itself issue a recursive query to a 'closer' DNS server, and so on).

It should also be noted that in practice each DNS server will be replicated, that is, organised as a primary and one or more secondaries. A primary DNS nameserver initialises itself from a database maintained on a local file system, while a secondary initialises itself by transferring informa-tion from a primary. A subtree will normally have one primary nameserver and anything up to ten secondaries—the limitation tends to be the time required by the secondaries to update their databases from the primary. The primary data-base is the master source of subtree information and is maintained by the domain DNS administrator. The second-aries are not simply standby secondaries but each actively participates in the DNS with dependent servers that point to it rather than to the corresponding primary.

DNS implementations, such as BIND, are widely avail-able as a standard part of most UNIX systems, and can claim to be among the most robust and widely used distributed applications in existence.

Operation of the WWW Referring now to FIG. 4 of the accompanying drawings, access to the Internet 30 may be by direct connection to a network that is itself directly or indirectly connected to the Internet; such an arrangement is represented by terminal 31 in FIG. 4 (this terminal may, for example, be a Unix workstation or a PC). Having a con-nection to the Internet of this form is known as having 'network access'. Any entity that has network access to the Internet may act as a server on the Internet provided it has sufficient associated functionality; in FIG. 4, entity 32 with file store 37 acts as a server.

Many users of the WWW do not have network access to the Internet but instead access the Internet via an Internet service provider, ISP, 33 that does have network access. In this case, the user terminal 34 will generally communicate with the ISP 33 over the public telephone system using a modem and employing either SLIP (Serial Line Interface Protocol) or PPP (Point-to-Point Protocol). These protocols allow Internet packets to traverse ordinary telephone lines. Access to the Internet of this form is known as "dialup IP" access. With this access method, the user terminal 34 is temporarily allocated an IP address during each user session; however, since this IP address may differ between sessions, it is not practical for the entity 34 to act as a server.

A cornerstone of the WWW is its ability to address particular information resources by means of an Uniform Resource Identifier (URI) that will generally be either a Uniform Resource Locator (URL) that identifies a resource by location, or a Uniform Resource Name (URN) that can be resolved into an URL. By way of example, a full or "absolute" URL will comprise the following elements:

8

| scheme | this is the access scheme to be used to access the resource of interest; |
|---|---|
| host | the Internet host domain name or IP address; |
| port | the host port for the (TCP) connection; |
| abs-path | the absolute path of the resource on the host. |

In fact, the 'port' may be omitted in which case port 80 is assumed.

FIG. 5 of the accompanying drawings shows an example URL for the Hewlett-Packard products welcome page. In this case, the elements are:

| scheme | http |
|---|---|
| host | www.hp.com |
| port | omitted (port 80 assumed) |
| abs-path | Products.html |

The HTTP protocol is based on a request/response para-digm. Referring again to FIG. 4 of the drawings, given a particular URI identifying a resource 30 to be accessed, a client establishes a connection with the server 31 corre-sponding to the "host" element of the URI and sends a request to the server. This request includes a request method, and the "Request-URI" (which is generally just the absolute path of the resource on the server as identified by the "abs-path" element of the URI); the request may include additional data elements. The server 31 then accesses the resource 36 (here held on storage 37) and responds and this response may include an entity of a type identified by a MIME (Multipurpose Internet Mail Extensions) type also included in the response.

The two main request methods are:

GET—This method results in the retrieval of whatever information (in the form of an entity) is identified by the Request-URI. It is important to note that if the Request-URI refers to a data-producing process, it is the produced data which is returned as the entity in the response and not the source text of the process.

POST—This method is used to request that the destina-tion server accept the entity enclosed in the request as a new subordinate of the resource identified by the Request-URI. The POST method can be used for annotation of existing resources, providing a message to a bulletin board, providing data to a data-handling process (for example, data produced as the result of submitting a form), and extending a database through an append operation.

In summary, the GET method can be used to directly retrieve data, or to trigger any process that will return an entity ( which may either be data or a simply an indication of the result of running the process). The POST method is used for registering data and specifying this method is also effective to trigger a process in the server to handle the posted data appropriately.

The passing of information to a process triggered to run on a server using either the GET or POST method is currently done according to an interface called the Common Gateway Interface (CGI). The receiving process is often written in a scripting language though this is not essential. Typically, the triggered server script is used for interfacing to a database to service a query included in a GET request. Another use, already referred to, is to append data associated with a POST request to a database.

US 7,012,916 B2

**9**

Other important factors in the success of the WWW is the use of the HyperText Markup Language (HTML) for representing the makeup of documents transferred over the WWW, and the availability of powerful graphical Web browsers, such as Netscape and Mosaic, for interpreting such documents in a client terminal to present them to a user. Basically, HTML is used to identify each part of a document, such as a title, or a graphic, and it is then up to the browser running in the client terminal to decide how to display each document part. However, HTML is more than this—it also enables a URI and a request method to be associated with any element of a document (such as a particular word or an image) so that when a user points to and clicks on that element, the resource identified by the URI is accessed according to the scheme (protocol) and request method specified. This arrangement provides a hyperlink from one document to another. Using such hyperlinks, a user at a client terminal can skip effortlessly from one document downloaded from a server on one side of the world, to another document located on a server on the other side of the world. Since a document created by one author may include a hyperlink to a document created by another, an extremely powerful document cross-referring system results with no central bureaucratic control.

Hyperlinks are not the only intelligence that can be built into an HTML document. Another powerful feature is the ability to fill in a downloaded "Form" document on screen and then activate a 'commit' graphical button in order to have the entered information passed to a resource (such as a database) designed to collect such information. This is achieved by associating the POST request method with the 'commit' button together with the URI of the database resource; activating the 'commit' button results in the entered information being posted to the identified resource where it is appropriately handled.

Another powerful possibility is the association of program code (generally scripts to be interpreted) with particular documents elements, such as graphical buttons, this code being executed upon the button being activated. This opens up the possibility of users downloading program code from a resource and then running the code.

It will be appreciated by persons skilled in the art that HTML is only one of several currently available scripting languages delivering the functionality outlined above and it may be expected that any serious Web browser will have built-in support for multiple scripting languages. For example, Netscape 2.0 supports HTML 3.0, Java and Live-Script (the latter being Netscape proprietary scripting Language).

The importance of the role of the graphical Web browser itself should not be overlooked. As well as the ability to support multiple scripting languages, a Web browser should provide built-in support for standard media types, and the ability to load and execute programs in the client, amongst other features. These browsers may be viewed as operating systems for WWW interaction.

WWW and the Telephone Network

It is possible to provide a telephony service over the Internet between connected terminals by digitising voice input and sending it over the Internet in discrete packets for reassembly at the receiving terminal. This is an example of a communication service on the Internet. Conversely, it is possible to point to a variety of information services provided over the telephone system, such as the Minitel system widely available in France. However, these encroachments into each anothers traditional territories pose no real threat to either the Internet or the public telephone system.

**10**

Of more interest are areas of cooperative use of the Internet and the telephone system. In fact, one such area has existed for some considerable time and has been outlined above with reference to FIG. 4, namely the use of a modem link over the PSTN from a user computer 34 to an Internet service provider 33 in order to obtain dialup IP access to the Internet. This cooperative use is of a very simple nature, namely the setting up of a bearer channel over the PSTN for subsequently generated Internet traffic; there is no true interaction between the Internet and the PSTN.

Another known example of the cooperative use of the Internet and PSTN is a recently launched service by which an Internet user with a sound card in his/her terminal computer can make a voice call to a standard telephone anywhere in the world. This is achieved by transferring digitised voice over the Internet to a service provider near the destination telephone; this service provider then connects into the local PSTN to access the desired phone and transfers across into the local PSTN the voice traffic received over the Internet. Voice input from the called telephone is handled in the reverse manner. Key to this service is the ability to identify the service provider local (in telephony charging terms) to the destination phone. This arrangement, whilst offering the prospect of competition for the telecom operators for long distance calls, is again a simple chaining together of the Internet and PSTN. It may, however, be noted that in this case it is necessary to provide at least a minimum of feedback to the Internet calling party on the progress of call set to the destination telephone over the PSTN local to that telephone; this feedback need only be in terms of whether or not the call has succeeded.

According to the present invention, there is provided a method of accessing communication data relevant to a target entity identified by a number string, said method comprising the steps of:

(a)—storing in the domain name system (DNS) of the Internet records each associated with a corresponding domain name and holding an URI for locating communications data associated with the domain name, each said domain name being related to a respective number string from which it can be derived by a process including parsing at least a substantial portion of the number string into at least a part of said domain name;

(b)—applying said process to the said number string identifying the target entity whereby to form the related domain name;

(c)—supplying the domain name formed in step (b) to the DNS to retrieve the URI held in the corresponding said record; and

(d)—using the URI retrieved in step (c) to access said communication data.

According to another aspect of the present invention, there is provided a method of accessing communication data relevant to a target entity identified by a number string, said method comprising the steps of:

(a)—storing in the domain name system (DNS) of the Internet records each associated with a corresponding domain name and holding an at least part-formed URL, including access scheme and host name, of an item of communications data, each said domain name being related to a respective number string from which it can be derived by a process including parsing at least a substantial portion of the number string into at least a part of said domain name;

(b)—applying said process to the said number string identifying the target entity whereby to form the related domain name; and

US 7,012,916 B2

11                                                              12

(c)—supplying the domain name formed in step (b) to the DNS to retrieve the at least part-formed URL held in the corresponding said record;

(d)—using the at least part-formed URL retrieved in step (c) to access said communication data.

According to a further aspect of the present invention, there is provided a method of discovering communications endpoint address data for contacting a target entity identified by a number string, said method comprising the steps of:

(a)—storing in the domain name system (DNS) of the Internet records each associated with a corresponding domain name and holding an URL of a resource that has access to multiple items of communications endpoint address data, each said domain name being related to a respective number string from which it can be derived by a process including parsing at least a substantial portion of the number string into at least a part of said domain name, the number strings being in telephone-number form;

(b)—applying said process to the said number string identifying the target entity whereby to form the related domain name; and

(c)—supplying the domain name formed in step (b) to the DNS to retrieve the URL held in the corresponding said record;

(d)—using the URL to access the corresponding said resource and supply it with an indicator of the desired item of communications endpoint address data, this data then being returned by the resource.

According to a still further aspect of the present invention, there is provided a method of accessing communication data relevant to a target entity identified by a number string, said method comprising the steps of:

(a)—storing in a DNS-type database system, records each associated with a corresponding domain name and holding an URI for locating communications data associated with the domain name, each said domain name being related to a respective number string from which it can be derived by a process including parsing at least a substantial portion of the number string into at least a part of said domain name;

(b)—applying said process to the said number string identifying the target entity whereby to form the related domain name; and

(c)—supplying the domain name formed in step (b) to the DNS-type database system to retrieve the URI held in the corresponding said record;

(d)—using the URI retrieved in step (c) to access said communication data.

The present invention also encompasses clients-focused methods corresponding to the above overall methods of the invention, and apparatus for implementing aspects of the methods of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the present invention will now be described, by way of non-limiting example, with reference to the accompanying diagrammatic drawings, in which:

FIG. 1 is a simplified diagram of a standard PSTN;

FIG. 2 is a simplified diagram of a known PSTN with IN service capability;

FIG. 3 is a diagram illustrating host domain name resolution by the DNS of the Internet;

FIG. 4 is a diagram illustrating the functioning of the World Wide Web;

FIG. 5 is a diagram illustrating the format of a standard URL;

FIG. 6 is a diagram of a first arrangement in which service resource items are held on HTTP servers accessible both by the service control subsystem of a PSTN and by Web users;

FIG. 7 is a diagram illustrating the processing of a service request by the SCP of FIG. 6;

FIG. 8 is a diagram illustrating the format of a resource code used by the FIG. 6 SCP when accessing a service resource item;

FIG. 9 is a diagram illustrating the process of accessing a service resource in the case where the service code does not include an RRI part;

FIG. 10 is a diagram illustrating the process of accessing a service resource in the case where the service code includes an RRI part;

FIG. 11 is a diagram illustrating the derivation of the URI of a service resource by parsing an input telephone number in accordance with the present invention;

FIG. 12A is a diagram depicting a name space (the "telname space") constituted by the domain names derived by a parsing of a predetermined set of telephone numbers;

FIG. 12B is a diagram depicting the incorporation of the telname space without fragmentation into the DNS;

FIG. 12C is a diagram depicting the incorporation of the telname space in fragmented form into the DNS;

FIG. 13 is a diagram illustrating the overall operation of the FIG. 6 arrangement in providing a roaming number service in response to a telephone number being dialled at a standard phone;

FIG. 14 is a diagram illustrating the overall operation of the FIG. 6 arrangement when utilised by a Web user in setting up a call through a telephone interface integrated into the user's Web terminal;

FIG. 15 is a diagram illustrating the overall operation of an arrangement in which an interface is provided between the PSTN and the Internet for telephone traffic;

FIG. 16 is a diagram illustrating the overall operation of an arrangement in which a call setup gateway is provided between the Internet and the PSTN;

FIG. 17 is a diagram illustrating the overall operation of an arrangement in which a freephone service is implemented for Web users; and

FIG. 18 is a diagram similar to FIG. 6 illustrating the provision of a distributed processing environment for interconnecting elements of the service control subsystem of the PSTN.

BEST MODE OF CARRYING OUT THE INVENTION

FIG. 6 illustrates an arrangement for the provision of services in a PSTN conventionally comprising an interexchange network 13 (including trunks and switches at least some of which are SSPs 41 with associated IPs), an access network 11 connecting customer premise equipment (here shown as telephones 40) to the network 13, and a service control subsystem 42 including at least one SCP for providing services to the SSPs 41 upon request. It will be appreciated that the FIG. 6 representation of a PSTN is highly diagrammatic.

The SCP 43 may operate in a conventional manner responding to service requests from SSPs 41 to run specific service logic on particular data according to information contained in the service request, and to send back to the

US 7,012,916 B2

13

requesting SSP appropriate instructions for effecting call set up. A service request is generated by the SSP in response to predetermined trigger conditions being met at a trigger check point, there being one or more such check points in the course of handling a call (it may be noted that where the trigger conditions have been downloaded to the SSP from the SCP then it could be said that the SSP is responding to an information request by the SCP when contacting the SCP upon the trigger conditions being met—however, in the present specification, this initial communication from the SSP to the SCP will be referred to as a "service request").

The SCP 43 is also provided with a network access interface 44 to the Internet 50 in order to make use of certain service resource items 49 (also referred to below simply as "service resources") during the course of processing at least certain service requests from the SSPs 41. These service resources 49 are held as WWW pages on HTTP servers 51 (more particularly, on service resource databases 52 of these servers 51). The WWW pages containing these service resources are referred to below as "phone" pages. The servers 51 are connected to the Internet and the phone pages are read accessible using respective URLs or URNs (for convenience, the more general term URI will be used hereinafter to mean the Internet-resolvable indicator of the location of a phone page).

The service resources may be service logic or service data and may be used by an otherwise standard service logic program running on the SCP, by accessing the phone page of the required resource using the appropriate URI. In certain cases, the service resources 49 may provide substantially all of the service control and data associated with a particular service. In this case, the service logic program running in the SCP 43 is of skeleton form, being instantiated on receipt of a service request and then serving to initiate service resources access and to return the results of this access to the entity that made the service request. In fact, according to this approach, the SCP could be implemented simply as a platform for fetching and executing phone-page service logic and would not need to have the complex provisioning and management systems for such logic as is required by standard SCP platforms; SCPs could then become more ubiquitous, possibly being associated with every SSP.

FIG. 7 is a flow chart illustrating the progress of events in the case where the SCP 43 handles a service request by accessing a phone-page service resource. Upon receipt of a service request in an INAP message (step 100), SCP 43 decodes the TCAP/INAP message structure in standard manner (steps 101 and 102) well understood by persons skilled in the art. Next, SCP 43 instantiates a service logic program, SLP, to handle the request (step 103). This SLP is then responsible for looking up the URL of the required service resource as determined from information contained in the service request (steps 104, 105). For example, if the service request relates to a called-party service, then the required resource will be indicated by the dialled number and the latter will be used to derive the URL of the resource. Once the URL of the desired service resource has been ascertained, a resource request (for example, in the form of an HTTP request message) is sent over the Internet to the corresponding server holding the desired service resource (step 106); a correlation ID is also passed with the resource request to enable a response from the latter to be linked with the appropriate SLP instance. A timer is also started (step 107).

If a response is received from the accessed resource before the expiration of a time-out period (tested in step

14

108), then the response, which is usually in the form of a destination number, is supplied to the appropriate SLP as identified using the correlation ID passed with the response (step 109). An INAP/TCAP response message is then prepared and sent to the entity that made the original service request (steps 110 and 111) after which the SLP instance is terminated (113).

If in step 108, a time-out occurs before a response is received, then a default response value (generally a default destination number) may be looked up in the customer record and put in an INAP/TCAP message and sent back to the requesting entity (steps 114 to 116). The SLP instance is then terminated (113).

Locating & Accessing Service Resources

The functionality associated with accessing a phone-page resource is schematically represented in FIG. 6 by resource access block 46. Block 46 includes URI determination block 47 for determining the URI of the phone page containing the desired resource on the basis of parameters passed to block 46. Using the URI returned by block 47, the resource access block 46 then accesses the phone page of the required service resource 49 over the Internet through interface 44.

Resource Codes—It is possible that more than one service resource is associated with a particular telephone number; in this case the resource access block 46 will need to know additional information (such as current point-in-call, pic) to enable the appropriate service resource to be identified. If the service resources associated with a number are located on different phone pages, then the additional information is also passed to the URI determination block 47 to enable it to return the URI of the appropriate phone page. It is also possible for all the service resources associated with a number to be located on the same phone page. In this case, the resource access block 46 uses the additional information to pass a resource-identifying parameter with its access request to the phone page concerned; it is then up to the functionality associated with the phone page to access the correct service resource.

Thus, each service resource can be considered as being identified by a respective resource code 54 (see FIG. 8) made up of a first part UI ("URI Identifier") used to identify the URI at which the resource is located on the Internet, and a second part RRI ("Relative Resource Identifier") used to identify the resource amongst plural resources at the same URI.

Resource Access—Where only one service resource 49 is located on a phone page 58 identified by a unique URI, then the resource code 54 simply comprises the UI, generally either a telephone number alone or a telephone number plus a pic parameter (see FIG. 9). In this case, accessing a resource simply involves mapping the whole resource code 54 into the corresponding URI (process 55) and then sending a request 57 to the corresponding phone page 58, this latter itself constituting the desired service resource 49. The result of accessing resource 49 is then returned in response message 59.

In contrast, where multiple service resources 49 are located on the same phone page 58 (FIG. 10), the resource code 54 comprises both a UI and RRI, the UI generally being a telephone number and the RRI a pic or other parameter for distinguishing between the co-located resources. In this case, accessing a resource involves mapping the UI part of the resource code 54 into the corresponding URI (process 55) and then sending a request 57 to the corresponding phone page (process 56), the request including the RRI of the resource code. The phone page 58 includes functionality 64 for accessing the required resource on the basis of the

US 7,012,916 B2

15

RRI in the request message. The result of accessing the required resource 49 is then returned in response message 59.

An alternative to the FIG. 10 method of accessing a service resource that is co-located with other resources on a phone page, would be to retrieve the whole page across the Internet simply using the URI derived from the UI part of the resource code, and then to extract the desired resource on the basis of the RRI.

URI Determination from Resource Code—The implementation of the URI determination block 47 that performs process 55 will next be considered. Block 47 may be implemented in a variety of ways, four of which are described below:

Direct Input

It would be possible, though not necessarily convenient, to arrange for the calling party to input directly the required URI. The calling party may thus input the host id component of the URI required (either in the form of a host domain name or host IP address) plus the path component of the URI. For example, in the case where the phone page of a called party is to be accessed, the calling party may input the URI of the called party and, indeed, this input may substitute for the normal input of a telephone number. A leading input string (for example "999") may be used to identify the input as an URI. As regards the input means, where a user only has a standard 12 key telephone, input of host domain names and other URI elements requiring alpha characters, will need to be done using one of the standard techniques for alpha input from a phonepad (such techniques are already used, for example, to enable a calling party to "spell" out the name of the called party). It would also be possible to provide users with a full alphanumeric keypad to facilitate URI input.

Computation

Service resource access over the Internet could be restricted to a set of dialled numbers from which it was possible to compute a corresponding URI; in this case, this computation would be the responsibility of block 47.

