# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SPRINT COMMUNICATIONS COMPANY L.P.; | ) C. A. No.: 1:12-cv-00205-RGA |
| SPRINT SPECTRUM L.P.; and NEXTEL | ) |
| OPERATIONS, INC., | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| Defendants. | ) **REDACTED VERSION** |
| | ) |

## REVISED DECLARATION OF AARON HANKEL IN SUPPORT OF SPRINT'S MOTION FOR SUMMARY JUDGMENT THAT COMCAST'S CLAIMS AGAINST SPRINT'S USE OF <u>ALCATEL-LUCENT</u> PRODUCTS ARE BARRED BY LICENSE AND ESTOPPEL

**MORRIS JAMES LLP**
Richard Herrmann (DE #405)
Mary B. Matterer (DE #2696)
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
T: 302.888.6800
F: 302.571.1750
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Sprint Parties*

Dated: January 27, 2014

**SHOOK, HARDY & BACON LLP**
B. Trent Webb (*pro hac vice*)
Aaron Hankel (*pro hac vice*)
Ryan Schletzbaum (*pro hac vice*)
Ryan D. Dykal (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
T: 816.474.6550
F: 816.421.5547

Robert Reckers (*pro hac vice*)
Jared Tong (*pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas 77002-2992
T: 713.227.8008
F: 713.227.9508

*Of Counsel*

## DECLARATION OF AARON HANKEL

I, Aaron Hankel, declare as follows:

1.	I am an attorney licensed to practice in the State of Missouri, and I have been admitted to this Court *pro hac vice*. I am a member at the law firm Shook, Hardy & Bacon, L.L.P., 2555 Grand Blvd., Kansas City, Missouri, 64108, which represents Defendants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc. (collectively, "Sprint") in the above-entitled action. I make this declaration pursuant to 28 U.S.C. § 1746 in support of Sprint's Motion to for Summary Judgment that Comcast's Claims against Sprint's use of Alcatel-Lucent Products are Barred by License and Estoppel.  Unless otherwise noted, the statements made herein are of my own first-hand knowledge, and if called upon to testify thereof, I could and would do so competently.

2.	Attached hereto as **Exhibit A** is a true and accurate excerpted copy of Expert Report of Dr. Eric Burger, September, 20, 2013.

3.	Attached hereto as **Exhibit B** is a true and accurate excerpted copy of Nicolas Nehme's transcript, Vol. I, Comcast v. Sprint, 1:12-cv-00205-RGA, July 11, 2013.

4.	Attached hereto as **Exhibit C** is a true and accurate copy of Sprint Press Release, http://newsroomsprint.com/news-releases/sprint-announces-network-vision-network-evolution-plan.htm.  January 17, 2014.

5.	███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
████

6. Attached hereto as **Exhibit E** are true and accurate copies of combined Foreign Applications.

7. Attached hereto as **Exhibit F** are true and accurate copies of combines PCT Applications.

8. ███████████████████████████████████████████████████████████████

9. Attached hereto as **Exhibit H** is a true and accurate excerpted copy of deposition transcript of David L. Marcus, Comcast v. Sprint, C.A. No. 1:12-cv-00205-RGA.  August 28, 2013.

10. Attached hereto as **Exhibit I** is a true and accurate copy of Plaintiff Comcast IP Holdings I, LLC's Responses and Objections to Sprint's Second Set of Interrogatories, C.A. No. 1:12-cv-00205-RGA.  August 26, 2013.

11. Attached hereto as **Exhibit J** is a true and accurate copy of E-mail correspondence from Jingyu Zhou to Joshua Rosenberg, dated June 23, 2008.

12. Attached hereto as **Exhibit K** is a true and accurate copy of 2013 Patent Purchase and Sale Agreement.  May 29, 2013.

13. Attached hereto as **Exhibit L** is a true and accurate copy of, first, E-mail correspondence to Pallavi Shah from Mark Dellinger cc: Ken Cannizzaro and Melissa Doogan, ██████████.  March 29, 2013.

14. Attached hereto as **Exhibit M** is a true and accurate copy of, second, E-mail correspondence to Pallavi Shah from Mark Dellinger cc: Ken Cannizzaro and Melissa Doogan, ██████████.  March 29, 2013.

15.     Attached hereto as **Exhibit N** is a true and accurate copy of E-mail correspondence to James Finnegan, cc: Peter Yennadhiou, Ariel Reich, Shah Pallavi, David Marcus and Mark Dellinger, from Filippo Torrigiani, ▮. May 20, 2010.

16.     Attached hereto as **Exhibit O** is a true and accurate copy of E-mail correspondence to James Finnegan, cc: Ariel Reich and Peter Yennadhiou from Filippo Torrigiani. May 28, 2013.

17.     Attached here to as **Exhibit P** is a true and accurate excerpted copy of Ken Cannizzaro's transcript, Vol. I, Comcast v. Sprint, 1:12-cv-00205-RGA, October 15, 2013.

Executed this 17th day of January, 2014.

                                                                    */s/ Aaron Hankel*

6116283