**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

COMCAST IP HOLDINGS I, LLC,

            Plaintiff,

v.

SPRINT COMMUNICATIONS COMPANY L.P.;
SPRINT SPECTRUM L.P.; and
NEXTEL OPERATIONS, INC.,

            Defendants.

C.A. No.: 1:12-cv-00205-RGA

**DEMAND FOR JURY TRIAL**

---

**SPRINT'S MOTION TO EXCLUDE THE SUPPLEMENTAL EXPERT REPORT
OF JEFFREY S. DWOSKIN AND CERTAIN PORTIONS
OF THE EXPERT REPORT OF CARLA S. MULHERN**

Defendants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel

Operations, Inc. (collectively, "Sprint") hereby respectfully move this Court, pursuant to Federal

Rules of Civil Procedure 16(f), 26(a), and 37(c)(1), to exclude (i) the Supplemental Expert

Report of Jeffrey S. Dwoskin and (ii) certain portions of the Expert Report of Carla S. Mulhern

that allege damages in connection with the alleged infringement of  U.S. Patent No. 6,873,694

(the "'694 Patent").  The grounds for this Motion are set forth in the Opening Brief in Support

which is being filed contemporaneously herewith.


Dated:  June 4, 2014

B. Trent Webb (*pro hac vice*)
John D. Garretson (*pro hac vice*)
Aaron E. Hankel (*pro hac vice*) Ryan J.
Schletzbaum (*pro hac vice*)
Ryan D. Dykal (*pro hac vice*)
Lynn C. Herndon (*pro hac vice*)
SHOOK, HARDY & BACON LLP 2555
Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550
bwebb@shb.com, jgarretson@shb.com
ahankel@shb.com, rschletzbaum@shb.com
rdykal@shb.com, lherndon@shb.com

Robert H. Reckers (*pro hac vice*)
Matthew C. Broaddus (*pro hac vice*)
Jared M. Tong (*pro hac vice*)
SHOOK, HARDY & BACON LLP
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2992
(713) 227-8008
rreckers@shb.com
mbroaddus@shb.com
jtong@shb.com

_____*/s/ Richard K. Herrmann*_____
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

David E. Finkelson (*pro hac vice*)
Brian C. Riopelle (*pro hac vice*)
MCGUIREWOODS LLP
901 East Cary Street
Richmond, Virginia, 23219-4030
(804) 775-1000
dfinkelson@mcguirewoods.com
briopelle@mcguirewoods.com

Rachelle H. Thompson (*pro hac vice*)
MCGUIREWOODS LLP
434 Fayetteville Street, Suite 2600
Raleigh, North Carolina 27601-7507
(919) 755-6600
rthompson@mcguirewoods.com

***Attorneys for Sprint***

2

## **DEFENDANTS' RULE 7.1.1 STATEMENT**

Counsel for Defendants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc. hereby states that it met and conferred with opposing counsel to resolve the issues raised in its Motion but to no avail.


Dated: June 4, 2014

*/s/ Richard K. Herrmann*
Richard K. Herrmann

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COMCAST IP HOLDINGS I, LLC,

        Plaintiff,

v.

SPRINT COMMUNICATIONS COMPANY L.P.;
SPRINT SPECTRUM L.P.; and
NEXTEL OPERATIONS, INC.,

        Defendants.

C.A. No.: 1:12-cv-00205-RGA

**DEMAND FOR JURY TRIAL**

### [PROPOSED] ORDER GRANTING SPRINT'S MOTION TO EXCLUDE

Before the Court is Sprint's Motion to Exclude the Supplemental Expert Report of Jeffrey S. Dwoskin and Certain Portions of the Expert Report of Carla S. Mulhern.  Having reviewed the motion and all related briefing, the Court finds good cause exists to grant the motion.  Accordingly, it is:

**ORDERED** that Sprint's Motion to Exclude the Supplemental Expert Report of Jeffrey S. Dwoskin and Certain Portions of the Expert Report of Carla S. Mulhern is **GRANTED**.

Date: _____, 2014

_____
United States District Judge