IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 1:12-cv-00205-RGA |
| | ) |
| SPRINT COMMUNICATIONS | ) **DEMAND FOR JURY TRIAL** |
| COMPANY L.P.; SPRINT SPECTRUM | ) |
| L.P.; and NEXTEL OPERATIONS, INC., | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |

**DECLARATION OF DAVID J. LISSON IN SUPPORT OF PLAINTIFF'S
BRIEF IN OPPOSITION TO SPRINT'S MOTION
<u>FOR SUPPLEMENTAL CLAIM CONSTRUCTION</u>**

## **DECLARATION OF DAVID J. LISSON**

I, David J. Lisson, declare as follows:

1. I am an attorney licensed to practice in the State of California, and I have been admitted to this Court *pro hac vice*. I am an associate at the law firm of Davis Polk & Wardwell LLP, which represents Comcast IP Holdings I, LLC in the above-titled action. I make this declaration pursuant to 28 U.S.C. § 1746 in support of Plaintiff's Brief in Opposition to Sprint's Motion for Supplemental Claim Construction. Unless otherwise noted, the statements made herein are of my own first-hand knowledge, and if called upon to testify thereof, I could and would do so competently.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Response to Office Action in *Ex Parte* Reexamination, dated October 9, 2013, Reexamination Control No. 09/012,846, U.S. Patent. No. 8,204,046.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Response by Patent Owner to Office Action in *Ex Parte* Reexamination, dated November 22, 2013, Reexamination Control No. 90/012,845, U.S. Patent No. 7,012,916.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Notice of Intent to Issue *Ex Parte* Reexamination Certificate, dated January 23, 2014, Reexamination Control No. 90/012,846, U.S. Patent No. 8,204,046.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Notice of Intent to Issue *Ex Parte* Reexamination Certificate, dated January 23, 2014, Reexamination Control No. 90/012,845, U.S. Patent No. 7,012,916.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Dr. Eric Burger, dated December 18, 2013. **[UNDER SEAL]**

Executed this 9th day of June, 2014, at Menlo Park, California.

_____
David J. Lisson