UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SPRINT COMMUNICATIONS COMPANY ) <br> L.P.; SPRINT SPECTRUM L.P.; and ) <br> NEXTEL OPERATIONS, INC. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 1:12-cv-0205-RGA (CJB) <br><br> DEMAND FOR JURY TRIAL |

**STIPULATION AND ORDER**
**EXTENDING RESPONSE AND REPLY DEADLINES FOR MOTION TO EXCLUDE**

Plaintiff Comcast IP Holdings I, LLC ("Comcast") and Defendants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc. (collectively, "Sprint") stipulate as follows:

WHEREAS, on June 4, 2014, Sprint filed a motion to exclude certain portions of expert reports, D.I. No. 249;

WHEREAS, Comcast's response to the foregoing motion is due on June 23, 2014;

WHEREAS, Sprint's reply in support of the foregoing motion is due on July 3, 2014; and

NOW THEREFORE, by and through their respective counsel and subject to the approval of the Court, Comcast and Sprint stipulate that Comcast may file its response to the foregoing motion on June 27, 2014 and Sprint may file its reply in support of the foregoing motion on July 11, 2014.

Respectfully Submitted,

| CONNOLLY GALLAGHER, LLP | MORRIS JAMES LLP, |
|---|---|
| /s/ *Ryan P. Newell* | /s/ *Richard Herrmann* |
| Arthur G. Connolly (#2667) | Richard Herrmann (#405) |
| Ryan P. Newell (#4744) | Mary B. Matterer (#2696) |
| 1000 West St., Suite 1400 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel:   (302) 757-7300 | Tel:   (302) 888-6918 |
| aconnolly@connollygallagher.com | rherrmann@morrisjames.com |
| rnewell@connollygallagher.com | mmatterer@morrisjames.com |

Of Counsel: (left)

DAVIS POLK & WARDWELL LLP
Matthew B. Lehr (# 2370)
Anthony Fenwick
David J. Lisson
Micah G. Block
Anna M. Ison
Shiwoong Kim
Alyse Katz
1600 El Camino Real
Menlo Park, CA 94025
Tel:   (650) 752-2000

*Attorneys for Plaintiff*
*Comcast IP Holdings I, LLC*

Dated:  June 20, 2014

Of Counsel: (right)

SHOOK, HARDY & BACON LLP
B. Trent Webb
Aaron Hankel
Ryan Schletzbaum
Ryan D. Dykal
2555 Grand Boulevard
Kansas City, MO 64108
Tel:   (816) 474-6550

Robert Reckers
Jared Tong
600 Travis Street, Suite 3400
Houston, TX 77002
Tel:   (713) 227-8008

MCGUIREWOODS LLP
David E. Finkelson
Brian C. Riopelle
901 East Cary Street
Richmond, VA 23219
Tel:   (804) 775-1000

MCGUIREWOODS LLP
Rachelle H. Thompson
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601
Tel:   (919) 755-6572

*Attorneys for Defendants Sprint*
*Communications Company L.P., Sprint*
*Spectrum L.P., and Nextel Operations, Inc.*

SO ORDERED this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE