Filed this 15th Day of October, 2015, In Open Court -KM

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 12-205-RGA (CJB) |
| SPRINT COMMUNICATIONS COMPANY ) | |
| L.P.; SPRINT SPECTRUM L.P.; and ) | DEMAND FOR JURY TRIAL |
| NEXTEL OPERATIONS, INC., ) | |
| ) | |
| Defendants. ) | |

**VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge. As used herein, "Comcast" means Comcast IP Holdings I, LLC. As used herein, "Sprint" means Sprint Communications Company L.P.; Sprint Spectrum L.P.; and Nextel Operations, Inc.

## I. ALLEGED INFRINGEMENT BY SPRINT

**Question 1:** Did Comcast prove by a preponderance of the evidence that Sprint infringes one or more of Comcast's patent claims? (A "yes" answer is a decision in favor of Comcast, and a "no" answer is a decision in favor of Sprint.)

✓ Yes  ____ No

*If you answered "Yes" to Question 1, check the appropriate box(es) below to indicate the claim(s) Sprint infringes and the accused call flows that infringe the respective claim(s). (A checked box is a decision in favor of Comcast and a box left blank is a decision in favor of Sprint.)*

### '916 Patent

|  | Claim 45 |
|---|---|
| When an SMI subscriber on a CDMA mobile handset makes a call to another SMI subscriber or a Google Voice subscriber | ✓ |
| When a Google Voice subscriber makes a call to an SMI subscriber | ✓ |
| When a Sprint subscriber using an Airave 2 device makes a call to an SMI subscriber or a Google Voice subscriber | ✓ |

### '046 Patent

|  | Claim 90 | Claim 113 |
|---|---|---|
| When an SMI subscriber on a CDMA mobile handset makes a call to another SMI subscriber or a Google Voice subscriber | ✓ | ✓ |
| When a Google Voice subscriber makes a call to an SMI subscriber | ✓ | ✓ |
| When a Sprint subscriber using an Airave 2 device makes a call to an SMI subscriber or a Google Voice subscriber | ✓ | ✓ |

1

## '008 Patent

|  | Claim 1 | Claim 13 | Claim 27 |
|---|---|---|---|
| When an SMI subscriber on a CDMA mobile handset makes a call to any party except for a Sprint subscriber that is not an SMI or Google Voice user | ✓ | ✓ | ✓ |
| When a Google Voice subscriber makes a call to any party except for a Sprint subscriber that is not an SMI user | ✓ | ✓ | ✓ |
| When a Sprint subscriber on Sprint's CDMA network makes a call to a user of an Airave 2 device | ✓ | ✓ | ✓ |

## II.   DAMAGES

*Only answer Question 2 if you have found that Sprint has infringed one or more claims.*

**Question No. 2:**  What is the amount of damages you have determined for infringement?

$ __7.5 million__

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: __10/15__, 2014                                    _____
                                                            Foreperson

2