UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:12-cv-0205-RGA ) |
| SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC. | ) ) ) ) |
| Defendants. | ) ) ) |

[~~JOINT~~ ~~PROPOSED~~] JUDGMENT

This action came before the Court for a trial by jury on October 6, 2014. The issues have been tried, and the jury rendered its verdict on October 15, 2014. The verdict was accompanied by a verdict form (D.I. 334). A copy of the public version of that verdict form (D.I. 335) is attached hereto. On October 22, 2014, the Court entered judgment pursuant to Rule 58(b)(2) in favor of Plaintiff Comcast IP Holdings I, LLC ("Comcast") and against Defendants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc. (collectively, "Sprint") on Counts 1, 5, and 7 of the Second Amended Complaint (D.I. 342). Before trial, Defendant Sprint filed a Motion for Partial Summary Judgment that the Asserted Claims of U.S. Patent No. 6,873,694 are Invalid Under 35 U.S.C. § 101 (D.I. 151), and the Court granted that Motion on July 16, 2014 (D.I. 292), invalidating Claim 21 of U.S. Patent No. 6,873,694.

Therefore, in accordance with the jury's verdict and the Court's orders, IT IS ORDERED AND ADJUDGED:

That judgment be and is hereby entered in favor of Plaintiff Comcast and against Defendant Sprint that Sprint directly infringes Claim 45 of U.S. Patent No. 7,012,916, Claims 90

#86493069v6

and 113 of U.S. Patent No. 8,204,046, and Claims 1, 13 and 27 of U.S. Patent No. 8,170,008, as set out in the attached verdict form (D.I. 335);

That damages be and are hereby awarded in favor of Plaintiff Comcast and against Defendant Sprint for the aforementioned infringement in the amount of $7.5 million, as set out in the attached verdict form (D.I. 335); and

That judgment be and is hereby entered in favor of Defendant Sprint and against Plaintiff Comcast that Claim 21 of U.S. Patent No. 6,873,694 is invalid under 35 U.S.C. § 101 as set out in the Court's order (D.I. 292).

This Judgment is subject to modification following the Court's consideration of the parties' post-trial motions, if any.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE

Dated: November 14, 2014

                                                                        _____
                                                                        Deputy Clerk

#86493069v6

# EXHIBIT A

Filed this 15th Day of October, 2015, In Open Court _KM_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 12-205-RGA (CJB) |
| SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC., | ) DEMAND FOR JURY TRIAL |
| Defendants. | ) |

**VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge. As used herein, "Comcast" means Comcast IP Holdings I, LLC. As used herein, "Sprint" means Sprint Communications Company L.P.; Sprint Spectrum L.P.; and Nextel Operations, Inc.

## I. ALLEGED INFRINGEMENT BY SPRINT

**Question 1:** Did Comcast prove by a preponderance of the evidence that Sprint infringes one or more of Comcast's patent claims? (A "yes" answer is a decision in favor of Comcast, and a "no" answer is a decision in favor of Sprint.)

✓ Yes  ___ No

*If you answered "Yes" to Question 1, check the appropriate box(es) below to indicate the claim(s) Sprint infringes and the accused call flows that infringe the respective claim(s). (A checked box is a decision in favor of Comcast and a box left blank is a decision in favor of Sprint.)*

### '916 Patent

|  | Claim 45 |
|---|---|
| When an SMI subscriber on a CDMA mobile handset makes a call to another SMI subscriber or a Google Voice subscriber | ✓ |
| When a Google Voice subscriber makes a call to an SMI subscriber | ✓ |
| When a Sprint subscriber using an Airave 2 device makes a call to an SMI subscriber or a Google Voice subscriber | ✓ |

### '046 Patent

|  | Claim 90 | Claim 113 |
|---|---|---|
| When an SMI subscriber on a CDMA mobile handset makes a call to another SMI subscriber or a Google Voice subscriber | ✓ | ✓ |
| When a Google Voice subscriber makes a call to an SMI subscriber | ✓ | ✓ |
| When a Sprint subscriber using an Airave 2 device makes a call to an SMI subscriber or a Google Voice subscriber | ✓ | ✓ |

1

**'008 Patent**

|  | Claim 1 | Claim 13 | Claim 27 |
|---|---|---|---|
| When an SMI subscriber on a CDMA mobile handset makes a call to any party except for a Sprint subscriber that is not an SMI or Google Voice user | ✓ | ✓ | ✓ |
| When a Google Voice subscriber makes a call to any party except for a Sprint subscriber that is not an SMI user | ✓ | ✓ | ✓ |
| When a Sprint subscriber on Sprint's CDMA network makes a call to a user of an Airave 2 device | ✓ | ✓ | ✓ |

## II. DAMAGES

*Only answer Question 2 if you have found that Sprint has infringed one or more claims.*

**Question No. 2:** What is the amount of damages you have determined for infringement?

$ __7.5 million__

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: __10/15__, 2014

_____
Foreperson

2