IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 12-205-RGA (CJB) ) ) |
| SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

## PLAINTIFF'S MOTION FOR POST-TRIAL RELIEF

Pursuant to Fed. R. Civ. Proc. 59(e), 35 U.S.C. § 284 and 28 U.S.C. § 1961(a), and for the reasons stated in the memorandum filed herewith, Plaintiff Comcast IP Holdings I LLC ("Comcast") moves the Court to grant the following post-trial relief: (1) award Comcast $2,921,451 in prejudgment interest, (2) award postjudgment interest on the sum of the jury's $7.5 million damages award and the prejudgment interest award, at the statutory rate with annual compounding, and (3) rule that Comcast is entitled to an ongoing royalty for the continued use of its patented technology in the accused services and order the parties to (a) conduct mediation to negotiate the amount of the ongoing royalty, and (b) submit the dispute to the Court to set the royalty should mediation fail.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:   November 19, 2014 | CONNOLLY GALLAGHER LLP |
|  | By:  /s/ Ryan P. Newell |
| Of Counsel: | Arthur G. Connolly, III (#2667) |
|  | Ryan P. Newell (#4744) |
| Matthew B. Lehr (#2370) | The Brandywine Building |
| Anthony I. Fenwick (*pro hac vice*) | 1000 West St., Suite 1400 |
| David J. Lisson (*pro hac vice*) | Wilmington, DE 19801 |
| Anna M. Ison (*pro hac vice*) | Tel:  (302) 757-7300 |
| Gareth E. DeWalt (*pro hac vice*) | Fax:  (302) 757-7299 |
| Micah G. Block (*pro hac vice*) | aconnolly@connollygallagher.com |
| Shiwoong Kim (*pro hac vice*) | rnewell@connollygallagher.com |
| Alyse L. Katz (*pro hac vice*) |  |
| Brooke A. Pyo (*pro hac vice*) |  |
| DAVIS POLK & WARDWELL LLP | *Attorneys for Plaintiff Comcast IP Holdings I, LLC* |
| 1600 El Camino Real |  |
| Menlo Park, CA 94025 |  |
| Tel:  (650) 752-2000 |  |
| Fax:  (650) 752-2111 |  |