IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC.,<br><br>    Defendants. | C.A. No. 12-205-RGA (CJB)<br><br>DEMAND FOR JURY TRIAL |

**DECLARATION OF CARLA S. MULHERN IN SUPPORT OF OPENING BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR POST-TRIAL RELIEF**

Of Counsel:

Matthew B. Lehr (#2370)
Anthony I. Fenwick (*pro hac vice*)
David J. Lisson (*pro hac vice*)
Anna M. Ison (*pro hac vice*)
Gareth E. DeWalt (*pro hac vice*)
Micah G. Block (*pro hac vice*)
Shiwoong Kim (*pro hac vice*)
Alyse L. Katz (*pro hac vice*)
Brooke A. Pyo (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
Tel: (650) 752-2000
Fax: (650) 752-2111

November 20, 2014

Arthur G. Connolly, III (#2667)
Ryan P. Newell (#4744)
CONNOLLY GALLAGHER LLP
The Brandywine Building
1000 West St., Suite 1400
Wilmington, DE 19801
Tel: (302) 757-7300
Fax: (302) 757-7299
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

*Attorneys for Plaintiff Comcast IP Holdings I, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC,         )<br>                                                          )<br>                                                          )<br>    Plaintiff,                                       )<br>                                                          )<br>v.                                                       )<br>                                                          )<br>SPRINT COMMUNICATIONS COMPANY )<br>L.P.; SPRINT SPECTRUM L.P.; and         )<br>NEXTEL OPERATIONS, INC.,                )<br>                                                          )<br>    Defendants.                                   )<br>_____) | Case No.12-205 RGA |

**DECLARATION OF CARLA S. MULHERN**

**November 19, 2014**

I, Carla S. Mulhern, hereby state and declare as follows:

1.      I make this declaration pursuant to 28 U.S.C. § 1746. Unless otherwise noted, the statements made herein are of my own first-hand knowledge and, if called upon to testify thereof, I could and would do so competently.

2.      I previously submitted an expert report on May 2, 2014 and a reply report on June 18, 2014 in the above captioned case.[1] I also provided trial testimony in this case on October 8, 2014. My background, qualifications and compensation information are set out in my May 2, 2014 report.

3.      In this declaration, I have been asked to calculate the amount of interest that would have accrued on the damages award in the above-captioned case from the date of the hypothetical negotiation to the date of judgment, October 22, 2014. Because the hypothetical negotiation is assumed to have occurred in late 2006,[2] I have conservatively calculated interest starting on January 1, 2007.

4.      In performing this calculation, I have been asked to use the prime rate with quarterly compounding, applied to the $7.5 million judgment.[3] As Exhibit 1 shows, the amount of interest that would have accrued from January 1, 2007 through October 22, 2014 totals $2,921,451. The sum of the $7.5 million damages award and this interest amount is $10,421,451.[4]

---

[1]  Expert Report of Carla S. Mulhern, May 2, 2014 ("Mulhern Report"); Reply Report of Carla S. Mulhern, June 18, 2014.
[2]  Mulhern Report, at ¶¶52-53; Rebuttal Expert Report of Dr. Debra J. Aron, June 4, 2014, at ¶210.
[3]  Judgment, October 22, 2014 (D.I. 342).
[4]  Exhibit 1.

1

2

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on November 19, 2014 at Washington, DC.

                                                                     */s/ Carla S. Mulhern*
                                                                     Carla S. Mulhern