Association Table Lookup

Probably the simplest implementation for the block 47 is as an association table (either in memory or held on database disc store 48) associating a URI with the UI part of each resource code. A potential problem with this approach is that a service resource may be required for a called party number on the other side of the world which implies a rigorous update regime between PSTN operators worldwide in order to keep the association table up-to-date. (Note that the same implication is not necessarily applicable in respect of marking the called-party number as one required to trigger a service request, since the number may be arranged to be one of a group of numbers all triggering an appropriate service request, in a manner similar to 800 numbers).

DNS-Type Lookup

An alternative lookup solution is to use a hierarchically-structured distributed database system, similar to (or even part of) the Domain Name System (DNS) of the Internet, in order to resolve the UI part of a resource code to a corresponding URI. This approach, which will be described in more detail below, would typically involve databases maintained by each PSTN operator for its numbers with which URIs are associated. These databases would be accessible by all PSTNs through a network such as the Internet with resolution requests

16

being pointed to the appropriate database in a manner similar to the Domain Name System. In this case, the block 47 is constituted by an appropriate resolution program arranged to request UI resolution over the Internet through interface 44.

Before describing a DNS-type lookup implementation for the URI determination block 47, some further general comments are appropriate. Whatever method is used to determine the URI, certain simplifications are possible if limited constraints are placed on the URIs permitted. In particular, it is not necessary to determine all components of an URI in the following cases:

(i) A part of the URI path component can be made standard for all service resources, this standard part being simply added by the block 47 once the rest of the URI has been determined. For example, where a roaming number is to be looked up, it may by convention always be held in a file "roam" in a subdirectory "tel" of a subscriber's directory on a particular server. In this case the URI host component and the subscriber-unique part of the path component are first determined and then the remaining path part "/tel/roam" is added.

(ii) The URI path component can be arranged to be the same as a predetermined part of the resource code, the block 47 needing only to determine the host component and then add the path. For example, it may be agreed that the path must always end with the telephone number concerned, or sufficient of the terminating digits to have a high probability of uniqueness on the host machine. The path may also include standard components to be added by block 47.

(iii) Blocks of telephone numbers may have their corresponding service resources located on the same host server so that it is only necessary to use a part of the telephone number to determine the host component of the URI; in this case, the path component can conveniently include all or part of each telephone number. This situation implies a tight degree of control by the telephone operators and does not offer the telephone user the freedom to choose the host server on which user places their phone page.

Another general point worthy of note is that however the URI is determined, the host component of the URI may be provided either in the form of a host domain name or a host IP address. Where the host is identified by a domain name, then a further resolution of URI host name to IP address will subsequently be carried out in standard manner by interface 44 using the Domain Name System of the Internet. This further resolution can be avoided if the host identity is directly provided as an IP address.

Where a database lookup is used to provide the number to URI translation, this database may be independent of, or combined with, a customer database containing other customer-related information. Factors affecting this choice include, on the one hand, the possible desirability of having the number-to-URI translation widely available, and on the other hand, the possible desirability of restricting access to other customer-related information.

DNS-Type URI Lookup

A DNS-type lookup implementation for the URI determination block 47 will now be described in some detail for the case where the UI part of the resource code is a telephone number and there are no constraints on the URI, thereby requiring both the full host and path components of the URI to be returned by the lookup. A key part of the overall process is the formation of the equivalent of a host domain name from the telephone number of interest; this domain-

US 7,012,916 B2

17

name equivalent is then resolved into a corresponding URI by a lookup mechanism which in the present example is identical to that employed by the DNS (indeed, the lookup mechanism may be incorporated into the DNS though it can also be independently implemented).

The nature of the DNS has already been described above with reference to FIG. 3 when the term "DNS-type" system was also introduced. For convenience in the following a DNS-type system organised to provide a telephone number to URI translation facility will be referred to as a "Duris" system (standing for "DNS-type URI Server" system).

The basic principles surrounding operation of a Duris system are:

every telephone number can be turned into a host domain name (the name space containing such host domain names for the telephone numbers of interest is referred to below as the "telname space"); and

for every host domain name in the host domain space there is a Registration Record held by the Duris system containing the corresponding URI.

Thus, an input telephone number forming, in the present case, the UI part of a resource code 54 (see FIG. 11), is first parsed to form a domain name (step 120) and then passed to the Duris system (illustrated in FIG. 11 as formed by the DNS itself) to retrieve the RR with the corresponding URI (step 121). Following on from the URI lookup, if the URI returned has its host component as a domain name, the DNS is next used to derive the host IP address (step 122); this step is, of course not needed if the host component is stored as an IP address in the RR. The URI is then used to make a resource request to the appropriate server, passing any RRI part of the resource code 54 (step 123).

There are a number of possibilities at the top level as to how a Duris system could be implemented:

(a) Independent of the DNS. In this option, the telname space constitutes the entire name space to be managed with the root of the telname space being the "." name space root (see FIG. 12A where the telname space is shown hatched). In this case, the Duris system is independent of the DNS itself. The Duris system could, of course, use the same basic infrastructure as the DNS (that is, the Internet) or an entirely separate network. Where the telname space comprises all the domain names corresponding to all public telephone numbers worldwide, parsing a full international telephone number would give a fully qualified domain name. Of course, the telname space could be a much smaller set of names such as those derived from internal extension numbers within a company having worldwide operations.

(b) Unfragmented Telname Space within the DNS. In this option, the telname space is a domain of the telname name space and the Duris system is provided by the DNS itself. Thus, where the telname space comprises all domain names derived from public telephone numbers worldwide, the telname space could be placed within the domain of the ITU, in a special subdomain "tel", the root of the telname space then being "tel.itu.int." (see FIG. 12B where again, the hatched area represents the telname space). The responsability for administering the domain "tel.itu.int." would then lie with the ITU. With this latter example, to form a fully qualified domain name from an input telephone number, after the number has been parsed to form the part of the domain name corresponding to the structuring within the tel-name space, the tail "tel.itu.int." is added. The fully qualified domain name is then applied to the DNS and

18

the corresponding RR record, holding the required URI, is retrieved. As a further example, the telname space could be all name derived from internal extension numbers within Hewlett-Packard in which case the root of the telname space would be "tel.hp.com." and Hewlett-Packard would be entirely responsible for managing this domain.

(c) Fragmented Telname Space within the DNS. In this option, the telname space is split between multiple domains of the DNS name space and the Duris system is provided by the DNS itself. Thus where the telname space comprises all domain names derived from public telephone numbers worldwide, the telname space could be split between respective "tel" subdomains of each country domain; thus, as illustrated in FIG. 12C, the part of the telname space corresponding to French telephone numbers would have a root of "tel.fr." and the part of the telname space corresponding to UK telephone numbers would subdomain would then lie with each country. With this latter example, to form a fully qualified domain name from an input telephone number, the part of the telephone number following the country code is parsed to form the part of the domain name within a country 'tel' subdomain and then a host domain name tail is added appropriate for the country concerned. Thus for a French telephone telephone number input from X company will be parsed to a fully qualified domain name terminating "tel.yco.com." and vice versa.

Consideration will next be given to the parsing of a telephone number into a domain name—in other words, where to insert the "." characters into the number to provide the structuring of a domain name. Of course, as already explained, telephone numbers are hierarchically structured according to each country's numbering plan. Thus one approach would be to follow this numbering plan structuring in dividing up a telephone number to form a domain name. By way of example, the telephone number "441447456987" which is a UK number (country code "44") with a four digit area code ("1447") and six digit local number ("456987") could be divided to form a domain name of 456987.1447.44 (note that the reversal of label order occassioned by the fact that the DNS labels are arranged least significant first). If the telname space is a subdomain of the DNS with a placement as illustrated in FIG. 12B, the fully qualified domain name derived from the telephone number would be:

456987.1447.44.tel.itu.int.

There are however, difficulties inherent with trying to match the numbering plan hierarchy when parsing a telephone number into a host name. Firstly, in order to parse an international number correctly, it would be necessary for each entity tasked with this operation to know the structuring of each country's numbering plan and where, as in the UK, area codes may be of differing length the required knowledge may need to take the form of a lookup table. Whilst this is not a complicated computational task, it is a major administrative nuisance as it means that each country will need to inform all others about its numbering plan and any updates. The second problem is that a six or seven digit local number is a very large domain; it would be preferable to create subdomains for performance and scaling reasons but there is no obvious way of doing this.

These problems can be overcome by giving up the restriction that the parsing of telephone number into a domain name should match the structuring of national numbering plans. In fact, there is no strong reason to follow such a scheme as DNS servers know nothing about the meaning of

US 7,012,916 B2

**19**

the name space. It is therefore possible to parse telephone numbers using a deterministic algorithm taking, for example, 4 digits at a time to limit the size of each subdomain and making it possible to 'insert the dots' without knowing the numbering plan concerned. So long as the DNS domains and zones served by the DNS servers are created correctly it will all work.

For international numbers it would still seem appropriate to separate off the country codes and so a hybrid parsing scheme would be to parse the initial part of a dialled number according to known country codes and thereafter use a deterministic scheme (for example 3,7 or 4,6 or 3,3,4) to separate the digits. Of course, if a fragmented telname space is being used as illustrated in Figure UC then the country code is used to look up the host name tail and it is only the national part of the number which would be parsed.

Finally, as regards the details of how a DNS server can be set up to hold RR records with URIs, reference can be made, for example, to "DNS and BIND", Paul Albitz and Criket Liu, O'Reilly & Associates, 1992 which describes how to set up a DNS server using the Unix BIND implementation. The type of the RR records is, for example, text.

It should be noted that DNS labels should not in theory start with a digit. If this convention is retained, then it is of course a trivial exercise when parsing a telephone number to insert a standard character as the first character of each label. Thus, a 4 digit label of 2826 would become "t2826" where "t" is used as the standard starting character.

It will be appreciated that as with domain names, where an input telephone number is not the full number (for example, a local call does not require any international or area code prefix), it would be parsed into a domain name in the local domain.

The foregoing discussion of Duris system implementation, has been in terms of translating a telephone number into an URI where the telephone number forms the full UI of a resource code and the Duris system returns a full URI. It will be appreciated that the described Duris implementation can be readily adapted to accommodate the various modification discussed above regarding the form of the UI and what parts of the URI need to be looked up. For example, where there are a number of differents service resources associated with a subscriber each in its own file and the required source is identified by a pic part of the resource code, then the input telephone number will be used to look up, not the full URI, but the host component and that part of the path component up to the relevant subdirectory, the pic part of the UI then being appended to identify the required resource file.

For small local Duris implementations, it may be possible to have a single server; the implementation should still, however, be considered as of a DNS type provided the other relevant features are present.

Nature of Service Resources

Turning now to a consideration of the service resources 49, how these service resources can be provisioned onto the servers 51 will be described more fully below but, by way of present example, the service resource or resources associated with a particular PSTN user (individual or organisation, whether a calling or called party) can be placed on a server 51 over the Internet from a user terminal 53 in one or more WWW pages.

Consider the simple case where the service resource is a service data item such as a telephone number (for example, an alternative number to be tried if the user's telephone corresponding to the number dialled by a calling party is busy). This diversion number could be made the sole service

**20**

resource of a phone page of the user. The phone page URI could be a URL with scheme set to HTTP in which case the GET method could be used to retrieve the diversion number. Such an arrangement is suitable if the phone page is only to be used for functional retrieval of the diversion number. However, if the diversion number is to be visually presented at a user terminal 53, then it may be desirable to accompany the number with explanatory material (this will often not be necessary as the diversion number can be arranged to be returned into an existing displayed page that already provides context information). However, where the phone page does include explanatory material as well as the diversion number, an entity only wishing to make functional use of the phone page, could be arranged to retrieve the phone page and then extract the diversion number (this would, of course, require a standard way of identifying the information to be extracted from the phone page).

An alternative and preferred arrangement for providing for both viewing and functional access to a resource requiring explanatory material for viewing, is to use an object-oriented approach to resource design. In this case, the resource object would have two different access methods associated with it, one for purely functional use of the resource and the other enabling viewing of associated explanatory material. It would then be up to the accessing entity to access the resource object using the appropriate object method.

Yet another arrangement for providing for both viewing and functional use of the diversion number, would be to provide separate resources appropriately configured for each use, each resource having its own resource code (generally, both such resources would be placed on the same phone page and in this case the UI part of each resource code would be the same).

Retrieval of a phone page for use by a human user will generally not be as time critical as retrieval for operational use by a PSTN. Thus, while for human use the scheme specified in the URL of a service resource could be HTTP, it may be advantageous for operational use to define a special "phone" scheme (access protocol) which would result in the server 51 using an optimised access routine to access the required resource (diversion number, in the current example) and respond to the accessing entity in the minimum possible time.

Besides data items, other possible types of service resource include service logic for execution in place (at the server) with the result of this execution being returned to the entity accessing the resource; service logic downloadable from the server to the accessing entity for execution at that entity; and a logging resource for logging information passed to it by the accessing entity (or simply for logging the fact that is has been accessed). It will be appreciated that the logging resource is really just a particular case of service logic executable in place.

By way of example, a service resource constituted by execute-in-place service logic can be arranged to implement time-of-day routing, the result of executing the service logic being the telephone number to which a call should be routed taking account of the time of day at the called party's location. An example of a service resource constituted by downloadable service logic is service logic for controlling calling-party option interrogation using the facilities provided by an IP. As regards the logging resource, this can be used for recording the number of calls placed to a particular number.

Where each resource has its own phone page and the resource is present only in its unembellished functional

US 7,012,916 B2

**21**

form, then the HTTP scheme can be employed for access using the GET method for both the downloadable service logic and the execution-in-place service logic, and the POST method for the logging resource. If it is desired to provide an explanatory material with each service resource, then any of the solutions discussed above in relation to data items, can be used.

Where more than one service resource is to be associated with a number, then each such resource can be placed on a respective phone page with its own URI. However, the preferred approach is to place all such service resources on the same phone page and use the RRI part of the corresponding resource codes to enable access to the appropriate resource. The accessed resource is then treated according to its form (executed if execute-in-place service logic, returned if downloadable service data or logic).

Thus if both a diversion-number service-data resource and a time-of-day execution-in-place service-logic resource are placed on the same phone page, the diversion-number resource code might have an RRI of "1" whilst the time-of day resource code might have an RRI value of "2".

Where calling/called party options are to be included in a service resource for presentation to such party, then as already indicated, this can conveniently be done by constituting the service resource as downloadable service logic with the chosen option possibly initiating request for a follow-up service resource.

It will be appreciated that a service resource will often be of a complex type, combining service data and/or downloadable service logic and/or execute in place service logic. A particularly powerful combination is the combination of the two types of service logic where the downloadable service logic is designed to interact with execute-in-place service logic; using this arrangement, the user can be presented with complex client-server type applications.

Example Usage of Service Resource

FIG. 13 illustrates the operation of a service making use of a resource on a server 51. This service is equivalent to a "personal number" service by which a user can be accessed through a single, unchanging number even when moving between telephones having different real numbers. To achieve this, the user requiring this service (user B in the current example) is allotted a unique personal number (here referred to as the "Webtel" number of B) from a set of numbers all of which have the same leading number string to enable an SSP to readily identify a dialled number as a Webtel number. User B has a service resource 49 on a dedicated phone page on HTTP server 51, this phone page being located at a URL here identified as "URL (B phone page)". B's phone page when accessed returns the current roaming number ("B-telNb") where B can be reached. In the simplest case, B's phone page is just a single number that can be modified by B (for example, from a terminal 53) as B moves to a different phone. More likely is that B's phone page is an execute-in-place service logic providing time of day routing.

In the present example, the association between B's Webtel number and the URL of B's phone page is stored in an association table accessible to SCP 43.

Upon a user A seeking to contact user B by dialling the Webtel number of B, the telephone 40 being used by A passes a call set up request to SSP 41 (note that in FIG. 13 the bearer paths through the telephony network are shown by the thicker lines 60, the other heavy lines indicating signalling flows). SSP 41 detects the dialled number as a Webtel number and sends a service request to SCP 43 together with B's Webtel number. SCP 43 on receiving this

**22**

service request initiates a service logic program for controlling translation of B's Webtel number into a current roaming number for B; in fact, in the present case, this program simply requests the resource access block 46 to access the service resource identified by B's Webtel number, (that is, B's phone page 49) and return the result of this access. To this end, block 46 first translates B's Webtel number into the URL of B's phone page and then uses this URL to access B's phone page over the Internet (for example, using the 'phone' scheme already referred to with a method corresponding to the HTTP GET method). This results in B's current roaming number B-telNb being passed back to block 46 and in due course this number is returned to the SSP 41 which then initiates completion of call set up to the telephone 40 corresponding to B-telNb.

The FIG. 13 example related to a called-party service; it will, of course, be appreciated that the principle of accessing service resources over the Internet can be applied to all types of services, including both calling-party and called-party services and hybrids. Thus, standard 800 number services can be implemented with the dialled 800 number resulting in access to a phone page resource constituted by execute-in-place service logic that returns the most appropriate number for controlling onward call routing.

It will be appreciated that although in the FIG. 13 example the service request from the SSP was triggered by a leading number string of a dialled number, a service request may be triggered by a variety of triggers including calling-party number, called-party number, or some other user input, such triggers being possibly qualified by call setup progress (for example, called-party number qualified by a busy status or by ringing for more than a certain time).

With respect to the logging service resource mentioned above, one possible application for such a resource is in telephone voting. In this case, dialling the voting number causes the SSP picking up the call to pass a service request to SCP 43 which then contacts the appropriate logging resource over the Internet to register a vote after which the call is terminated. To minimise bottlenecks, a logging resource could be provided at a different URL for each SCP, it being a simple matter to collect and collate voting from all these logging resources over the Internet. If an SCP with Internet access is provided at every SSP, then the risk of congestion is greatly reduced.

As already noted, a user's phone page may hold multiple service resources in which case the access request from the accessing SCP needs to contain an appropriate RRI identifying the required resource.

In the event that an SCP is to provide both a traditional IN service to some users and an equivalent service using an Internet-accessed service resource to other users, then a lookup table may need to be provided in the SCP to ensure that a service request is appropriately handled; such a lookup table can conveniently be combined with the customer record database.

Once a user, such as user B, has set up one or more phone pages specifying his desired service resources (particularly service logic defining personalised services), it is clearly logical for user B to want any PSTN operator he cares to use, to access and utilise such service resources. This is possible if the Webtel-to-URI databases are available to all operators. Thus multiple operators could be set to access B's phone page or pages. If an operator declines to use B's phone pages, B can obviously chose not to use that operator (at least where that operator provides a long haul carrier service subject to user selection). The possibility therefore arises that service provision will cease to command a premium

US 7,012,916 B2

23

24

from operators, but that the provision of phone-page utilisation by an operator will become a necessary basic feature of PSTN operation.

Provisioning and Updating Service Resources

Consideration will next be given as to how the service resources 49 are provisioned to the servers 51 and subsequently updated.

So far as provisioning is concerned, two basic actions are required: firstly, the service resource must be placed on a server 51 and, secondly, the URI of the service resource must be notified to the PSTN operator along with the trigger conditions (number plus any other condition such as point in call) calling for access to the resource; if multiple resources are provided at the same URI, then the RRI values needed to retrieve the appropriate resource for a particular trigger condition, must also be notified. This notification process will be referred to hereinafter as 'registering' the service resource with the PSTN operator; registration is, of course, necessary to enable the association tables used by SCP 43 to be set up and for trigger conditions to be set in SSPs 43. For certain services, such as that described above with reference to FIG. 13, it is not the user that supplies the triggering number (the Webtel number in the FIG. 13 example); instead, the PSTN operator allocates an appropriate number to the user as part of the registration process.

As to the process of placing a service resource on a server 51, how this is carried out will depend on the attitude of the PSTN operator to the possible effects of such service resources on operation of the PSTN. Where the service resource simply returns a data item to an accessing entity, then an operator may not be too concerned about possible errors (accidental or deliberate) in implementing the service resource. However, the operator will probably be much more concerned about the proper operation of any service logic that may be returned by a resource; indeed, an operator may not permit such a service resource.

Assuming for the moment that an operator has no concerns about the nature or implementation of service resources, then how a resource is placed on a server 51 will largely depend on the nature of the server concerned. For example, if a user has a computer with network access to the Internet and this computer is used as server 51, then the user can simply load a desired resource onto the server as a WWW phone page for external access. A similar situation arises if the server is an organisation server to which the server has access over an internal LAN. In both these latter cases, loading the resource as a WWW phone page does not itself require Internet access. However, if the server 51 is one run by an external Internet service provider, then a user can arrange to download the required service resource into the user's allocated Web site space on the server; this may or may not involve Internet access. One special case of this latter scenario is where the PSTN operator provides a special server for user phone pages containing service resources.

Except where a user's own computer acts as server 51, placing a service resource on a server will generally involve clearing one or more levels of password protection. As regards the origin of the service resource loaded by a user onto server 51, this may be generated by the user or, particularly where the resource includes service logic, may be provided by a third party (including the PSTN operator).

If the PSTN operator wishes to have control over the service resources 49 to avoid any adverse effects on operation of the PSTN, two approaches are possible. Firstly, the operator could require that every resource (or, possibly, a particular subset) had to be subject to a verification process before use, appropriate measures then being taken to avoid subsequent alteration of the resource by the user (except, possibly, for particular data items); in this respect, the operator could require that the resource be placed on a server under the operator's control and to which the user had no write access (except possibly for altering particular data items, as indicated above). A second, more attractive, approach to minimising adverse effects by the service resources 49, is for the operator to provide standard service resources to which a user could add the user's own data (and possibly make limited functional selections in case where the resource included service logic); the customised resource would then be loaded onto a server 51 controlled by the operator. This process can be conveniently implemented for a particular resource using an HTML "form" which a user could download over the WWW from the operator-controlled server. After completing the form and activating a 'commit' graphical button of the form, the entered information would be 'posted' back to the server where the information would be used to produce a customised service resource thereafter placed on the server for access over the Internet. An advantage of this approach is that registration of the service resource with the operator is simultaneously effected. (It may be noted that if registration needs to be done as a separate act from having a service resource loaded on a server, then using an HTML form is a very convenient way to implement the registration process).

From the foregoing it can be seen that whilst the provisioning process does not necessarily require information to be passed over the Internet, in many cases this will be the best solution, particularly if an HTML form exchanged over the WWW can be used to produce a customised service resource. It should be noted that producing a customised service resource using an HTML form is not limited to cases where the PSTN operator controls the server.

As regards updating service resources, there is likely to be a need to update certain data items on a fairly frequent basis (for example, roaming number). Where the PSTN operator does not place any controls on the service resources 49, then update is a relatively simple matter, only requiring write access to the server concerned (as already indicated, this will generally involve one or more levels of password protection). However, where the PSTN operator exercises control over the service resources, for example by only permitting customisations of standard service resources, such customised resources being loaded on servers controlled by the operator), then write access to the service resource may be tightly controlled. Again, an HTML form may conveniently be used as the medium for modifying a data item in such cases; to the operator, this has the benefit of limiting the modifications possible whilst to the user, a form interface should provide a simple route to resource modification.

For more complex updates, it may be necessary to go through a process similar to that required for initial provisioning.

Particularly where the service resources are held on a server 51 controlled by the PSTN operator, resource update will generally involve communication over the Internet.

Web User Interaction

Consideration will next be given to other possible uses of the service resources held in phone pages on the servers 51. For example, if user B's phone page contains a diversion number, then provided this phone page is read-accessible over the Internet from user A's terminal 53, user A can use a graphical Web browser running on terminal 53 to view B's phone page and discover B's diversion number. As earlier discussed, the diversion number may be passed to user A for

US 7,012,916 B2

25                                                                                       26

display in an existing visual context giving meaning to the number, or may be passed to user A with accompanying explanatory text.

A more useful example is a current roaming number service for user B. Suppose B's phone page 49 on server 51 (see FIG. 14) is operative when accessed to return a current roaming number where B can be reached. Further suppose that user B has a Web site with several Web pages written in HTML and each page contains a graphical 'phone' button which when activated uses the GET method to access B's phone page by its URL. Now if user A whilst browsing (arrow 66) B's Web site over the WWW from user A's terminal 53, decides that he would like to call user B to discuss some item of interest, user A simply activates the phone button 65 on the currently viewed page of B. This causes B's phone page to be accessed using the HTTP request "GET URL (B Phone Page)"—see arrow 67.

B's current number to be called is then determined and passed to user A's terminal 53 (see arrow 68) where it is displayed. An explanatory text concerning the number will generally also be displayed; for example the text "Please call me at the following number:" could be displayed, this text being provided either by the HTML script associated with the phone button, or from the phone page when returning the current number. In fact, it would probably be more helpful to provide user A, not only with the current number for reaching user B, but also with all numbers where B could be reached together with the times when B was most likely to be at each number. Since this extra information is likely to be subject to frequent change, the only sensible way to provide the information is from the phone page. Thus, B's phone page not only provides the current number for reaching B, but also a text that includes numbers and times subject to change; scripting B's phone page is, of course, done in a way that ensures that variable data need only be altered in one place.

In a further example, B's phone page might include downloadable service logic for execution at user A's terminal. This is useful where choices are to be presented to a user, each choice producing a follow-up action such as fetching a further phone page. For example, the first-accessed phone page may be a family phone page giving the general telephone number for a family but also giving the user the possibility of selecting further phone information on each family member, such as a time-of-day dependent number; in this case, each family member has their own follow-up phone page.

In the above scenarios, user A has been presented with a number to call over the PSTN. User A can now pick up his standard telephone and dial the number given. In fact, a complication arises if A only has Internet access via a SLIP/PPP connection over an ordinary, non-ISDN, PSTN line since, in this case, A's telephone line is already tied up with making Internet access when gateway 90 seeks to set up a call to A's telephone; with an ISDN connection, as two channels are available, this problem does not arise. One way of overcoming this problem would be to have user A's terminal 53, after obtaining the number to call from B's phone page, automatically suspend its Internet session by storing any required state information (for example, current WWW URL being accessed) and then terminate its SLIP/PPP connection to thereby free up the telephone line. A can then telephone B. At the end of this call, A can resume the suspended Internet session, using the stored state information to return to the point where A left off to call B. An alternative approach is to operate a suitable multiplexing modulation scheme on the telephone line to A allowing

voice and data to be simultaneously carried. A number of such schemes already exist. The PSTN would then need to separate the combined data and voice streams coming from A at some point and pass each to its appropriate destination (the Internet data being forwarded to the ISP providing the SLIP/PPP connection for user A and the voice stream being passed to B); of course, data and voice traffic in the reverse direction would also need combining at some point for sending over the last leg to A's terminal.

Rather than A manually dialling B using a standard telephone, another possibility is that user A's terminal is provided with functionality enabling A to make a call over the PSTN from his terminal; this functionality generally comprises a hardware interface 70 (FIG. 14) to a telephone line and phone driver software 71 for driving the interface 70 in response to input from application software such as the Web browser 73. A could call up his phone software and enter the required number or, preferably, A need only "select" on screen the number returned from B's phone page and then pass it into A's phone software. Indeed, provided user B knew the software interface to the software 71 providing dialling functionality on A's terminal, it would be possible for B's phone page to return to A's terminal program code for automatically dialling B's number upon A confirming that he wishes to proceed with call placement. As an alternative to placing a voice call, if A's terminal is equipped with a suitable modem and controlling software, A could, instead, elect to send a fax or data to B through the PSTN either to B's ordinary number or to one specified in B's phone page as the number to be used for such transmissions. Of course, placing a call from A's terminal over the PSTN may be subject to the problem already discussed of conflict for use of the telephone line where this is not an ISDN line and A gains Internet access via a SLIP/PPP connection.

However the call is placed, if B's telephone corresponding to the number tried by A is busy, a number of possibilities exist. Thus if B has a phone page that specifies a diversion number, and B has registered this service resource with the PSTN, then the diversion number should be automatically tried by the PSTN. However, if the diversion number resource has not been registered with the PSTN, a busy signal will returned to A. Where A has placed the call through a standard telephone, A must now decide how to proceed and A may elect either to give up or to refer again to B's phone page to look up the diversion number and redial using this number. If A placed the original call using his terminal 53 then the latter can be programmed to detect the return of a busy signal and then automatically look up B's diversion number and redial using this number. This functionality can be included in service logic downloaded from B's phone page and run on A's terminal.

If A had to terminate his Internet session in order to free up the telephone line for voice use, then referring back to B's phone page requires a new Internet session to be started (in fact, this inconvenience could be avoided if B's diversion number were passed to A's terminal at the time the original number to be dialled for B was supplied).

The service resource accessed on B's phone page upon B's telephone being busy may, of course, be more complex than just a diversion number. In particular, user A may be presented with a range of options including, for example, B's fax or voice mailbox number, the selection of an option potentially initiating the running of appropriate accessing software. Another possible option would be for A to leave B a call back message using a form downloaded from B's phone page upon this option being chosen; the completed

US 7,012,916 B2

27

form would be posted back to server **51** and logged for B to check in due course.

Of course, it may arise that user A wishes to access B's phone page to find out, for example, B's current roaming number, but user A does not know the URI of B's Web site and only has B's Webtel number. A could just call B through the PSTN in which case the translation of B's Webtel number to roaming number would be automatically effected (assuming B is still registered for this service); however, A may not wish to call B straight away, but just note his current roaming number. In order to solve A's problem, the Webtel-to-URI association tables previously described are preferably made accessible on the Internet at a known address (for example, at a known Web site). All that A need now do is to access this Web site passing B's Webtel number; B's phone page URI will then be returned to A who can then use it to access B's phone page. This process can, of course be made automatic from the point when A sends B's Webtel number to the association-table Web site.

Internet/PSTN Call Interface

In the FIG. 14 scenario, A's access to the PSTN was through a standard telephone interface even though the actual form of A's telephone differed from standard by being integrated into A's computer terminal **53**. FIG. 15 illustrates a situation where A, after being supplied with B's current roaming number as in the FIG. 14 case, calls B via a route that starts out over the Internet and then passes through a user network interface **80** into the PSTN. Interface **80** is arranged to convert between ISDN-type telephone signalling on the PSTN and corresponding signalling indications carried across the Internet in IP packets; in addition, interface **80** transfers voice data from IP packets onto trunk **60** and vice versa.

Thus, upon A initiating a call to B, Internet phone software **81** in A's terminal sends call initiation signalling over the Internet to interface **80**, the address of which is already known to A's terminal. At interface **80**, the signalling is converted into ISDN-type signalling and passed to SSP **41**. Call set up then proceeds in the normal way and return signalling is transferred back through interface **80**, over the Internet, to the software **81** in A's terminal. This software passes call setup progress information to the WWW browser **73** for display to A. Upon the call becoming established, A can talk to B through his telephone and A's voice input is first digitised in phone hardware interface **83** and then inserted into IP packets by software **81** to traverse the Internet to interface **80** (see arrow **84**); voice traffic from B follows the reverse path.

IN services can be provided to this call by SCP in response to a service request from an SSP **41**. Thus, if B's phone is busy, and B is registered for call diversion, SCP **43** on receiving a service request will access B's appropriate phone page for call diversion and retrieve the diversion number. If SSP **41** is not set to initiate a service request on B's telephone being busy, the busy indication is returned to A's terminal where it can be handled in the manner already described with reference to FIG. 14.

In fact, interface **80** can be provided with functionality similar to an SSP to set trigger conditions and generate a service request to SCP **43** on these conditions being satisfied.

Third-Party Call Setup Gateway

FIG. 16 illustrates a further arrangement by which A can call B after receiving B's current roaming number. In this case, a third-party call set-up gateway **90** is provided that interfaces both with the Internet **50** and with an SSP **41**. Conveniently, gateway **90** can be co-located with SCP **43**

28

(though this is not essential). Gateway **90** has the capability of commanding SSP **41** to set up a call between specified telephones.

Thus, upon A wishing to call B, a third-party call setup request is sent from A's terminal over the Internet to the gateway **90** (see arrow **91**). This setup request includes A's telephone number and B's current roaming number. Gateway **90** first attempts to setup the call to A's telephone (which should generally succeed) and thereafter to set up the call to B's identified telephone. Once the call is setup, A and B communicate in standard manner across the PSTN.

If B's phone had been busy, then any of the previously described scenarios may ensue. Gateway **90** can also be arranged to make service requests to SCP **43** upon predetermined trigger conditions being satisfied. Thus, gateway **90** might be set to pick up the busy condition on B's telephone and initiate a service request to SCP **43** for a diversion number. However passing the busy indication back to A's terminal via gateway **90** is preferred because of the flexibility it gives A regarding further action.

As already generally discussed in relation to FIG. 14, a complication arises if A only has Internet access via a SLIP/PPP connection over an ordinary, non-ISDN, PSTN line since, in this case, A's telephone line is already tied up with making Internet access when gateway **90** seeks to set up a call to A's telephone. The solutions discussed in respect of FIG. 14 (termination of Internet session; multiplexing voice and Internet data on same telephone line) can also be used here. An alternative approach both for FIG. 14 and for FIG. 16 scenarios is possible if user A's terminal can handle a voice call as digitised voice passed over the Internet. In this case, the voice call can be placed through an interface **80** of the FIG. 15 form, and the voice traffic and the Internet communication with the B's phone page and/or gateway **90** are both carried in Internet packets passed over the SLIP/PPP connection to/from A's terminal **53** but as logically distinct flows passed to separate applications running on terminal **53**.

It may be noted that the third party call setup request made by A's terminal to gateway **90** could equally have been made by service logic held in B's phone page and executed by server **51** (such an arrangement would, of course, require A's telephone number to be passed to B's phone-page service logic and this could be arranged to occur either automatically or through a form presented to user A at terminal A and then posted back to server **51**).

It may also be noted that the interface **80** of FIG. 15 and the gateway **90** of FIG. 16 provide examples of service requests being passed to the service control subsystem by entities other than SSPs **41**.

WWW-based "FreePhone" (800 Number) Services

It is possible to implement a "FreePhone" or "800 number" type of service using a combination of the WWW and the PSTN. As will be seen from the following description of such a service with reference to FIG. 17, a WWW/PSTN implementation does not necessarily rely either on transferring call charges from the calling to called party or on the use of a special "800" number, two characteristics of standard "Freephone" schemes. The WWW/PSTN implementations do, however, possess the more general characteristic of placing an enquiring party and the party to whom the enquiry is directed, in telephone contact at the expense of the latter party.

In the FIG. 17 arrangement, a user D such as a large department store has a website on a server **51**; for the sake of simplicity, it will be assumed that the server is under the control of user D who has direct computer access to the

US 7,012,916 B2

29                                          30

server over line 125. D's Website may, for example, contain many catalogue-like Web pages illustrating goods offered for sale by D. In addition, D has a freephone page 124 for handling enquiries placed on a freephone basis; the URL of this page is associated with a "freephone" graphical button 122 placed on each of the Website catalogue pages.

Suppose user A at terminal 53 is browsing D's Website, looking at the catalogue pages (arrow 121). If A sees an item of interest and wishes to make an enquiry to D about this item, then A can activate at terminal 53 the graphical freephone button 122 associated with the catalogue page concerned. This activation causes code embedded in the catalogue page currently loaded in A's terminal to prompt the user to enter their telephone number and, optionally, their name, after which an HTTP request is sent to D's freephone page using the POST method and enclosing the entered data (arrow 123). D's freephone page on receiving this request executes service logic to enter a new enquiry (including A's name and telephone number) in an enquiry queue 127 maintained in an enquiry control system 126. In the present example, the enquiry control system is connected to the server 51 via line 125, externally of the Internet; however, it would also be possible to have server 51 communicate with the enquiry control system through the Internet and, indeed, this may be the most practical arrangement where D's Website is on an ISP server rather than on a server controlled by D. In fact, the code run in A's terminal upon activation of the freephone graphical button 122 could be arranged to directly forward the enquiry request to the enquiry control system over the Internet rather than passing it back through the server 51.

The enquiry control system 126 manages enquiries passed to it to ensure that they are dealt with in an ordered manner. The system 126 on receiving a new enquiry preferably estimates approximately how long it will be before the enquiry is dealt with, this estimation being based on the number of currently queued enquiries and the average time taken to handle an enquiry. This estimation of waiting time is passed back via server 51 to user A in the response to the POST request message.

The enquiry control system 126 looks after the distribution of enquiries to a number of agents each of which is equipped with a telephone 40 and a display 129. A's enquiry will be dealt with as soon as it reaches the head of the queue 127 and there is an agent detected as available to handle the enquiry (thus, for example, the system may be arranged to detect when an agent's telephone goes on hook). When these conditions are met, a distribution and setup control unit 128 takes A's enquiry and displays A's name and telephone number on the display 129 of the available agent (for clarity, herein referenced as agent D'); if user D keeps a database on D's past customers or credit rating data, then unit 128 will also look for and display any such further information known about A. At the same time, unit 128 makes a third-party call setup request (arrow 130) over the Internet to gateway 90 asking for a call to be set up between the telephone of the available agent D' and the telephone of user A, both telephones being identified by their respective numbers. If both D' and A pick up the call, the enquiry then proceeds, the cost of the call being paid for by D as it is D that originated the call over the PSTN. If, for whatever reason, the call remains incomplete (for example, unanswered by A) for a predetermined timeout period, then unit 128 can be arranged to automatically pass on to the next enquiry at the head of the queue 127.

It would, of course, be possible to dispense with having the unit 128 request call setup through gateway 90 and either

have the agent D' dial A's number manually or have unit 126 initiate auto-dialling for D' telephone (agent D' having, for example, a computer-integrated telephone similar to that of A's in FIG. 14). The advantage of these approaches is that the existing PSTN could be used without adaption and without any service installation, in implementing the WWW-based freephone service.

As discussed in relation to FIGS. 11 and 13, a complication arises in placing a call to A if A only has Internet access via a SLIP/PPP connection over an ordinary, non-ISDN, PSTN line since, in this case, A's telephone line is already tied up with making Internet access when user D tries to set up a call to A's telephone. The solutions discussed in respect of FIGS. 11 and 13 can also be used here (termination of Internet session; multiplexing voice and Internet data on same telephone line; and placing the call over the Internet to A's terminal). With respect to the solution based on termination of the Internet session, such termination could be delayed until A's enquiry was about to be dealt with; however, to do this, it would be necessary to provide feedback from the control system 126 over the Internet to A's terminal 53 and to associate this feedback with code for bringing about Internet-session termination. One way to achieve this would be to have the response message sent by server 51 in reply to the original POST request message from A, include a correlation code; any subsequent feedback from system 126 passed to A would also include this code (server A having also passed the code to control system 126) thereby allowing A's terminal to correctly identify this feedback. In fact, the same mechanism could be used to provide user A with updates on how much longer user A is likely to be waiting to be called back, this mechanism being usable independently of whether or not there was a conflict problem for use of A's telephone line.

Where user A only has a telephone 40 and no terminal 53, it is still possible to utilise the basic structure of FIG. 17 to provide a freephone service for user A without resorting to the complexity of call charge transfer. More particularly, A would dial a special number for user D's freephone service (typically an 800 number), and the SSP 41 would recognise this special number in standard manner and make a service request to SCP 43 including both this special number and A's number. SCP 43 would then ascertain D's freephone-page URL by doing a number-to-URL translation and access D's freephone page using a POST-method HTTP request similar to request 123. Once this request had been registered as an enquiry by D's freephone page 124, the latter could send a response to SCP 43 asking it to play an announcement such as "Your freephone enquiry has been registered; please hang up and you will be contacted shortly". This announcement could be played to A by an IP in standard manner. A would then hang up and be ready to receive a call from D.

A significant advantage of the above freephone schemes using WWW, is that user D is not running up charges for use of the PSTN during periods when an enquiry is enqueued, waiting to be handled.

Variants

Many variants are, of course, possible to the above-described arrangements and a number of these variants are described below.

Distributed Processing Environment. As is illustrated in FIG. 18, the SCP 43 may access the HTTP servers 51 through a distributed processing environment, DPE 98, at least logically separate from the Internet. Preferably in this case the servers 51 are controlled by PSTN operators and are thus restricted in number.

Service Resources on DNS-Type Servers. In the foregoing examples, the service resource items have been been

US 7,012,916 B2

31

placed on servers **51** connected to the Internet and a desired service resource has then been accessed over the Internet by the service control subsystem of the PSTN, and/or by Internet users, through the use of an URI derived from a resource code that identifies the the desired service resource item. In a preferred arrangement for deriving the URI from a resource code in the form of a telephone number, all or part of the telephone number concerned was parsed into domain name form and then resolved into an URI using a DNS-type distributed database system that, indeed, could be integrated into the DNS itself (see FIGS. **11** and **12**, and related description). In fact, it would be possible to place service resource items directly in Registration Records held by a DNS-type distributed database system so that instead of the parsed telephone number being resolved to an URI which is then used to access the required resource, the parsed telephone number is directly resolved to the required service resource item. The mechanism employed in this process is exactly as already described for resolving a parsed telephone number into an URI. The DNS-type distributed database system used for this would preferably be one accessible over the Internet or the DNS itself so as to provide access to the service resource items for Internet users as well as for the service control subsystem of the PSTN (in the same manner as described above with reference to FIG. **18**, the DNS-type servers holding the service resource items may be accessible to the service control subsystem by a network other than the Internet). Whilst the placing of service resource items in RRs held on DNS-type servers may not be suitable for all types of service resource items, it is suitable for items such as telephone numbers that do not change frequently. Thus, a suitable usage is to provide number portability; in this case, a dialled personal number triggers a lookup in the DNS-type system with all or part of the personal number being first parsed and then applied to the DNS type system to return a current number for call routing. All dialled numbers could be treated as personal numbers or simply a subset of such numbers, this subset comprising numbers that are readily identifiable as personal numbers by, for example, local lookup at an SSP or the presence of a predetermined leading digit string. The general concept of parsing a telephone number (or similar number) in whole or in part to form a domain name for resolution in a DNS-type distributed database system can be used for the retrieval of other items of information besides URIs and service resource items.

Feedback Mechanisms. In discussing the WWW-based freephone arrangement of FIG. **17**, it was mentioned that user A could be supplied with feedback on the likely length of waiting time before A would be called back. This is one example of using the Internet to provide a feedback path for a potential or actual telephone user. Another example was provided in relation to FIG. **16** where the progress of call setup was reported back by the call setup gateway to user A's terminal. In fact, generally where a user is known to be using a terminal actively on the Internet the opportunity arises to provide the user with feedback on the progress of call setup through the telephone system. In order to do this, it is of course necessary to ensure that the feedback can be passed to the appropriate application running on terminal A and this will generally require the application to have made appropriate linking information available. As well as call setup progress information, other information can also be fedback for example during a call holding period. Thus, for example, a special server can be provided on the Internet holding multimedia clips or even videos that could be output to user A during a call holding period.

In the described arrangements, the servers **51** have held service resource items concerned primarily with call setup

32

control. It may be noted that in a somewhat different application, Internet servers could be arranged to hold data that could be accessed from the telephone system in response to a user-initiated telephone request and returned to that telephone user. Such a service would be provided, for example, in response to an SSP triggering a service request upon a particular telephone number being input, the service request prompting an SCP to cause an intelligent peripheral to access a particular Internet server (not necessarily an HTTP server) and retrieve the required data for return to the calling party. The intelligent peripheral may include a text-to-voice converter for replaying the data vocally to the user.

One further feedback process is also worthy of note, in this case in relation to service resource items themselves. By way of example, a telephone user G may subscribe to a service by which calls passed through to G's telephone are to be separated by a minimum of X minutes, X being user settable. To implement this service, G has a phone page on a server **51** that includes a "busy" status indication. Upon termination of a successful call to G, G's local SSP triggers the sending of a message by the associated SCP over the Internet to G's phone page. This message causes G's busy indication to be set to indicate that G is busy; the message also starts a timer which times out after a period X and causes the busy status indication to be reset. A call attempt to G will either be rejected at G's SSP because G's line is genuinely busy or will trigger the SSP to enquire via the SCP whether G's phone-page busy status indication is set. If the busy status indication is set (which it will be during the period X following termination of a successful call) the call attempt is rejected whereas if the busy status indication is in its reset condition, the call attempt is allowed to proceed. By placing the busy status indication mechanism on G's phone page, it is possible to arrange for G to be able to easily change the value of X.

More General Variants. Whilst the service control subsystem of the PSTN has been embodied as an SCP in the foregoing examples, it will be appreciated that the functionality of the service control subsystem could be provided as part of an SSP or in an associated adjunct. Furthermore, the triggering of service requests can be effected by equipment other than SSPs, for example by intercept boxes inserted in the SS7 signalling links.

It will be appreciated that the term "Internet" is to be understood to include not only the current specification of the TCP/IP protocols used for the Internet and the current addressing scheme, but also evolutions of these features such as may be needed to deal with isochronous media. Furthermore, references to the WWW and the HTTP protocol should equally be understood to encompass their evolved descendants.

The present invention can also be applied to telephone systems other than just PSTNs, for example to PLMNs and other mobile networks, and to private systems using PABXs. In this latter case, a LAN or campus-wide computer network serving generally the same internal users as the PABX, will take the role of the Internet in the described embodiments.

Furthermore, the present invention has application where any switched telecommunication system (for example, a broadband ATM system) requires service control and a computer network can be used for the delivery of service resources to the service control subsystem of the telecommunication system.

What is claimed is:

1. A method of accessing communication data relevant to a target entity identified by a number string, said method comprising:

US 7,012,916 B2

33

34

storing in the domain name system (DNS) of the Internet records each associated with a corresponding domain name and holding an URI for locating communications data associated with the domain name, each said domain name being related to a respective number string from which it can be derived by a process including parsing at least a substantial portion of the number string into at least a part of said domain name;

applying said process to the said number string identifying the target entity whereby to form the related domain name;

supplying the domain name formed to the DNS to retrieve the URI held in the corresponding record; and

using the URI retrieved to access said communication data.

2. A method according to claim 1, wherein the URI held in at least one said record is an URL including an access scheme and host address.

3. A method according to claim 2, wherein said host address is a domain name.

4. A method according to claim 1, wherein each said number string is in telephone-number form.

5. A method according to claim 1, wherein the communications data is a communications endpoint address for the target entity.

6. A method of accessing a target entity over a telephone network, in which communications data in the form of a telephone number for the target entity is accessed according to the method of claim 1, this telephone number then being used to call the target entity over the telephone network.

7. A method according to claim 1, wherein the URI held in at least one said records is the URI for said communications data itself.

8. A method according to claim 1, wherein the URI held in at least one said records is of functionality that has access to multiple items of communications data, and wherein using the URI retrieved to access said communication data involves using the URI to access said functionality and supply it with an indicator of the desired item of communications data, this data then being returned by the functionality.

9. A method according to claim 8, wherein the indicator is incorporated into said URI and supplied in this form to said functionality.

10. A method according to claim 8, wherein the indicator is supplied to said functionality as a separate element to said URI.

11. A method according to claim 8, wherein the URI held in at least one said records is an URL including an access scheme and host address for accessing said functionality.

12. A method according to claim 8, wherein each said number string is in telephone-number form.

13. A method according to claim 8, wherein the communications data is a communications endpoint address for the target entity.

14. A method of accessing a target entity over a telephone network, in which communications data in the form of a telephone number for the target entity is accessed according to the method of claim 7, this telephone number then being used to call the target entity over the telephone network.

15. A method of accessing communication data relevant to a target entity identified by a number string, said method comprising:

storing in the domain name system (DNS) of the Internet records each associated with a corresponding domain name and holding an at least part-formed URL, including access scheme and host name, of an item of communications data, each said domain name being related to a respective number string from which it can be derived by a process including parsing at least a substantial portion of the number string into at least a part of said domain name;

applying said process to the said number string identifying the target entity whereby to form the related domain name;

supplying the domain name formed to the DNS to retrieve the at least part-formed URL held in the corresponding record; and

using the at least part-formed URL retrieved to access said communication data.

16. A method according to claim 15, wherein the URL retrieved is only part-formed and using the at least part-formed URL retrieved to access said communication data involves completing the URL by adding a path element serving to distinguish the desired item of communication data from other items held on the same host.

17. A method according to claim 15, wherein each said number string is in telephone-number form.

18. A method according to claim 15, wherein the communications data is a communications endpoint address for the target entity.

19. A method of accessing a target entity over a telephone network, in which communications data in the form of a telephone number for the target entity is accessed according to the method of claim 15, this telephone number then being used to call the target entity over the telephone network.

20. A method of discovering communications endpoint address data for contacting a target entity identified by a number string, said method comprising:

storing in the domain name system (DNS) of the Internet records each associated with a corresponding domain name and holding an URL of a resource that has access to multiple items of communications endpoint address data, each said domain name being related to a respective number string from which it can be derived by a process including parsing at least a substantial portion of the number string into at least a part of said domain name, the number strings being in telephone-number form;

applying said process to the said number string identifying the target entity whereby to form the related domain name;

supplying the domain name formed in step (b) to the DNS to retrieve the URL held in the corresponding record; and

using the URL to access the corresponding said resource and supply it with an indicator of the desired item of communications endpoint address data, this data then being returned by the resource.

21. A method of accessing communication data relevant to a target entity identified by a number string, said method comprising:

storing in a DNS-type database system, records each associated with a corresponding domain name and holding an URI for locating communications data associated with the domain name, each said domain name being related to a respective number string from which it can be derived by a process including parsing at least a substantial portion of the number string into at least a part of said domain name;

applying said process to the said number string identifying the target entity whereby to form the related domain name;

US 7,012,916 B2

35

supplying the domain name formed to the DNS-type database system to retrieve the URI held in the corresponding record; and

using the URI retrieved to access said communication data.

22. A method according to claim 21, wherein the URI held in at least one said records is an URL including an access scheme and host address for accessing said communications data.

23. A method according to claim 21, wherein each said number string is in telephone-number form.

24. A method according to claim 21, wherein the communications data is a communications endpoint address for the target entity.

25. A method according to claim 21, wherein the URI held in at least one said record is of functionality that has access to multiple items of communications data, and wherein using the URI retrieved to access said communication data involves using the URI to access said functionality and supply it with an indicator of the desired item of communications data which is then returned by the functionality.

26. A method of accessing communications data for contacting a target entity, said method comprising:

forming, from a number string identifying the target entity, a domain name by a process including parsing at least a substantial portion of the number string into at least a part of said domain name;

supplying the domain name formed to the domain name system of the Internet and receiving back from the domain name system a resource record including an URI for locating communications data associated with the domain name; and

using the URI received back to access said communication data.

27. A method according to claim 26, wherein the URI received back is an URL including an access scheme and host address for accessing said communications data.

28. A method according to claim 26, wherein said number string is a telephone number.

29. A method according to claim 26, wherein the communications data is a communications endpoint address for the target entity.

30. A method of accessing a target entity over a telephone network, in which communications data in the form of a telephone number for the target entity is accessed according to the method of claim 26, this telephone number then being used to call the target entity over the telephone network.

31. A method according to claim 26, wherein the URI received back is the URI of said communications data itself.

32. A method according to claim 26, wherein the URI received back is of functionality that has access to multiple items of communications data, and wherein using the URI received back to access said communication data involves using the URI to access said functionality and supply it with an indicator of the desired item of communications data which is then returned by the functionality.

33. A method according to claim 32, wherein the indicator is incorporated into said URI and supplied in this form to said functionality.

34. A method according to claim 32, wherein the indicator is supplied to said functionality as a separate element to said URI.

35. A method according to claim 32, wherein the URI received back is an URL including an access scheme and host address for accessing said functionality.

36. A method according to claim 32, wherein said number string is a telephone number.

36

37. A method according to claim 32, wherein the communications data is a communications endpoint address for the target entity.

38. A method of accessing a target entity over a telephone network, in which communications data in the form of a telephone number for the target entity is accessed according to the method of claim 32, this telephone number then being used to call the target entity over the telephone network.

39. A method of accessing communications data for contacting a target entity, said method comprising:

forming, from a number string identifying the target entity, a domain name by a process including parsing at least a substantial portion of the number string into at least a part of said domain name;

supplying the domain name formed to the domain name system of the Internet and receiving back from the domain name system a resource record including an at least part-formed URL, including access scheme and host name, of an item of communications data associated with the domain name; and

using the URL received back to access said communication data.

40. A method according to claim 39, wherein the URL received back is only part-formed and wherein using the URI received back to access said communications data involves completing the URL by adding a path element serving to distinguish the desired item of communication data from other items held on the same host.

41. A method according to claim 39, wherein said number string is a telephone number.

42. A method according to claim 39, wherein the communications data is a communications endpoint address for the target entity.

43. A method of accessing a target entity over a telephone network, in which communications data in the form of a telephone number for the target entity is accessed according to the method of claim 39, this telephone number then being used to call the target entity over the telephone network.

44. A method of discovering communications endpoint address data for contacting a target entity, said method comprising:

forming, from a number string identifying the target entity, a domain name by a process including parsing at least a substantial portion of the number string into at least a part of said domain name;

supplying the domain name formed to the domain name system of the Internet and receiving back from the domain name system a resource record including an URI of a resource that has access to multiple items of communications endpoint address data; and

using the URI received back to access corresponding said resource and supply it with an indicator of the desired item of communications endpoint address data, this data then being returned by the functionality.

45. A method of accessing communications data for contacting a target entity, said method comprising:

forming, from a number string identifying the target entity, a domain name by a process including parsing at least a substantial portion of the number string into at least a part of said domain name;

supplying the domain name formed to a DNS-type database system and receiving back a resource record including an URI for locating communications data associated with the domain name; and

using the URI received back to access said communications data.

US 7,012,916 B2

37

**46.** A method according to claim **45**, wherein the URI received back is an URL including an access scheme and host address for accessing said communications data.

**47.** A method according to claim **45**, wherein each said number string is a telephone number.

**48.** A method according to claim **45**, wherein the communications data is a communications endpoint address for the target entity.

**49.** A method according to claim **45**, wherein the URI held in at least one said record is of functionality that has access to multiple items of communications data, and wherein using the URI received back to access said communications data involves using the URI to access said functionality and supply it with an indicator of the desired item of communications data which is then returned by the functionality.

**50.** A server of the domain name system of the Internet, the server holding at least one resource record that provides a mapping from a domain name to an URI for locating communications data associated with the domain name, at least a substantial portion of the domain name being in the form of a number string that has been parsed into plural domain-name labels.

**51.** A server according to claim **50**, wherein said URI is an URL including an access scheme and host address for accessing said communications data.

**52.** A method according to claim **50**, wherein the communications data is a communications endpoint address for the target entity.

**53.** A server according to claim **51**, wherein said number string is at least a substantial portion of a telephone number.

**54.** A server according to claim **50**, wherein said URI is of functionality that has access to multiple items of communications data.

**55.** A server of the domain name system of the Internet, the server holding at least one resource record that provides

38

a mapping from a domain name to an at least part-formed URL, including access scheme and host name, of an item of communications data associated with the domain name, at least a substantial portion of the domain name being in the form of a number string that has been parsed into plural domain-name labels.

**56.** A server according to claim **55**, wherein said number string is at least a substantial portion of a telephone number.

**57.** A server of the domain name system of the Internet, the server holding at least one resource record that provides a mapping from a domain name to an URL of a resource that has access to multiple items of communications data, at least a substantial portion of the domain name being in the form of a number string that has been parsed into plural domain-name labels.

**58.** A server according to claim **57**, wherein said number string is at least a substantial portion of a telephone number.

**59.** A DNS-type distributed database system holding at least one resource record that provides a mapping from a domain name to an URI for locating communications data associated with the domain name, at least a substantial portion of the domain name being in the form of a number string that has been parsed into plural domain-name labels.

**60.** A system according to claim **59**, wherein said URI is an URL including an access scheme and host address for accessing said communications data.

**61.** A system according to claim **59**, wherein said number string is at least a substantial portion of a telephone number.

**62.** A system according to claim **59**, wherein said URI is of functionality that has access to multiple items of communications data.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 7,012,916 B2                                    Page 1 of 1
APPLICATION NO. : 10/052285
DATED               : March 14, 2006
INVENTOR(S)       : Colin Low et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Title Page, item (75), the following named inventor should be removed:

Nicolas Bouthors

In the Title Page, item (30), the following foreign applications should be removed:

GB 9525190 filed December 11, 1995
EP 95410148 filed December 22, 1995

Signed and Sealed this

Twelfth Day of August, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT B

Network Working Group                                          M. Rose
Request for Comments: 1703                   Dover Beach Consulting, Inc.
Obsoletes: 1569                                          October 1994
Category: Informational


              Principles of Operation for the TPC.INT Subdomain:
                   Radio Paging -- Technical Procedures


Status of this Memo

   This memo provides information for the Internet community.  This memo
   does not specify an Internet standard of any kind.  Distribution of
   this memo is unlimited.


Table of Contents

   1. Introduction ............................................... 1
   2. Naming, Addressing, and Routing ............................ 2
   2.1 Addressing ............................................... 2
   2.2 Routing .................................................. 3
   3. Procedure .................................................. 3
   3.1 Alpha-numeric Radio Pagers ............................... 3
   3.2 Numeric Radio Pagers ..................................... 4
   3.3 MAILing versus SENDing ................................... 4
   3.4 Latency .................................................. 5
   4. Usage Examples ............................................. 5
   4.1 A MIME Example ........................................... 6
   4.2 A Non-MIME Example ....................................... 6
   5. Server Configuration Example ............................... 6
   6. Security Considerations .................................... 8
   7. Acknowledgements ........................................... 8
   8. References ................................................. 8
   9. Author's Address ........................................... 9

1.  Introduction

   As an adjunct to the usual, two-way electronic mail service, it is at
   times useful to employ a one-way text notification service, called
   radio paging.  This memo describes a technique for radio paging using
   the Internet mail infrastructure.  In particular, this memo focuses
   on the case in which radio pagers are identified via the
   international telephone network.

   The technique described by this memo, mapping telephone numbers to
   domain names, is derived from the TPC.INT subdomain.  Consult RFC
   1530, "Principles of Operation for the TPC.INT Subdomain: General
   Principles and Policy" for overview information.

RFC 1703            Radio Paging -- Technical Procedures        October 1994

2.  Naming, Addressing, and Routing

   A radio pager is identified by a telephone number, e.g.,

      +1 415 940 8776

   where "+1" indicates the IDDD country code, and the remaining string
   is a telephone number within that country.

   In addition to a telephone number, a PIN may also be required to
   uniquely identify a radio pager.

2.1.  Addressing

   This number is used to construct the address of a radio paging
   server, which forms the recipient address for the message, e.g., one
   of:

      pager.ATOM@6.7.7.8.0.4.9.5.1.4.1.tpc.int
      pager-alpha.ATOM@6.7.7.8.0.4.9.5.1.4.1.tpc.int
      pager-numeric@6.7.7.8.0.4.9.5.1.4.1.tpc.int

   where "ATOM" is an RFC 822 atom [1], an opaque string for use in
   recipient identification when communicating with the paging network,
   and the domain-part is constructed by reversing the telephone number,
   converting each digit to a domain-label, and being placed under
   "tpc.int".  (The telephone number must not include any international
   access codes.)

   Note that the mailbox syntax is purposefully restricted in the
   interests of pragmatism.  To paraphrase STD 11, RFC 822, an atom is
   defined as:

      atom    = 1*atomchar

      atomchar=   <any upper or lowercase alphabetic character
                  (A-Z a-z)>
               / <any digit (0-9)>
               / "!" / "#" / "$" / "%" / "&" / "'" / "*" / "+"
               / "-" / "/" / "=" / "?" / "^" / "_" / "`" / "{"
               / "|" / "}" / "~"

   Finally, note that some Internet mail software (especially gateways
   from outside the Internet) impose stringent limitations on the size
   of a mailbox-string.  Thus, originating user agents should take care
   in limiting the local-part to no more than 70 or so characters.

RFC 1703            Radio Paging -- Technical Procedures       October 1994

2.2.  Routing

   The message is routed in exactly the same fashion as all other
   electronic mail, i.e., using the MX algorithm [2].  Since a radio
   paging server might be able to access many radio pagers, the
   wildcarding facilities of the DNS [3,4] are used accordingly.  For
   example, if a radio paging server residing at "dbc.mtview.ca.us" is
   willing to access any radio pager with a telephone number prefix of

      +1 415 940

   then this resource record might be present

      *.0.4.9.5.1.4.1.tpc.int.       IN MX 10 dbc.mtview.ca.us.

   Naturally, if several radio paging servers were willing to access any
   radio pager in that prefix, multiple MX resource records would be
   present.  (The DNS servers for the TPC.INT subdomain perform a
   rudimentary form of load balancing by rotating the order of the MX
   records returned on each query.)

   It should be noted that the presence of a wildcard RR which matches a
   radio paging server's address does not imply that the corresponding
   telephone number is valid, or, if valid, that a radio pager is
   identified by the phone number.  Rather, the presence of a wildcard
   RR indicates that a radio paging server is willing to attempt access.

3.  Procedure

   When information is to be sent to a radio pager, the user application
   constructs an RFC 822 message, containing a "Message-ID" field and a
   textual content (e.g., a "text/plain" content [5]).

   The message is then sent to the radio paging server's electronic mail
   address.  The radio paging server begins by looking at the local part
   of the address.

3.1.  Alpha-numeric Radio Pagers

   If the local-part is either "pager.ATOM" or "pager-alpha.ATOM" then
   this indicates that the recipient is using an alpha-numeric radio
   pager, and ATOM either identifies a paging network (CARRIER), or a
   radio pager identity number (PIN), or both, according to these rules:

   (1)  if ATOM consists entirely of numeric characters, then ATOM is a
        PIN, and the domain-part refers to the IXO access telephone
        number for a radio paging carrier; otherwise,

Rose                                                           [Page 3]

    (2)  if ATOM does not contain a hyphen character ("-"), then ATOM is
         a CARRIER, a local database is consulted to determine the
         corresponding IXO access telephone number, and the telephone
         number corresponding to the domain-part is used to identify the
         radio pager; otherwise,

    (3)  if ATOM does contain a hyphen character ("-"), then everything
         to the left of the first hyphen is a CARRIER, and everything to
         the right of that hyphen is a PIN, a local database is consulted
         to determine the corresponding IXO access telephone number, and
         the PIN is used is used to identify the radio pager.

    If the local-part starts with "pager.", then the message sent to the
    radio pager consists of the body of the message; otherwise, if the
    local-part starts with "pager-alpha.", then the radio paging server
    determines which information in the headers and body of the message
    are used when constructing the paging message.  For example, some
    radio paging servers might choose to examine the "To" and "Subject"
    fields, in addition to the body, whilst other radio paging servers
    might choose to simply send the body verbatim.

3.2.  Numeric Radio Pagers

    If the local-part is the literal string "pager-numeric" then this
    indicates that the recipient is using a numeric pager, and the radio
    pager dials the telephone number corresponding to the domain-part.

    The message sent to the radio pager consists of the body of the
    message, which must consist solely of digits.

3.3.  MAILing versus SENDing

    An SMTP client communicating with a radio paging server may use
    attempt either the MAIL or SEND command.  The radio paging server
    MUST support the MAIL command, and MAY support any of the SEND, SOML,
    or SAML commands.

    If the MAIL command is used, then a positive completion reply to both
    the RCPT and DATA commands indicates, at a minimum, that the message
    has been queued for transmission into the radio paging network for
    the recipient, but is at least queued for transmission into the radio
    paging network.

    If the SEND command is used, then a positive completion reply to both
    the RCPT and DATA commands indicates that the message has been
    accepted by the radio paging network for delivery to the recipient.

RFC 1703            Radio Paging -- Technical Procedures      October 1994

     If the SOML or SAML command is used, then a positive completion reply
     to both the RCPT and DATA commands indicates that the message may
     have been accepted by the radio paging network for delivery to the
     recipient.

3.4.  Latency

     Although the Internet electronic mail service tends to perform
     delivery in a timely and reliable manner, some paging services will
     wish to provide a higher degree of assurance to their clients, in
     particular guaranteeing that a positive reply code means that the
     page has been sent on the radio paging network.  For such
     requirements, the primary constraints are server implementation and
     client/server network connectivity.

     A client that uses the SEND or SAML commands is explicitly requesting
     real-time transmission on the radio paging network and is requiring
     that the server reply code will carry a statement of success or
     failure about that transmission.

     The IP level of the Internet performs datagram store-and-forward
     service, but gives the end system hosts the appearance of direct
     connectivity, by virtue of allowing interactive service.  The
     Internet electronic mail service adds another layer of store-and-
     forward indirection, so that messages may go through any number of
     relays (and/or gateways).  This may introduce arbitrarily large
     delays of minutes, hours, or days.

     A client that configures their Internet attachment to permit "direct"
     SMTP connectivity to a radio paging server will be able to submit
     paging requests to the server directly, without additional SMTP-
     relaying. That is, transmission from radio paging client to server
     will be one "SMTP-hop"only.  This will eliminate any possibility of
     non-deterministic delay by the Internet itself.

     The combination of configuring radio paging server and client to
     allow direct IP/SMTP-level interaction and ensuring that they use
     SEND or SAML commands only will mean that a client receiving a
     positive reply from the server is assured that the page has been sent
     on the radio paging network.

4.  Usage Examples

     These examples make use of the "iddd.tpc.int" subdomain.  The DNS
     servers for this subdomain, upon encountering a domain of the form:

          NUMBER.iddd.tpc.int

Rose                                                             [Page 5]

RFC 1703          Radio Paging -- Technical Procedures       October 1994

automatically create a CNAME RR of the form:

        R.E.B.M.U.N.iddd.tpc.int

e.g.,

        14159408776.iddd.tpc.int

will be treated as

        6.7.7.8.0.4.9.5.1.4.1.tpc.int

4.1.  A MIME Example

    To: pager-alpha.98765@18005551234.iddd.tpc.int
    cc: Marshall Rose <mrose@dbc.mtview.ca.us>
    From: Carl Malamud <carl@malamud.com>
    Date: Thu, 22 Jul 1993 08:38:00 -0800
    Subject: First example, for an alphanumeric pager
    Message-ID: <19930908220700.1@malamud.com>
    MIME-Version: 1.0
    Content-Type: text/plain; charset=us-ascii

    A brief textual message sent to the radio paging network
    having an IXO access telephone number of "+1-8005551234"
    to the radio pager having a PIN of "98765".

4.2.  A Non-MIME Example

    To: pager-numeric@14159408776.iddd.tpc.int
    From: Carl Malamud <carl@malamud.com>
    Date: Thu, 22 Jul 1993 08:38:00 -0800
    Subject: Second example, for a numeric pager
    Message-ID: <19930908220700.2@malamud.com>

    2026282044

5.  Server Configuration Example

    A hypothetical radio paging carrier, e.g.,

        Pigeon Paging

    might choose to integrate its radio paging services with Internet e-
    mail in the following fashion:

RFC 1703          Radio Paging -- Technical Procedures          October 1994

(1)  The radio paging carrier establishes a top-level domain name,
     e.g.,

              pigeon.net

(2)  The radio paging carrier installs and operates one or more
     radio paging servers, each having a unique entry in the DNS,
     e.g.,

              ixo1.pigeon.net.              IN A  a.b.c.d

     Each of these radio paging servers runs an SMTP server which
     implements the SEND command as described in Section 3.3 above.

(3)  The radio paging carrier coordinates with the administrators of
     the TPC.INT subdomain to have the appropriate MX records added
     to the DNS, assigning cost values in the MX records to reflect
     any difference in the quality of service between the radio
     paging servers, e.g.,

              4.3.2.1.5.5.5.0.0.8.1.tpc.int. IN MX  5 ixo1.pigeon.net.
              4.3.2.1.5.5.5.0.0.8.1.tpc.int. IN MX  5 ixo2.pigeon.net.

     which would provide both load-balancing and redundancy
     (particularly if the servers were located at different points in
     the Internet).  At this point, messages can be sent using the
     addressing formats described in Section 2.2 above.

(4)  The radio paging carrier may choose to make available a client
     program which uses the SMTP SEND command, in order to achieve
     "real-time" delivery of messages into the radio paging network.

(5)  Finally, the radio paging carry may choose to assign each of its
     customers a mailbox, e.g.,

              mrose@pager.pigeon.net

     which maps to the TPC.INT address for the customer's radio pager.

     The system(s) listed in the DNS for this domain would maintain
     the appropriate mail aliases for this mapping, e.g.,

              R: 220 pager.pigeon.net SMTP ready
              S: HELO malamud.com
              R: 220 pager.pigeon.net
              S: EXPN mrose
              R: 250 <pager-alpha.98765@18005551234.iddd.tpc.int>

Rose                                                          [Page 7]

At the carrier's discretion, these systems may also be the
systems running the radio paging servers.  However, this needn't
be the case.  For example, consider a situation where a client
program which uses the SMTP SEND command, wants to ensure that it
is talking to radio paging server for an address: e.g.,

```
    R: 220 pager.pigeon.net SMTP ready
    S: EHLO malamud.com
    R: 220-pager.pigeon.net
    R: 220 SEND
    S: VRFY mrose
    R: 551 User not local;
          try <pager-alpha.98765@18005551234.iddd.tpc.int>
```

or

```
    R: 220 pager.pigeon.net SMTP ready
    S: EHLO malamud.com
    R: 220-pager.pigeon.net
    R: 220 SEND
    S: VRFY mrose
    R: 250 <pager-alpha.98765@18005551234.iddd.tpc.int>
```

6.  Security Considerations

   Internet mail may be subject to monitoring by third parties, and in
   particular, message relays.

7.  Acknowledgements

   This document was motivated by RFC 1568 [6] and RFC 1645 [7].  In
   addition, David Crocker, Carl Malamud, and Perry Metzger also
   provided substantive comments.

8.  References

   [1] Crocker, D., "Standard for the Format of ARPA Internet Text
       Messages", STD 11, RFC 822, University of Delaware, August 1982.

   [2] Partridge, C., "Mail Routing and the Domain System", BBN
       Laboratories, STD 14, RFC 974, BBN, January 1986.

   [3] Mockapetris, P., "Domain Names -- Concepts and Facilities", STD
       13, RFC 1034, USC/Information Sciences Institute, November 1987.

   [4] Mockapetris, P., "Domain Names -- Implementation and
       Specification", STD 13, RFC 1035, USC/Information Sciences
       Institute, November 1987.

RFC 1703            Radio Paging -- Technical Procedures        October 1994

   [5] Borenstein, N., and N. Freed, "MIME: Mechanisms for Specifying
       and Describing the Format of Internet Message Bodies", RFC 1521,
       Bellcore, Innosoft, September 1993.

   [6] Gwinn, A., "Simple Network Paging Protocol - Version 1(b)", RFC
       1568, Southern Methodist University, January 1994.

   [7] Gwinn, A., "Simple Network Paging Protocol - Version 2", RFC
       1645, Southern Methodist University, July 1994.

9.  Author's Address

       Marshall T. Rose
       Dover Beach Consulting, Inc.
       420 Whisman Court
       Mountain View, CA  94043-2186
       US

       Phone: +1 415 968 1052
       Fax:   +1 415 968 2510
       EMail: mrose@dbc.mtview.ca.us

# EXHIBIT C

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oꜰꜰɪᴄᴇ

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/012,845 | 04/24/2013 | 7012916 | 007412.02412 | 9167 |

71867          7590          09/24/2013

BANNER & WITCOFF , LTD
ATTORNEYS FOR CLIENT NUMBER 007412
1100 13th STREET, N.W.
SUITE 1200
WASHINGTON, DC 20005-4051

| EXAMINER |
|---|
| NGUYEN, LINH M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 09/24/2013 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

SHOOK, HARDY & BACON LLP

INTELLECTUAL PROPERTY DEPARTMENT

2555 GRAND BLVD

KANSAS CITY, MO 64108-2613

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/012,845*.

PATENT NO. *7012916*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Office Action in Ex Parte Reexamination* | Control No. 90/012,845 | Patent Under Reexamination 7012916 |
|---|---|---|
| | Examiner Linh M. Nguyen | Art Unit 3992 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a ☐ Responsive to the communication(s) filed on _____ .  b ☐ This action is made FINAL.
c ☒ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>2</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☐ Notice of References Cited by Examiner, PTO-892.   3. ☐ Interview Summary, PTO-474.
2. ☒ Information Disclosure Statement, PTO/SB/08.   4. ☐ _____ .

Part II   SUMMARY OF ACTION

1a. ☒ Claims <u>45-48</u> are subject to reexamination.
1b. ☒ Claims <u>1-44 and 49-62</u> are not subject to reexamination.
2. ☐ Claims _____ have been canceled in the present reexamination proceeding.
3. ☐ Claims _____ are patentable and/or confirmed.
4. ☒ Claims <u>45-48</u> are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ The drawings, filed on _____ are acceptable.
7. ☐ The proposed drawing correction, filed on _____ has been (7a)☐ approved (7b)☐ disapproved.
8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

   a)☐ All  b)☐ Some*  c)☐ None   of the certified copies have
   1☐ been received.
   2☐ not been received.
   3☐ been filed in Application No. _____ .
   4☐ been filed in reexamination Control No. _____ .
   5☐ been received by the International Bureau in PCT application No. _____ .

   * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10. ☐ Other: _____

cc: Requester (if third party requester)

Application/Control Number: 90/012,845                                    Page 2
Art Unit: 3992

## NON-FINAL REJECTION

This is an *ex parte* reexamination of claims 45-48 of United States Patent Number 7,012,916 ("the '916 patent").  The examiner determined a substantial new question of patentability was raised as to those claims by the request filed 4/24/2013 ("Request"). Since Requester did not request reexamination of claims 1-44 and 49-62 and did not assert the existence of a substantial new question of patentability (SNQ) for such claim, such claims will not be reexamined. See MPEP 2243.

### *References Cited in Request*

U.S. Patent No. 6,243,443 to Low et al. ("Low 443").

U.S. Patent No. 6,246,758 to Low et al. ("Low 758").

U.S. Patent No. 6,282,281 to Low et al. ("Low 281").

RFC #1703, Radio Paging – Technical Procedures ("RFC 1703").

RFC #1183, New DNS RR Definitions ("RFC 1183").

Schwartz, Netfind Support for URL-Based Search Customization ("Schwartz I").

Schwartz et al., Applying an Information Gathering Architecture to Netfind: A White
           Pages Tool for a Changing and Growing Internet ("Schwartz II").

RFC #1035, Domain Names – Implementation and Specification ("RFC 1035").

Albitz et al., DNS and BIND in a Nutshell ("DNS and BIND").

Application/Control Number: 90/012,845                                        Page 3
Art Unit: 3992

### Information Disclosure Statement

The IDSs filed 7/23/2013, 7/31/2013, and 8/8/2013 have been considered.  A large

number of references have been cited.  As there is no explanation of their content or relevance,

the examiner considers the documents only to the extent explained in MPEP 609.05(b).


### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created doctrine

grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or

improper timewise extension of the "right to exclude" granted by a patent and to prevent possible

harassment by multiple assignees.  A nonstatutory double patenting rejection is appropriate

where the claims at issue are not identical, but at least one examined application claim is not

patentably distinct from the reference claim(s) because the examined application claim is either

anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*,

140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d

2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van

Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619

(CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may

be used to overcome an actual or provisional rejection based on a nonstatutory double patenting

ground provided the reference application or patent either is shown to be commonly owned with

this application, or claims an invention made as a result of activities undertaken within the scope

of a joint research agreement.

Application/Control Number: 90/012,845                                    Page 4
Art Unit: 3992

Note that, as mentioned in the Order, the Low patents were commonly owned with the

'916 patent; therefore a terminal disclaimer will be acceptable.[i]

The '916 patent has a later filing date than any of the Low references, therefore the one-

way test for double patenting is applied.   See MPEP 804(II)(B)(1)(a)-(b).

### *Double Patenting Rejection*

SNQ 1.  Claims 45-48 are rejected on the ground of nonstatutory double patenting as

being unpatentable over claims 11 and 20 of Low '443. Although the claims at issue are not

identical, they are not patentably distinct from each other.  See Request pp. 33-39, which are

hereby incorporated by reference as the rejection.

SNQ 2.  Claims 45-48 are rejected on the ground of nonstatutory double patenting as

being unpatentable over claim 12 of Low '758. Although the claims at issue are not identical,

they are not patentably distinct from each other.  See Request pp. 39-44, which are incorporated

by reference as the rejection.

SNQ 3.  Claims 45-48 are rejected on the ground of nonstatutory double patenting as

being unpatentable over claim 9 of Low '281. Although the claims at issue are not identical, they

---

[1] The USPTO internet Web site contains terminal disclaimer forms which may be used.  Please visit
http://www.uspto.gov/forms/.  The filing date of the application will determine what form should be used.  A web-
based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that
meets all requirements is auto-processed and approved immediately upon submission.  For more information about
eTerminal Disclaimers, refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Application/Control Number: 90/012,845                                                  Page 5
Art Unit: 3992

are not patentably distinct from each other.  See Request pp. 44-48, which are incorporated by

reference as the rejection.

### *Claim Rejections - 35 USC §§ 102 & 103*

The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
> (b) the invention was patented or described in a printed publication in this or a foreign country or in
> public use or on sale in this country, more than one year prior to the date of application for patent in the
> United States.

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

SNQ 4.  Claims 45-48 are rejected under pre-AIA 35 U.S.C. 102(b) as being anticipated

by RFC 1703.  See Request pp. 49-53 and Claim Chart App. A, which are hereby incorporated

by reference as the rejection.


SNQ 11.  Claims 45, 46 and 48 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Schwartz I in view of Schwartz II.  See Request pp. 66-69 and claim chart

App. H, which are hereby incorporated by reference as the rejection.

Application/Control Number: 90/012,845                                    Page 6
Art Unit: 3992

SNQ 12 (modified). Claim 47 is rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Schwartz I in view of Schwartz II, and further in view of RFC 1703. (This

rejection is not applied to claims 45, 46 and 48 see *Other Proposed Rejections* below).

The limitations of claim 45, which claim 47 depends from, are taught by Schwartz 1 and

Schwartz II as above in Rejection SNQ 11. Claim 47 claims the limitation of "number string is a

telephone number", which disclosed by RFC 1703. It would have been obvious to a person of

ordinary skill in the art to add this feature to Schwartz references since this would allow for the

use of telephone numbers to identify a target entity.


### *Other Proposed Rejections*

Other proposals were determined in the Order to raise an SNQ, but the examiner does not

apply the rejections for the reasons discussed below.


### *RFC 1183*

In proposed SNQ 5, the third party alleges that RFC 1183 anticipates claims 45, 46 and

48.  See Request pp. 53-56.  The third party acknowledges that RFC 1183 does not itself describe

"forming, from a number string identifying the target entity, a domain name by a process

including parsing at least a substantial portion of the number string into at least a part of said

domain name."  The third party argues that this feature is inherent in DNS based on RFC 1035.

The examiner does agree RFC 1035 can speak for DNS because it is a description of the

"implementation of specification" of DNS and it has become an Internet Standard (STD 13,

along with RFC 1034). The examiner also agrees that DNS, as shown in RFC 1035, inherently

Application/Control Number: 90/012,845                                      Page 7
Art Unit: 3992

includes the capability of parsing a number string to form a domain name.  Thus, to the extent

that RFC 1183 describes DNS, it does include this step.

   The problem however is that more than merely this step is claimed.  The claims require

that the domain name is formed "from a number string *identifying the target entity*" and

additionally require "supplying the domain name … to a DNS-type database and receiving back

a resource record including a uniform resource identifier (URI) for locating communications data

associated with the domain name."  The Request states that "sayshell.umd.edu" is the domain

name, which is supplied to receive back a RR including URI LAM1.people.umd.edu of the target

entity, the responsible person for sayshell.umd.edu.  Request pp. 53-54.  But there is not

described any link between the inherent feature of DNS and what occurs in RFC 1183.  That is,

there is no link between the "number string" which is presumably an IP address as indicated in

RFC 1035, which may be inherently parsed to form a domain name, and the target entity.   The

third party does not tell us how any number string "identif[ies] a target entity."

   More specifically, the target entity of RFC 1183 in the proposed rejection is the

responsible person, Louis Mamakos in the cited example (top of RFC 1183 p. 5).  The domain

name "sayshell.umd.edu" would have been formed by parsing the IP address, as indicated in

RFC 1035.  But how does the IP address identify the responsible person?  It does not, it identifies

the domain name.  Identifying the domain name is not necessarily the same as identifying the

responsible person, given that a person may be the responsible person for several domain names,

or a domain name may have several persons as responsible persons.  The third party has

therefore not sufficiently shown how RFC 1183 meets all of the limitations of the claims.

Application/Control Number: 90/012,845                                    Page 8
Art Unit: 3992

Proposed SNQ 8 is the same as the above, except it relies on RFC 1035 in an obviousness rationale rather than an inherency rationale.  Request p. 64.  This does not cure the problems with RFC 1183.

Proposed SNQ 9 relies on a combination of RFC 1183 and RFC 1703, and seemingly relies on RFC 1703 only to show that a telephone number may be parsed to create a domain name.  Request pp. 64-65.  This seems to be no better than relying on RFC 1703 alone, therefore this proposal is not applied.

Proposed SNQ 10 combines all three of these references, RFC 1183, RFC 1035, and RFC 1703. Request pp. 65-66. It seems to rely on RFC 1183 and RFC 1035 as in proposed SNQ 8, but that states that RFC 1703 also shows the parsing step like in proposed SNQ 9.  It is not clear then what the point is of including RFC 1035; it is provided in proposed SNQ 8 to show that a number may be parsed to form a domain name, but then RFC 1703 is provided to show the same thing (albeit a different number).  That is, why combine RFC 1183 with RFC 1035, then further combine with RFC 1703 in a way that makes RFC 1035 superfluous?  The examiner therefore declines to make the combination for the same reason as proposed SNQ 9.

### *DNS and BIND*

In proposed SNQ 6, DNS and BIND is relied upon as anticipating claims 45, 46 and 48. The reference is used in essentially the same manner as RFC 1183.  Request pp. 57-63.  The first limitation, the "forming" step, is allegedly taught as an inherent feature of DNS, though this inherent feature is explicitly shown in DNS and BIND.  See Request pp. 57-59.  The second limitation, the "supplying" step, is allegedly taught by DNS and BIND at pp. 330-331.  See

Request p. 60.  In fact, these pages of DNS and BIND are merely a restatement of RFC 1183,

which is explicitly cited at the heading of this section of DNS and BIND, at p. 329.   DNS and

BIND is essentially cumulative to RFC 1183 as relied upon in the rejection, and therefore has the

same problems as that reference, already described above.

It is noted that the third party also points to the patent owner's admission in the '916

patent specification that DNS and BIND teaches features of the claim.  The entirety of this so-

called admission, at col. 19 lines 17-22 of the '916 patent, reads:

> [A]s regards the details of how a DNS server can be set up to hold RR records with URIs,
> reference can be made, for example, to [DNS and BIND] which describes how to set up a
> DNS server using the Unix BIND implementation. The type of the RR records is, for
> example, text.

This passage provides almost no specificity and is not taken as an admission that DNS

and BIND discloses anything in the claims.  There is potentially an admission that DNS servers

can hold text registration records with URIs…this admission does not tell us any more than was

already discussed above in the actual disclosure of DNS and BIND.

Proposed SNQ 7 purports to combine DNS and BIND and RFC 1703.  Request p. 63.  It

is not clear why RFC 1703 is applied as to claims 45, 46 and 48, as it only seems to be relied

upon for "a telephone number" limitation found only in claim 47.  Request p. 63.  As RFC 1703

is not relied upon for the other limitations, it does not cure the deficiencies of DNS and BIND

discussed above.

### *Schwartz*

Proposed SNQ 12 relied upon RFC 1703 to explicitly show Claim 47's limitation

"number string is a telephone number."  It is not clear why RFC 1703 is applied as to claims 45,

Application/Control Number: 90/012,845                                    Page 10
Art Unit: 3992

46 and 48, as it only seems to be relied upon for the telephone number limitation found only in

claim 47.  Request p. 70.  As RFC 1703 is not relied upon for the other limitations, from claims

45, 46 and 48, the examiner does not apply the rejection to claims 45, 46 and 48.

Proposed SNQs 12 and 13 relied upon one of RFC 1035 or DNS and BIND to show it is

obvious to parse a number string into a domain name in DNS.  The examiner does not apply

these references in an obviousness sense because this feature is an inherent part of DNS,

therefore obviousness is unnecessary.

### *Conclusion*

In order to ensure full consideration of any amendments, affidavits or declarations, or

other documents as evidence of patentability, such documents must be submitted in response to

this Office action.  Submissions after the next Office action, which is intended to be a final

action, will be governed by the requirements of 37 CFR 1.116, after final rejection and 37 CFR

41.33 after appeal, which will be strictly enforced.

Patent owner is reminded that any proposed amendment to the specification and/or claims

in this proceeding must comply with 37 CFR 1.530(d)-(j).

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings

because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a

reexamination proceeding.  Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination

proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)).  Extensions of time in

*ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

Application/Control Number: 90/012,845                                             Page 11
Art Unit: 3992

      The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a), to

apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving the

base patent throughout the course of this reexamination proceeding.  See MPEP §§ 2207, 2282

and 2286.  The third party requester is similarly apprised of the ability to disclose such

proceedings.

### *Correspondence*

**All** correspondence relating to this *ex parte* reexam proceeding should be directed as follows:

By **U.S. Postal Service Mail** to:

      Mail Stop *Ex Parte* Reexam
      ATTN:  Central Reexamination Unit
      Commissioner for Patents
      P.O. Box 1450
      Alexandria, VA  22313-1450

By FAX to:    (571) 273-9900
               Central Reexamination Unit

By hand to:    Customer Service Window
               Randolph Building
               401 Dulany St.
               Alexandria, VA  22314

      Registered users of EFS-Web may alternatively submit correspondence via the electronic

filing system at https://efs.uspto.gov/efile/myportal/efs-registered

      Any inquiry concerning this communication or as to the status of this proceeding, should

be directed to the Central Reexamination Unit at telephone number (571) 272-7705.

      Signed:

Application/Control Number: 90/012,845                                      Page 12
Art Unit: 3992

/Linh M. Nguyen/
Primary Examiner, Art Unit 3992


Conferees:

/James Menefee/

Primary Examiner, Art Unit 3992



/Jennifer C McNeil/

Supervisory Patent Examiner, Art Unit 3992

# EXHIBIT D













-v-





































# EXHIBIT E

# Webster's II

## *New College Dictionary*



Houghton Mifflin Company

*Boston* • *New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1995 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

Illustrations **azimuthal equidistant projection** and **sinusoidal projection** © 1986 by The American Congress on Surveying and Mapping.

*Library of Congress Cataloging-in-Publication Data*

Webster's II new college dictionary.
      p.     cm.

   ISBN 0-395-70869-9  (alk. paper)
   1. English language — Dictionaries.   I. Webster's II new Riverside University dictionary
PE1628.W55164     1995
423 — dc20                    95-5833
                                     CIP

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

Printed in the United States

**parole ● partial**

**pa·role** (pə-rōl′) n. [Fr., promise < OFr. — see FAROL.] **1.** Law. a. The conditional release of a prisoner before his or her term has expired. b. The duration of such conditional release. **2.** A password used by a military officer of the day or an officer on guard. **3.** Word of honor : PROMISE. **4.** The act of speaking : a particular utterance or word. — vt. **-roled, -rol·ing, -roles.** To release (a prisoner) on parole.

**pa·rol·ee** (pə-rō′lē′) n. One who is released on parole.

**par·o·no·ma·sia** (păr′ə-nō-mā′zhə, -zhē-ə) n. [Lat. < Gk. < paronomazein, to call by a different name : para, besides + onomazein, to name < onoma, name.] Word play, esp. a pun. — **par′o·no·mas′tic** (-măs′tĭk), **par′o·no·ma′sial** adj. — **par′o·no·mas′ti·cal·ly** adv.

**par·o·nych·i·a** (păr′ə-nĭk′ē-ə) n. [Lat. < Gk. parōnukhia : para-, around + onux, nail.] Med. Inflammation of the tissue around a nail.

**par·o·nym** (păr′ə-nĭm′) n. [Gk. parōnumon < paronumos, derivative. — see PARONYMOUS.] A paronymous word. — **par′o·nym′ic** adj.

**pa·ron·y·mous** (pə-rŏn′ə-məs) adj. [Gk. parōnumos, derivative : para, besides + onuma, name.] Allied by derivation from the same root, e.g, dutiful and duteous.

**par·ot·id** (pə-rŏt′ĭd) n. A parotid gland. — **pa·rot′id** adj.

**par·ot·i·dec·to·my** (pə-rŏt′ĭ-dĕk′tə-mē) n., pl. **-mies.** Surgical excision of the parotid gland.

**par·ot·id gland** (pə-rŏt′ĭd) n. [< Gk. parōtis, parōtid-, tumor near the ear : para, beside + ous, ear.] Either of the largest of the paired salivary glands, situated below and in front of each ear.

**par·o·ti·tis** (păr′ə-tī′tĭs) also **pa·rot·i·di·tis** (pə-rŏt′ĭ-dī′tĭs) n. Inflammation of the parotid glands, as in mumps. — **par′o·tit′ic** (-tĭt′ĭk) adj.

**—parous** suff. [Lat. -parous < parere, to give birth.] Giving birth to : PRODUCING <multiparous>

**Par·ou·si·a** (pə-rōō′sē-ə, pə-rōō′zē-ə) n. [Gk., presence, arrival < pareinai, to be present.] The Second Coming.

**par·ox·ysm** (păr′ək-sĭz′əm) n. [Fr. paroxysme < Med. Lat. paroxysmus < Gk. paroxusmos < paroxunein, to stimulate : para (intensive) + oxunein, to goad < oxus, sharp.] **1.** A sudden outburst of action or emotion <a paroxysm of fear> **2.** Pathol. a. A crisis in or recurrent intensification of a disease. b. A spasm or fit : CONVULSION. — **par′ox·ys′mal** (-sĭz′məl) adj. — **par′ox·ys′mal·ly** adv.

**par·ox·y·tone** (pə-rŏk′sĭ-tōn′) adj. [Gk. paroxutonos : para, beside + oxutonos, oxytone.] Having an acute accent on the penultimate syllable. — Used of certain words in Greek and of certain Romance languages, as French and Portuguese. — n. A paroxytone word.

**par·quet** (pär-kā′) n. [Fr., parquetry < OFr., dim. of parc, enclosure.] **1. a.** The part of the main floor of a theater between the orchestra pit and the parquet circle. b. ORCHESTRA 3b. **2.** A parquetry floor. — vt. **-quet·ed** (-kād′), **-quet·ing** (-kā′ĭng), **-quets** (-kāz′). **1.** To furnish (a room) with a parquetry floor. **2.** To make a (floor) of parquetry.

**parquet circle** n. The section of a theater parquet underneath a rear balcony.

**par·quet·ry** (pär′kĭ-trē) n., pl. **-ries.** [Fr. parqueterie < parquet, parquetry. — see PARQUET.] Wood, often of contrasting colors, worked into an inlaid mosaic and used esp. for floors.

**parr** (pär) n., pl. **parr** or **parrs.** [Orig. unknown.] **1.** A salmon during the first two years of its life when it lives in fresh water. **2.** The young of various fishes.

**par·ral** (păr′əl) n. var. of PARREL.

**par·ra·mat·ta** (păr′ə-măt′ə) n. var. of PARAMATTA.

**par·rel** also **par·ral** (păr′əl) n. [ME perell, alteration of parail, equipment, short for apparail, apparel. — see APPAREL.] Naut. A sliding loop of rope or chain to which a running yard or gaff is fastened, allowing movement of the yard up and down the mast.

**par·ri·cide** (păr′ĭ-sīd′) n. [Lat. parricida.] **1. a.** One who murders his or her parent or other near relative. b. The act of committing such a murder. **2.** One who murders someone to whom he or she owes reverence. — **par′ri·cid′al** (-sĭd′l) adj. — **par′ri·cid′al·ly** adv.

**par·rot** (păr′ət) n. [Prob. from Perrot, dim. of Pierre, Peter.] **1.** Any of numerous tropical and semitropical birds of the order Psittaciformes, having short, hooked bills, brightly colored plumage, and in some species the ability to imitate human speech or other sounds. **2.** A mindless imitator of another's words or actions. — vt. **-rot·ed, -rot·ing, -rots.** To repeat or imitate by rote. — **par′rot·er** n.

**parrot fever** n. Psittacosis.

**par·rot·fish** (păr′ət-fĭsh′) n., pl. **parrotfish** or **-fish·es.** Any of various brightly colored tropical marine fishes of the family Scaridae, with jaws resembling a parrot's beak.

**par·ry** (păr′ē) v. **-ried, -ry·ing, -ries.** [Prob. < Fr. parez, imper. of parer, to defend < Ital. parare < Lat., to prepare.] — vt. **1.** To ward off : DEFLECT (e.g., a fencing thrust). **2.** To avoid skillfully : EVADE <parry difficult questions> — vi. To deflect or ward off a blow. — n., pl. **-ries.** **1.** The act of warding off or deflecting a blow, esp. in fencing. **2.** An evasion.

**parse** (pärs) v. **parsed, pars·ing, pars·es.** [< Lat. pars orationis, part of speech.] — vt. **1.** To break (a sentence) down into component parts of speech with an analysis of the form, function, and syntactical relationship of each part. **2.** To describe (a word) by stating the part of speech, form, and syntactical relationships within a sentence. — vi. To admit of being parsed. — **pars′er** n.

**par·sec** (pär′sĕk′) n. [PAR(ALLAX) + SEC(OND).] A unit of astronomical length based on the distance from earth at which stellar parallax is one second of arc and equal to 3.258 light years, $1.918 \times 10^{13}$ miles, or $3.086 \times 10^{13}$ kilometers.

**Par·see** also **Par·si** (pär′sē, pär-sē′) n. [Pers. Pārsī < Pārs, Persia.] **1.** A member of a Zoroastrian sect in India, descended from Persians. **2.** The Iranian dialect used in the religious literature of the Parsees. — **Par′see′ism** n.

**par·si·mo·ni·ous** (pär′sə-mō′nē-əs) adj. Characterized by parsimony : STINGY. — **par′si·mo′ni·ous·ly** adv. — **par′si·mo′ni·ous·ness** n.

**par·si·mo·ny** (pär′sə-mō′nē) n. [ME parcimony < Lat. parsimonia < parcere, to spare.] **1.** Excessive thrift or frugality : STINGINESS. **2.** Economy or simplicity of assumptions in logical formulation.

**pars·ley** (pär′slē) n. [ME persely < OE petersilie < Lat. petroselinon < Gk. petroselinon : petra, rock + selinon, celery.] A cultivated herb, Petroselinum crispum, with much divided curled leaves that are used in cookery.

**pars·nip** (pär′snĭp′) n. [ME pasnepe, alteration of OFr. pasnaie < Lat. pastinaca < pastinum, a kind of two-pronged dibble.] **1.** A strong-scented plant, Pastinaca sativa, cultivated for its long, white, edible root. **2.** The root of the parsnip.

**par·son** (pär′sən) n. [ME person < OFr. persone < Med. Lat. persona < Lat., character.] **1.** An Anglican cleric with full authority over a parish under ecclesiastical law. **2.** A cleric in the Reformed tradition.

**par·son·age** (pär′sə-nĭj) n. The official residence of a parson.

**parson's nose** n. A pope's nose.

**Parsons table** (pär′sənz) n. [Prob. < the name Parsons.] A rectangular table with straight legs that form its four corners.

**part** (pärt) n. [ME < OFr. and OE, both < Lat. pars.] **1. a.** A division, or segment of a whole : PIECE. **2.** Any of several equal portions or fractions into which a whole may be divided. **3.** Math. An aliquot part. **4.** A division of an animal or plant, as an organ. b. **parts.** The external genitals. **5.** A component capable of being separated from a system <an engine part> **6.** A role. **7.** One's given or expected share in responsibility or obligation : DUTY. **8.** often parts. Individual endowment or ability <a person of many parts> **9. parts.** A region, land, or territory <unknown parts> **10.** The line where the hair on the head is parted. **11.** Mus. a. One of the melodic lines in concerted music or harmony. b. A written representation of such a melodic line. — v. **part·ed, part·ing, parts.** — vt. **1.** To divide or break into separate pieces. **2.** To break up or end a relationship by separating. **3.** To separate by or as if by coming between or keep apart. **4.** To comb (the hair) away from a dividing line on the scalp. **5.** Archaic. To divide into shares or portions. — vi. **1.** To part or break : come apart. **2.** To go away from one another : SEPARATE <parted amicably.> **3.** To separate into ways going in different directions, as a road. **4.** To depart : leave. **5.** To die. — **part with** To give up : RELINQUISH. — adv. In part : PARTIALLY <part terrier, part spaniel> — adj. Not full or complete : PARTIAL <a part proprietor> — **for (one's) part.** So far as one is concerned. — **for the most part.** For the greater extent : GENERALLY. — **in good part.** Without taking offense <took our practical joke in good part> — **in part.** To some extent : PARTLY. — **on the part of.** Regarding the one specified. — **part and parcel.** A basic part or necessary function : ESSENTIAL part. To join in : PARTICIPATE. — **take (someone's) part.** To side with someone in a dispute : SUPPORT.

**par·take** (pär-tāk′) v. **-took** (-tōōk′), **-tak·en, -tak·ing, -takes.** [Back-formation < partaker, one who partakes : PART + TAKER.] — vi. **1.** To take part or have a share : PARTICIPATE <partake in the celebration> **2.** To take or be given part or portion <partake of food and drink> **3.** To have a specified quality or characteristic : show evidence <an occurrence that partakes of the mysterious> — vt. To take or have part of : SHARE. — **par·tak′er** n.

**part·ed** (pär′tĭd) adj. **1.** Separated or divided into parts : CLEFT. **2.** Kept apart : SEPARATED. **3.** Bot. Cleft almost to the base, so as to have distinct divisions or lobes. **4.** Archaic. Deceased.

**par·terre** (pär-târ′) n. [Fr. < OFr., ornamental garden < par terre, on the ground.] **1.** A parquet circle. **2.** A flower garden having beds and paths arranged in a pattern.

**par·the·no·car·py** (pär′thə-nō-kär′pē) n. [Gk. parthenos, virgin + karpos, fruit.] The production of fruit without fertilization. — **par′the·no·car′pic** adj. — **par′the·no·car′pi·cal·ly** adv.

**par·the·no·gen·e·sis** (pär′thə-nō-jĕn′ĭ-sĭs) n. [Gk. parthenos, virgin + GENESIS.] Reproduction of organisms without conjunction of gametes of opposite sexes. — **par′the·no·ge·net′ic** (-jə-nĕt′ĭk) adj. — **par′the·no·ge·net′i·cal·ly** adv.

**Par·thi·an** (pär′thē-ən) adj. [After Parthia, an ancient country in Western Asia (from the tactics of Parthian archers, who shot at the enemy while feigning flight).] Of or pertaining to a shot fired by one who is in actual or feigned retreat. — **Par′thi·an** n.

**par·tial** (pär′shəl) adj. [ME parcial, biased < OFr. partial < LLat. partialis < Lat. pars, part.] **1.** Relating to or affecting only part : not COMPLETE. **2.** Favoring one person or side over another : BIASED. **3.**

| ă pat | ā pay | âr care | ä father | ĕ pet | ē be | hw which |
|-------|-------|---------|----------|-------|------|----------|
| ĭ tie | îr pier | ŏ pot | ō toe | ô paw, for | oi noise | |

# EXHIBIT F

RECEIVED

# IEEE Standard Computer Dictionary

## A Compilation of IEEE Standard Computer Glossaries

# 610

Sponsor

**Standards Coordinating Committee
of the
IEEE Computer Society**

**Abstract:** *IEEE Standard Computer Dictionary: A Compilation of IEEE Standard Computer Glossaries,* identifies terms currently in use in the computer field. Standard definitions for those terms are established.
**Keywords:** Glossary; terminology; definitions; dictionary.

Library of Congress Catalog Number 90-086306

ISBN 1-55937-079-3

Copyright © 1990 by

**The Institute of Electrical and Electronics Engineers
345 East 47th Street, New York, NY 10017, USA**

*No part of this document may be reproduced in any form,
in an electronic retrieval system or otherwise,
without the prior written permission of the publisher.*

IEEE STANDARD COMPUTER DICTIONARY

(2) A storage allocation technique in which programs or data are divided into fixed-length blocks called pages, main storage is divided into blocks of the same length called page frames, and pages are transferred between main and auxiliary storage as needed. *See also:* **anticipatory paging; demand paging; virtual storage.** [610.12]
(3) The transfer of pages as in (2). *Syn:* **page turning.** [610.12]
*See also:* **page; page breakage; page frame; page swapping; page table; page zero; pager; working set.** [610.12]

**panning.** *See:* **scrolling.** [610.2]

**paperless office.** An office that has been automated so that no paper documents are needed. *See also:* **electronic office; office automation.** [610.2]

**paper throw character.** *See:* **form feed character.** [610.5]

**paper traffic.** *See:* **information traffic.** [610.2]

**parallel.** (1) Pertaining to the simultaneous transfer, occurrence, or processing of the individual parts of a whole, such as the bits of a character, using separate facilities for the various parts. *Contrast with:* **serial (1).** [610.12]
(2) *See:* **concurrent.** [610.12]

**parallel addition.** Addition that is performed concurrently on all digit places of the operands. *Note:* This technique uses partial sums and partial carries to obtain its results. *Contrast with:* **serial addition.** [610.1]

**parallel construct.** A program construct consisting of two or more procedures that can occur simultaneously. [610.12]

**parameter.** (1) A variable that is given a constant value for a specified application. *See also:* **adaptation parameter.** [610.12]
(2) A constant, variable, or expression that is used to pass values between software modules. *See also:* **argument; formal parameter.** [610.12]

**parenthesis-free notation.** *See:* **prefix notation.** [610.1]

**parent node.** In a tree, a node having a given node as a child node. *Syn:* **father.** *Contrast with:* **child node; dependent node.** *See also:* **descendant node; logical parent; physical parent.** [610.5]



**Fig 55**
**Node D Is the Parent Node for Node E**

**parent segment.** In a hierarchical database, a segment that has one or more dependent segments, called child segments, below it in a hierarchy. [610.5]

**parity.** (1) An error detection method in which the total number of ones in a binary word, byte, character, or message is set to an odd or even number by appending a redundant bit. This number is subsequently checked to ensure that it remains odd or even. [610.1]
(2) The property of oddness or evenness possessed by a word, byte, character, or message. This property is determined by the total number of ones. *See also:* **even parity; odd parity.** [610.1]

**parity bit.** A binary digit appended to a binary word, byte, character, or message to make the total number of ones an odd or an even number. *See also:* **parity check.** [610.1]

**parity check.** A check to determine whether the total number of ones in a binary word, byte, character, or message is odd or even. *Syn:* **even-odd check; odd-even check.** [610.1]

**parity error.** The failure of a binary word, byte, character, or message to pass a parity check. [610.1]

**parse.** To determine the syntactic structure of a language unit by decomposing it into more elementary subunits and establishing the relationships among the subunits. For example, to decompose blocks into statements, statements into expressions, expressions into operators and operands. [610.12]

COMPILATION OF IEEE STANDARD COMPUTER GLOSSARIES

**parser.** A software tool that parses computer programs or other text, often as the first step of assembly, compilation, interpretation, or analysis. [610.12]

**partial carry.** (1) A carry process in which the carry digits are stored temporarily, instead of being processed as they occur. *Contrast with:* **complete carry.** *See also:* **cascaded carry; partial sum.** [610.1] (2) The numeral that represents the carry digits generated in (1). [610.1]

**partial correctness.** In proof of correctness, a designation indicating that a program's output assertions follow logically from its input assertions and processing steps. *Contrast with:* **total correctness.** [610.12]

**partially inverted file.** A file that has been inverted on some of its secondary keys. *Contrast with:* **fully inverted file.** [610.5]

**partial product.** The result obtained by multiplying the multiplicand by one of the digits of the multiplier. *Syn:* **intermediate product.** [610.1]

**partial sum.** The result obtained from the addition of two or more numbers without regard to carries. *Note:* In the binary numeration system, the partial sum is the same result as is obtained from the exclusive-OR operation. *See also:* **cascaded carry.** [610.1]

**partition exchange sort.** *See:* **quicksort.** [610.5]

**partition sort.** *See:* **quicksort.** [610.5]

**partitioned access.** The process of storing and retrieving data from storage in such a way that the data is divided into subunits, called members, and the data may be processed as a whole or member by member. *Note:* The directory used to retrieve each member is stored along with the data. *See also:* **basic partitioned access method; partitioned data set.** [610.5]

**partitioned data set (PDS).** A file that is divided into subunits, called members, each of which may be processed individually. *Contrast with:* **indexed file; sequential file.** [610.5]

**partitioning.** Decomposition; the separation of the whole into its parts. [610.12]

**parts program.** A set of computer instructions used to control the action of a numerical control machine in producing a particular manufactured part. [610.2]

**pass.** A single cycle in the processing of a set of data, usually performing part of an overall process. For example, a pass of an assembler through a source program; a pass of a sort program through a set of data. [610.12]

**pass/fail criteria.** Decision rules used to determine whether a software item or a software feature passes or fails a test. *See also:* **test criteria.** [610.12]

**passive data dictionary.** A data dictionary that is only a repository for data definitions. *Note:* No active measures are taken to ensure that the data dictionary is consistent with the data items actually used in the system. *Syn:* **stand-alone data dictionary.** *Contrast with:* **active data dictionary.** [610.5]

**patch.** (1) A modification made directly to an object program without reassembling or recompiling from the source program. [610.12] (2) A modification made to a source program as a last-minute fix or afterthought. [610.12] (3) Any modification to a source or object program. [610.12] (4) To perform a modification as in (1), (2), or (3). [610.12]

**path.** (1) In software engineering, a sequence of instructions that may be performed in the execution of a computer program. [610.12] (2) In file access, a hierarchical sequence of directory and subdirectory names specifying the storage location of a file. [610.12] (3) In the critical path method, any sequence of activities that goes from the beginning to the end of a project. [610.2] (4) In a hierarchical database, a sequence of segments encountered in traversing from the root segment to an individual dependent segment. [610.5] (5) With respect to a network or graph, some sequence of nodes such that each successive node is connected to its predecessor by an edge. *See also:* **simple path.** [610.5]

151

# EXHIBIT G

```
Network Working Group                                    R. Fielding
Request for Comments: 2616                                 UC Irvine
Obsoletes: 2068                                            J. Gettys
Category: Standards Track                                Compaq/W3C
                                                          J. Mogul
                                                            Compaq
                                                        H. Frystyk
                                                           W3C/MIT
                                                       L. Masinter
                                                             Xerox
                                                          P. Leach
                                                         Microsoft
                                                   T. Berners-Lee
                                                           W3C/MIT
                                                         June 1999
```

# Hypertext Transfer Protocol -- HTTP/1.1

## Status of this Memo

This document specifies an Internet standards track protocol for the Internet community, and requests discussion and suggestions for improvements. Please refer to the current edition of the "Internet Official Protocol Standards" (STD 1) for the standardization state and status of this protocol. Distribution of this memo is unlimited.

## Copyright Notice

Copyright (C) The Internet Society (1999). All Rights Reserved.

## Abstract

The Hypertext Transfer Protocol (HTTP) is an application-level protocol for distributed, collaborative, hypermedia information systems. It is a generic, stateless, protocol which can be used for many tasks beyond its use for hypertext, such as name servers and distributed object management systems, through extension of its request methods, error codes and headers [47]. A feature of HTTP is the typing and negotiation of data representation, allowing systems to be built independently of the data being transferred.

HTTP has been in use by the World-Wide Web global information initiative since 1990. This specification defines the protocol referred to as "HTTP/1.1", and is an update to RFC 2068 [33].

## Table of Contents

1. Introduction ... 1
    1. Purpose ... 1.1
    2. Requirements ... 1.2
    3. Terminology ... 1.3

    4.  Overall Operation ... 1.4
  2.  Notational Conventions and Generic Grammar ... 2
    1.  Augmented BNF ... 2.1
    2.  Basic Rules ... 2.2
  3.  Protocol Parameters ... 3
    1.  HTTP Version ... 3.1
    2.  Uniform Resource Identifiers ... 3.2
      1.  General Syntax ... 3.2.1
      2.  http URL ... 3.2.2
      3.  URI Comparison ... 3.2.3
    3.  Date/Time Formats ... 3.3
      1.  Full Date ... 3.3.1
      2.  Delta Seconds ... 3.3.2
    4.  Character Sets ... 3.4
      1.  Missing Charset ... 3.4.1
    5.  Content Codings ... 3.5
    6.  Transfer Codings ... 3.6
      1.  Chunked Transfer Coding ... 3.6.1
    7.  Media Types ... 3.7
      1.  Canonicalization and Text Defaults ... 3.7.1
      2.  Multipart Types ... 3.7.2
    8.  Product Tokens ... 3.8
    9.  Quality Values ... 3.9
   10.  Language Tags ... 3.10
   11.  Entity Tags ... 3.11
   12.  Range Units ... 3.12
  4.  HTTP Message ... 4
    1.  Message Types ... 4.1
    2.  Message Headers ... 4.2
    3.  Message Body ... 4.3
    4.  Message Length ... 4.4
    5.  General Header Fields ... 4.5
  5.  Request ... 5
    1.  Request-Line ... 5.1
      1.  Method ... 5.1.1
      2.  Request-URI ... 5.1.2
    2.  The Resource Identified by a Request ... 5.2
    3.  Request Header Fields ... 5.3
  6.  Response ... 6
    1.  Status-Line ... 6.1
      1.  Status Code and Reason Phrase ... 6.1.1
    2.  Response Header Fields ... 6.2
  7.  Entity ... 7
    1.  Entity Header Fields ... 7.1
    2.  Entity Body ... 7.2
      1.  Type ... 7.2.1
      2.  Entity Length ... 7.2.2
  8.  Connections ... 8
    1.  Persistent Connections ... 8.1

1. Purpose ... 8.1.1
2. Overall Operation ... 8.1.2
3. Proxy Servers ... 8.1.3
4. Practical Considerations ... 8.1.4
2. Message Transmission Requirements ... 8.2
   1. Persistent Connections and Flow Control ... 8.2.1
   2. Monitoring Connections for Error Status Messages ... 8.2.2
   3. Use of the 100 (Continue) Status ... 8.2.3
   4. Client Behavior if Server Prematurely Closes Connection ... 8.2.4
9. Method Definitions ... 9
   1. Safe and Idempotent Methods ... 9.1
      1. Safe Methods ... 9.1.1
      2. Idempotent Methods ... 9.1.2
   2. OPTIONS ... 9.2
   3. GET ... 9.3
   4. HEAD ... 9.4
   5. POST ... 9.5
   6. PUT ... 9.6
   7. DELETE ... 9.7
   8. TRACE ... 9.8
   9. CONNECT ... 9.9
10. Status Code Definitions ... 10
    1. Informational 1xx ... 10.1
       1. 100 Continue ... 10.1.1
       2. 101 Switching Protocols ... 10.1.2
    2. Successful 2xx ... 10.2
       1. 200 OK ... 10.2.1
       2. 201 Created ... 10.2.2
       3. 202 Accepted ... 10.2.3
       4. 203 Non-Authoritative Information ... 10.2.4
       5. 204 No Content ... 10.2.5
       6. 205 Reset Content ... 10.2.6
       7. 206 Partial Content ... 10.2.7
    3. Redirection 3xx ... 10.3
       1. 300 Multiple Choices ... 10.3.1
       2. 301 Moved Permanently ... 10.3.2
       3. 302 Found ... 10.3.3
       4. 303 See Other ... 10.3.4
       5. 304 Not Modified ... 10.3.5
       6. 305 Use Proxy ... 10.3.6
       7. 306 (Unused) ... 10.3.7
       8. 307 Temporary Redirect ... 10.3.8
    4. Client Error 4xx ... 10.4
       1. 400 Bad Request ... 10.4.1
       2. 401 Unauthorized ... 10.4.2
       3. 402 Payment Required ... 10.4.3
       4. 403 Forbidden ... 10.4.4
       5. 404 Not Found ... 10.4.5
       6. 405 Method Not Allowed ... 10.4.6

       7. 406 Not Acceptable ... 10.4.7
       8. 407 Proxy Authentication Required ... 10.4.8
       9. 408 Request Timeout ... 10.4.9
      10. 409 Conflict ... 10.4.10
      11. 410 Gone ... 10.4.11
      12. 411 Length Required ... 10.4.12
      13. 412 Precondition Failed ... 10.4.13
      14. 413 Request Entity Too Large ... 10.4.14
      15. 414 Request-URI Too Long ... 10.4.15
      16. 415 Unsupported Media Type ... 10.4.16
      17. 416 Requested Range Not Satisfiable ... 10.4.17
      18. 417 Expectation Failed ... 10.4.18
   5. Server Error 5xx ... 10.5
       1. 500 Internal Server Error ... 10.5.1
       2. 501 Not Implemented ... 10.5.2
       3. 502 Bad Gateway ... 10.5.3
       4. 503 Service Unavailable ... 10.5.4
       5. 504 Gateway Timeout ... 10.5.5
       6. 505 HTTP Version Not Supported ... 10.5.6
11. Access Authentication ... 11
12. Content Negotiation ... 12
   1. Server-driven Negotiation ... 12.1
   2. Agent-driven Negotiation ... 12.2
   3. Transparent Negotiation ... 12.3
13. Caching in HTTP ... 13
   1. @@ missing
      1. Cache Correctness ... 13.1.1
      2. Warnings ... 13.1.2
      3. Cache-control Mechanisms ... 13.1.3
      4. Explicit User Agent Warnings ... 13.1.4
      5. Exceptions to the Rules and Warnings ... 13.1.5
      6. Client-controlled Behavior ... 13.1.6
   2. Expiration Model ... 13.2
      1. Server-Specified Expiration ... 13.2.1
      2. Heuristic Expiration ... 13.2.2
      3. Age Calculations ... 13.2.3
      4. Expiration Calculations ... 13.2.4
      5. Disambiguating Expiration Values ... 13.2.5
      6. Disambiguating Multiple Responses ... 13.2.6
   3. Validation Model ... 13.3
      1. Last-Modified Dates ... 13.3.1
      2. Entity Tag Cache Validators ... 13.3.2
      3. Weak and Strong Validators ... 13.3.3
      4. Rules for When to Use Entity Tags and Last-Modified Dates ... 13.3.4
      5. Non-validating Conditionals ... 13.3.5
   4. Response Cacheability ... 13.4
   5. Constructing Responses From Caches ... 13.5
      1. End-to-end and Hop-by-hop Headers ... 13.5.1
      2. Non-modifiable Headers ... 13.5.2

    3.  Combining Headers ... 13.5.3
    4.  Combining Byte Ranges ... 13.5.4
  6.  Caching Negotiated Responses ... 13.6
  7.  Shared and Non-Shared Caches ... 13.7
  8.  Errors or Incomplete Response Cache Behavior ... 13.8
  9.  Side Effects of GET and HEAD ... 13.9
  10.  Invalidation After Updates or Deletions ... 13.10
  11.  Write-Through Mandatory ... 13.11
  12.  Cache Replacement ... 13.12
  13.  History Lists ... 13.13
14.  Header Field Definitions ... 14
  1.  Accept ... 14.1
  2.  Accept-Charset ... 14.2
  3.  Accept-Encoding ... 14.3
  4.  Accept-Language ... 14.4
  5.  Accept-Ranges ... 14.5
  6.  Age ... 14.6
  7.  Allow ... 14.7
  8.  Authorization ... 14.8
  9.  Cache-Control ... 14.9
    1.  What is Cacheable ... 14.9.1
    2.  What May be Stored by Caches ... 14.9.2
    3.  Modifications of the Basic Expiration Mechanism ... 14.9.3
    4.  Cache Revalidation and Reload Controls ... 14.9.4
    5.  No-Transform Directive ... 14.9.5
    6.  Cache Control Extensions ... 14.9.6
  10.  Connection ... 14.10
  11.  Content-Encoding ... 14.11
  12.  Content-Language ... 14.12
  13.  Content-Length ... 14.13
  14.  Content-Location ... 14.14
  15.  Content-MD5 ... 14.15
  16.  Content-Range ... 14.16
  17.  Content-Type ... 14.17
  18.  Date ... 14.18
    1.  Clockless Origin Server Operation ... 14.18.1
  19.  ETag ... 14.19
  20.  Expect ... 14.20
  21.  Expires ... 14.21
  22.  From ... 14.22
  23.  Host ... 14.23
  24.  If-Match ... 14.24
  25.  If-Modified-Since ... 14.25
  26.  If-None-Match ... 14.26
  27.  If-Range ... 14.27
  28.  If-Unmodified-Since ... 14.28
  29.  Last-Modified ... 14.29
  30.  Location ... 14.30
  31.  Max-Forwards ... 14.31

32. Pragma ... 14.32
33. Proxy-Authenticate ... 14.33
34. Proxy-Authorization ... 14.34
35. Range ... 14.35
    1. Byte Ranges ... 14.35.1
    2. Range Retrieval Requests ... 14.35.2
36. Referer ... 14.36
37. Retry-After ... 14.37
38. Server ... 14.38
39. TE ... 14.39
40. Trailer ... 14.40
41. Transfer-Encoding ... 14.41
42. Upgrade ... 14.42
43. User-Agent ... 14.43
44. Vary ... 14.44
45. Via ... 14.45
46. Warning ... 14.46
47. WWW-Authenticate ... 14.47
15. Security Considerations ... 15
    1. Personal Information ... 15.1
        1. Abuse of Server Log Information ... 15.1.1
        2. Transfer of Sensitive Information ... 15.1.2
        3. Encoding Sensitive Information in URI's ... 15.1.3
        4. Privacy Issues Connected to Accept Headers ... 15.1.4
    2. Attacks Based On File and Path Names ... 15.2
    3. DNS Spoofing ... 15.3
    4. Location Headers and Spoofing ... 15.4
    5. Content-Disposition Issues ... 15.5
    6. Authentication Credentials and Idle Clients ... 15.6
    7. Proxies and Caching ... 15.7
        1. Denial of Service Attacks on Proxies ... 15.7.1
16. Acknowledgments ... 16
17. References ... 17
18. Authors' Addresses ... 18
19. Appendices ... 19
    1. Internet Media Type message/http and application/http ... 19.1
    2. Internet Media Type multipart/byteranges ... 19.2
    3. Tolerant Applications ... 19.3
    4. Differences Between HTTP Entities and RFC 2045 Entities ... 19.4
        1. MIME-Version ... 19.4.1
        2. Conversion to Canonical Form ... 19.4.2
        3. Conversion of Date Formats ... 19.4.3
        4. Introduction of Content-Encoding ... 19.4.4
        5. No Content-Transfer-Encoding ... 19.4.5
        6. Introduction of Transfer-Encoding ... 19.4.6
        7. MHTML and Line Length Limitations ... 19.4.7
    5. Additional Features ... 19.5
        1. Content-Disposition ... 19.5.1
    6. Compatibility with Previous Versions ... 19.6

1. Changes from HTTP/1 ... 19.6.1
2. Compatibility with HTTP/1 ... 19.6.2
3. Changes from RFC 2068 ... 19.6.3
20. Index ... 20
21. Full Copyright Statement ... 21

*derived from HTTP/1.1, Internet RFC 2616, Fielding, et al.*
*using rfc2html Revision: 1.8 Date: 2004/09/01 13:21:38 by Dan Connolly*

*part of* *Hypertext Transfer Protocol -- HTTP/1.1*
*RFC 2616 Fielding, et al.*

# 3 Protocol Parameters

## 3.1 HTTP Version

HTTP uses a "<major>.<minor>" numbering scheme to indicate versions of the protocol. The protocol versioning policy is intended to allow the sender to indicate the format of a message and its capacity for understanding further HTTP communication, rather than the features obtained via that communication. No change is made to the version number for the addition of message components which do not affect communication behavior or which only add to extensible field values. The <minor> number is incremented when the changes made to the protocol add features which do not change the general message parsing algorithm, but which may add to the message semantics and imply additional capabilities of the sender. The <major> number is incremented when the format of a message within the protocol is changed. See RFC 2145 [36] for a fuller explanation.

The version of an HTTP message is indicated by an HTTP-Version field in the first line of the message.

```
    HTTP-Version   = "HTTP" "/" 1*DIGIT "." 1*DIGIT
```

Note that the major and minor numbers MUST be treated as separate integers and that each MAY be incremented higher than a single digit. Thus, HTTP/2.4 is a lower version than HTTP/2.13, which in turn is lower than HTTP/12.3. Leading zeros MUST be ignored by recipients and MUST NOT be sent.

An application that sends a request or response message that includes HTTP-Version of "HTTP/1.1" MUST be at least conditionally compliant with this specification. Applications that are at least conditionally compliant with this specification SHOULD use an HTTP-Version of "HTTP/1.1" in their messages, and MUST do so for any message that is not compatible with HTTP/1.0. For more details on when to send specific HTTP-Version values, see RFC 2145 [36].

The HTTP version of an application is the highest HTTP version for which the application is at least conditionally compliant.

Proxy and gateway applications need to be careful when forwarding messages in protocol versions different from that of the application. Since the protocol version indicates the protocol capability of the sender, a proxy/gateway MUST NOT send a message with a version indicator which is greater than its actual version. If a higher version request is received, the proxy/gateway MUST either downgrade the request version, or respond with an error, or switch to tunnel behavior.

Due to interoperability problems with HTTP/1.0 proxies discovered since the publication of RFC 2068[33], caching proxies MUST, gateways MAY, and tunnels MUST NOT upgrade the request to the highest version they support. The proxy/gateway's response to that request MUST be in the same major version as the request.

```
      Note: Converting between versions of HTTP may involve modification
      of header fields required or forbidden by the versions involved.
```

## 3.2 Uniform Resource Identifiers

URIs have been known by many names: WWW addresses, Universal Document Identifiers, Universal Resource Identifiers [3], and finally the combination of Uniform Resource Locators (URL) [4] and Names (URN) [20]. As far as HTTP is concerned, Uniform Resource Identifiers are simply formatted strings which identify--via name, location, or any other characteristic--a resource.

## 3.2.1 General Syntax

URIs in HTTP can be represented in absolute form or relative to some known base URI [11], depending upon the context of their use. The two forms are differentiated by the fact that absolute URIs always begin with a scheme name followed by a colon. For definitive information on URL syntax and semantics, see "Uniform Resource Identifiers (URI): Generic Syntax and Semantics," RFC 2396 [42] (which replaces RFCs 1738 [4] and RFC 1808 [11]). This specification adopts the definitions of "URI-reference", "absoluteURI", "relativeURI", "port", "host","abs_path", "rel_path", and "authority" from that specification.

The HTTP protocol does not place any a priori limit on the length of a URI. Servers MUST be able to handle the URI of any resource they serve, and SHOULD be able to handle URIs of unbounded length if they provide GET-based forms that could generate such URIs. A server SHOULD return 414 (Request-URI Too Long) status if a URI is longer than the server can handle (see section 10.4.15).

```
        Note: Servers ought to be cautious about depending on URI lengths
        above 255 bytes, because some older client or proxy
        implementations might not properly support these lengths.
```

## 3.2.2 http URL

The "http" scheme is used to locate network resources via the HTTP protocol. This section defines the scheme-specific syntax and semantics for http URLs.

http_URL = "http:" "//" host [ ":" port ] [ abs_path [ "?" query ]]

If the port is empty or not given, port 80 is assumed. The semantics are that the identified resource is located at the server listening for TCP connections on that port of that host, and the Request-URI for the resource is abs_path (section 5.1.2). The use of IP addresses in URLs SHOULD be avoided whenever possible (see RFC 1900 [24]). If the abs_path is not present in the URL, it MUST be given as "/" when used as a Request-URI for a resource (section 5.1.2). If a proxy receives a host name which is not a fully qualified domain name, it MAY add its domain to the host name it received. If a proxy receives a fully qualified domain name, the proxy MUST NOT change the host name.

## 3.2.3 URI Comparison

When comparing two URIs to decide if they match or not, a client SHOULD use a case-sensitive octet-by-octet comparison of the entire URIs, with these exceptions:

```
        - A port that is empty or not given is equivalent to the default
          port for that URI-reference;
```

```
- Comparisons of host names MUST be case-insensitive;

- Comparisons of scheme names MUST be case-insensitive;

- An empty abs_path is equivalent to an abs_path of "/".
```

Characters other than those in the "reserved" and "unsafe" sets (see RFC 2396 [42]) are equivalent to their ""%" HEX HEX" encoding.

For example, the following three URIs are equivalent:

```
http://abc.com:80/~smith/home.html
http://ABC.com/%7Esmith/home.html
http://ABC.com:/%7esmith/home.html
```

## 3.3 Date/Time Formats

## 3.3.1 Full Date

HTTP applications have historically allowed three different formats for the representation of date/time stamps:

```
Sun, 06 Nov 1994 08:49:37 GMT  ; RFC 822, updated by RFC 1123
Sunday, 06-Nov-94 08:49:37 GMT ; RFC 850, obsoleted by RFC 1036
Sun Nov  6 08:49:37 1994       ; ANSI C's asctime() format
```

The first format is preferred as an Internet standard and represents a fixed-length subset of that defined by RFC 1123 [8] (an update to RFC 822 [9]). The second format is in common use, but is based on the obsolete RFC 850 [12] date format and lacks a four-digit year. HTTP/1.1 clients and servers that parse the date value MUST accept all three formats (for compatibility with HTTP/1.0), though they MUST only generate the RFC 1123 format for representing HTTP-date values in header fields. See section 19.3 for further information.

```
Note: Recipients of date values are encouraged to be robust in
accepting date values that may have been sent by non-HTTP
applications, as is sometimes the case when retrieving or posting
messages via proxies/gateways to SMTP or NNTP.
```

All HTTP date/time stamps MUST be represented in Greenwich Mean Time (GMT), without exception. For the purposes of HTTP, GMT is exactly equal to UTC (Coordinated Universal Time). This is indicated in the first two formats by the inclusion of "GMT" as the three-letter abbreviation for time zone, and MUST be assumed when reading the asctime format. HTTP-date is case sensitive and MUST NOT include additional LWS beyond that specifically included as SP in the grammar.

```
HTTP-date    = rfc1123-date | rfc850-date | asctime-date
rfc1123-date = wkday "," SP date1 SP time SP "GMT"
rfc850-date  = weekday "," SP date2 SP time SP "GMT"
asctime-date = wkday SP date3 SP time SP 4DIGIT
date1        = 2DIGIT SP month SP 4DIGIT
               ; day month year (e.g., 02 Jun 1982)
date2        = 2DIGIT "-" month "-" 2DIGIT
               ; day-month-year (e.g., 02-Jun-82)
date3        = month SP ( 2DIGIT | ( SP 1DIGIT ))
               ; month day (e.g., Jun  2)
time         = 2DIGIT ":" 2DIGIT ":" 2DIGIT
```

```
                    ; 00:00:00 - 23:59:59
    wkday        = "Mon" | "Tue" | "Wed"
                 | "Thu" | "Fri" | "Sat" | "Sun"
    weekday      = "Monday" | "Tuesday" | "Wednesday"
                 | "Thursday" | "Friday" | "Saturday" | "Sunday"
    month        = "Jan" | "Feb" | "Mar" | "Apr"
                 | "May" | "Jun" | "Jul" | "Aug"
                 | "Sep" | "Oct" | "Nov" | "Dec"

    Note: HTTP requirements for the date/time stamp format apply only
    to their usage within the protocol stream. Clients and servers are
    not required to use these formats for user presentation, request
    logging, etc.
```

## 3.3.2 Delta Seconds

Some HTTP header fields allow a time value to be specified as an integer number of seconds, represented in decimal, after the time that the message was received.

```
    delta-seconds  = 1*DIGIT
```

## 3.4 Character Sets

HTTP uses the same definition of the term "character set" as that described for MIME:

The term "character set" is used in this document to refer to a method used with one or more tables to convert a sequence of octets into a sequence of characters. Note that unconditional conversion in the other direction is not required, in that not all characters may be available in a given character set and a character set may provide more than one sequence of octets to represent a particular character. This definition is intended to allow various kinds of character encoding, from simple single-table mappings such as US-ASCII to complex table switching methods such as those that use ISO-2022's techniques. However, the definition associated with a MIME character set name MUST fully specify the mapping to be performed from octets to characters. In particular, use of external profiling information to determine the exact mapping is not permitted.

```
    Note: This use of the term "character set" is more commonly
    referred to as a "character encoding." However, since HTTP and
    MIME share the same registry, it is important that the terminology
    also be shared.
```

HTTP character sets are identified by case-insensitive tokens. The complete set of tokens is defined by the IANA Character Set registry [19].

```
    charset = token
```

Although HTTP allows an arbitrary token to be used as a charset value, any token that has a predefined value within the IANA Character Set registry [19] MUST represent the character set defined by that registry. Applications SHOULD limit their use of character sets to those defined by the IANA registry.

Implementors should be aware of IETF character set requirements [38] [41].

### 3.4.1 Missing Charset

Some HTTP/1.0 software has interpreted a Content-Type header without charset parameter incorrectly to mean "recipient should guess." Senders wishing to defeat this behavior MAY include a charset parameter even when the charset is ISO-8859-1 and SHOULD do so when it is known that it will not confuse the recipient.

Unfortunately, some older HTTP/1.0 clients did not deal properly with an explicit charset parameter. HTTP/1.1 recipients MUST respect the charset label provided by the sender; and those user agents that have a provision to "guess" a charset MUST use the charset from the

content-type field if they support that charset, rather than the recipient's preference, when initially displaying a document. See section 3.7.1.

## 3.5 Content Codings

Content coding values indicate an encoding transformation that has been or can be applied to an entity. Content codings are primarily used to allow a document to be compressed or otherwise usefully transformed without losing the identity of its underlying media type and without loss of information. Frequently, the entity is stored in coded form, transmitted directly, and only decoded by the recipient.

```
content-coding  = token
```

All content-coding values are case-insensitive. HTTP/1.1 uses content-coding values in the Accept-Encoding (section 14.3) and Content-Encoding (section 14.11) header fields. Although the value describes the content-coding, what is more important is that it indicates what decoding mechanism will be required to remove the encoding.

The Internet Assigned Numbers Authority (IANA) acts as a registry for content-coding value tokens. Initially, the registry contains the following tokens:

gzip An encoding format produced by the file compression program "gzip" (GNU zip) as described in RFC 1952 [25]. This format is a Lempel-Ziv coding (LZ77) with a 32 bit CRC.

compress The encoding format produced by the common UNIX file compression program "compress". This format is an adaptive Lempel-Ziv-Welch coding (LZW).

```
Use of program names for the identification of encoding formats
is not desirable and is discouraged for future encodings. Their
use here is representative of historical practice, not good
design. For compatibility with previous implementations of HTTP,
applications SHOULD consider "x-gzip" and "x-compress" to be
equivalent to "gzip" and "compress" respectively.
```

deflate The "zlib" format defined in RFC 1950 [31] in combination with the "deflate" compression mechanism described in RFC 1951 [29].

identity The default (identity) encoding; the use of no transformation whatsoever. This content-coding is used only in the Accept- Encoding header, and SHOULD NOT be used in the Content-Encoding header.

New content-coding value tokens SHOULD be registered; to allow interoperability between clients and servers, specifications of the content coding algorithms needed to implement a new value SHOULD be publicly available and adequate for independent implementation, and conform to the purpose of content coding defined in this section.

## 3.6 Transfer Codings

Transfer-coding values are used to indicate an encoding transformation that has been, can be, or may need to be applied to an entity-body in order to ensure "safe transport" through the network. This differs from a content coding in that the transfer-coding is a property of the message, not of the original entity.

```
transfer-coding         = "chunked" | transfer-extension
transfer-extension      = token *( ";" parameter )
```

Parameters are in the form of attribute/value pairs.

```
parameter               = attribute "=" value
attribute               = token
value                   = token | quoted-string
```

All transfer-coding values are case-insensitive. HTTP/1.1 uses transfer-coding values in the TE header field (section 14.39) and in the Transfer-Encoding header field (section 14.41).

Whenever a transfer-coding is applied to a message-body, the set of transfer-codings MUST include "chunked", unless the message is terminated by closing the connection. When the "chunked" transfer-coding is used, it MUST be the last transfer-coding applied to the message-body. The "chunked" transfer-coding MUST NOT be applied more than once to a message-body. These rules allow the recipient to determine the transfer-length of the message (section 4.4).

Transfer-codings are analogous to the Content-Transfer-Encoding values of MIME [7], which were designed to enable safe transport of binary data over a 7-bit transport service. However, safe transport has a different focus for an 8bit-clean transfer protocol. In HTTP, the only unsafe characteristic of message-bodies is the difficulty in determining the exact body length (section 7.2.2), or the desire to encrypt data over a shared transport.

The Internet Assigned Numbers Authority (IANA) acts as a registry for transfer-coding value tokens. Initially, the registry contains the following tokens: "chunked" (section 3.6.1), "identity" (section 3.6.2), "gzip" (section 3.5), "compress" (section 3.5), and "deflate" (section 3.5).

New transfer-coding value tokens SHOULD be registered in the same way as new content-coding value tokens (section 3.5).

A server which receives an entity-body with a transfer-coding it does not understand SHOULD return 501 (Unimplemented), and close the connection. A server MUST NOT send transfer-codings to an HTTP/1.0 client.

## 3.6.1 Chunked Transfer Coding

The chunked encoding modifies the body of a message in order to transfer it as a series of chunks, each with its own size indicator, followed by an OPTIONAL trailer containing entity-header fields. This allows dynamically produced content to be transferred along with the information necessary for the recipient to verify that it has received the full message.

```
        Chunked-Body   = *chunk
                         last-chunk
                         trailer
                         CRLF

        chunk          = chunk-size [ chunk-extension ] CRLF
                         chunk-data CRLF
        chunk-size     = 1*HEX
        last-chunk     = 1*("0") [ chunk-extension ] CRLF

        chunk-extension= *( ";" chunk-ext-name [ "=" chunk-ext-val ] )
        chunk-ext-name = token
        chunk-ext-val  = token | quoted-string
        chunk-data     = chunk-size(OCTET)
        trailer        = *(entity-header CRLF)
```

The chunk-size field is a string of hex digits indicating the size of the chunk. The chunked encoding is ended by any chunk whose size is zero, followed by the trailer, which is terminated by an empty line.

The trailer allows the sender to include additional HTTP header fields at the end of the message. The Trailer header field can be used to indicate which header fields are included in a trailer (see section 14.40).

A server using chunked transfer-coding in a response MUST NOT use the trailer for any header fields unless at least one of the following is true:

a)the request included a TE header field that indicates "trailers" is acceptable in the transfer-coding of the response, as described in section 14.39; or,

b)the server is the origin server for the response, the trailer fields consist entirely of optional metadata, and the recipient could use the message (in a manner acceptable to the origin server) without receiving this metadata. In other words, the origin server is willing to accept the possibility that the trailer fields might be silently discarded along the path to the client.

This requirement prevents an interoperability failure when the message is being received by an HTTP/1.1 (or later) proxy and forwarded to an HTTP/1.0 recipient. It avoids a situation where compliance with the protocol would have necessitated a possibly infinite buffer on the proxy.

An example process for decoding a Chunked-Body is presented in appendix 19.4.6.

All HTTP/1.1 applications MUST be able to receive and decode the "chunked" transfer-coding, and MUST ignore chunk-extension extensions they do not understand.

## 3.7 Media Types

HTTP uses Internet Media Types [17] in the Content-Type (section 14.17) and Accept (section 14.1) header fields in order to provide open and extensible data typing and type negotiation.

```
media-type     = type "/" subtype *( ";" parameter )
type           = token
subtype        = token
```

Parameters MAY follow the type/subtype in the form of attribute/value pairs (as defined in section 3.6).

The type, subtype, and parameter attribute names are case- insensitive. Parameter values might or might not be case-sensitive, depending on the semantics of the parameter name. Linear white space (LWS) MUST NOT be used between the type and subtype, nor between an attribute and its value. The presence or absence of a parameter might be significant to the processing of a media-type, depending on its definition within the media type registry.

Note that some older HTTP applications do not recognize media type parameters. When sending data to older HTTP applications, implementations SHOULD only use media type parameters when they are required by that type/subtype definition.

Media-type values are registered with the Internet Assigned Number Authority (IANA [19]). The media type registration process is outlined in RFC 1590 [17]. Use of non-registered media types is discouraged.

## 3.7.1 Canonicalization and Text Defaults

Internet media types are registered with a canonical form. An entity-body transferred via HTTP messages MUST be represented in the appropriate canonical form prior to its transmission except for "text" types, as defined in the next paragraph.

When in canonical form, media subtypes of the "text" type use CRLF as the text line break. HTTP relaxes this requirement and allows the transport of text media with plain CR or LF alone representing a line break when it is done consistently for an entire entity-body. HTTP applications MUST accept CRLF, bare CR, and bare LF as being representative of a line break in text media received via HTTP. In addition, if the text is represented in a character set that does not use octets 13 and 10 for CR and LF respectively, as is the case for some multi-byte character sets, HTTP allows the use of whatever octet sequences are defined by that character set to represent the equivalent of CR and LF for line breaks. This flexibility regarding line breaks applies only to text media in the entity-body; a bare CR or LF MUST NOT be substituted for CRLF within any of the HTTP control structures (such as header fields and multipart boundaries).

If an entity-body is encoded with a content-coding, the underlying data MUST be in a form defined above prior to being encoded.

The "charset" parameter is used with some media types to define the character set (section 3.4) of the data. When no explicit charset parameter is provided by the sender, media subtypes of the "text" type are defined to have a default charset value of "ISO-8859-1" when received via HTTP. Data in character sets other than "ISO-8859-1" or its subsets MUST be labeled with an appropriate charset value. See section 3.4.1 for compatibility problems.

## 3.7.2 Multipart Types

MIME provides for a number of "multipart" types -- encapsulations of one or more entities within a single message-body. All multipart types share a common syntax, as defined in section 5.1.1 of RFC 2046

[40], and MUST include a boundary parameter as part of the media type value. The message body is itself a protocol element and MUST therefore use only CRLF to represent line breaks between body-parts. Unlike in RFC 2046, the epilogue of any multipart message MUST be empty; HTTP applications MUST NOT transmit the epilogue (even if the original multipart contains an epilogue). These restrictions exist in order to preserve the self-delimiting nature of a multipart message- body, wherein the "end" of the message-body is indicated by the ending multipart boundary.

In general, HTTP treats a multipart message-body no differently than any other media type: strictly as payload. The one exception is the "multipart/byteranges" type (appendix 19.2) when it appears in a 206 (Partial Content) response, which will be interpreted by some HTTP caching mechanisms as described in sections 13.5.4 and 14.16. In all other cases, an HTTP user agent SHOULD follow the same or similar behavior as a MIME user agent would upon receipt of a multipart type. The MIME header fields within each body-part of a multipart message- body do not have any significance to HTTP beyond that defined by their MIME semantics.

In general, an HTTP user agent SHOULD follow the same or similar behavior as a MIME user agent would upon receipt of a multipart type. If an application receives an unrecognized multipart subtype, the application MUST treat it as being equivalent to "multipart/mixed".

```
Note: The "multipart/form-data" type has been specifically defined
for carrying form data suitable for processing via the POST
request method, as described in RFC 1867 [15].
```

## 3.8 Product Tokens

Product tokens are used to allow communicating applications to identify themselves by software name and version. Most fields using product tokens also allow sub-products which form a significant part of the application to be listed, separated by white space. By convention, the products are listed in order of their significance for identifying the application.

```
product         = token ["/" product-version]
product-version = token
```

Examples:

```
User-Agent: CERN-LineMode/2.15 libwww/2.17b3
Server: Apache/0.8.4
```

Product tokens SHOULD be short and to the point. They MUST NOT be used for advertising or other non-essential information. Although any token character MAY appear in a product-version, this token SHOULD only be used for a version identifier (i.e., successive versions of the same product SHOULD only differ in the product-version portion of the product value).

## 3.9 Quality Values

HTTP content negotiation (section 12) uses short "floating point" numbers to indicate the relative importance ("weight") of various negotiable parameters. A weight is normalized to a real number in the range 0 through 1, where 0 is the minimum and 1 the maximum value. If a parameter has a quality value of 0, then content with this parameter is `not acceptable' for the client. HTTP/1.1 applications MUST NOT generate more than three digits after the decimal point. User configuration of these values SHOULD also be limited in this fashion.

```
qvalue         = ( "0" [ "." 0*3DIGIT ] )
               | ( "1" [ "." 0*3("0") ] )
```

"Quality values" is a misnomer, since these values merely represent relative degradation in desired quality.

## 3.10 Language Tags

A language tag identifies a natural language spoken, written, or otherwise conveyed by human beings for communication of information to other human beings. Computer languages are explicitly excluded. HTTP uses language tags within the Accept-Language and Content- Language fields.

The syntax and registry of HTTP language tags is the same as that defined by RFC 1766 [1]. In summary, a language tag is composed of 1 or more parts: A primary language tag and a possibly empty series of subtags:

```
language-tag  = primary-tag *( "-" subtag )
primary-tag   = 1*8ALPHA
subtag        = 1*8ALPHA
```

White space is not allowed within the tag and all tags are case- insensitive. The name space of language tags is administered by the IANA. Example tags include:

```
en, en-US, en-cockney, i-cherokee, x-pig-latin
```

where any two-letter primary-tag is an ISO-639 language abbreviation and any two-letter initial subtag is an ISO-3166 country code. (The last three tags above are not registered tags; all but the last are examples of tags which could be registered in future.)

## 3.11 Entity Tags

Entity tags are used for comparing two or more entities from the same requested resource. HTTP/1.1 uses entity tags in the ETag (section 14.19), If-Match (section 14.24), If-None-Match (section 14.26), and If-Range (section 14.27) header fields. The definition of how they are used and compared as cache validators is in section 13.3.3. An entity tag consists of an opaque quoted string, possibly prefixed by a weakness indicator.

```
entity-tag = [ weak ] opaque-tag
weak       = "W/"
opaque-tag = quoted-string
```

A "strong entity tag" MAY be shared by two entities of a resource only if they are equivalent by octet equality.

A "weak entity tag," indicated by the "W/" prefix, MAY be shared by two entities of a resource only if the entities are equivalent and could be substituted for each other with no significant change in semantics. A weak entity tag can only be used for weak comparison.

An entity tag MUST be unique across all versions of all entities associated with a particular resource. A given entity tag value MAY be used for entities obtained by requests on different URIs. The use of the same entity tag value in conjunction with entities obtained by requests on different URIs does not imply the equivalence of those entities.

## 3.12 Range Units

HTTP/1.1 allows a client to request that only part (a range of) the response entity be included within the response. HTTP/1.1 uses range units in the Range (section 14.35) and Content-Range (section 14.16) header fields. An entity can be broken down into subranges according to various structural units.

```
range-unit      = bytes-unit | other-range-unit
bytes-unit      = "bytes"
other-range-unit = token
```

The only range unit defined by HTTP/1.1 is "bytes". HTTP/1.1 implementations MAY ignore ranges specified using other units.

HTTP/1.1 has been designed to allow implementations of applications that do not depend on knowledge of ranges.

# EXHIBIT H























