UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST IP HOLDINGS I, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY<br>L.P.; SPRINT SPECTRUM L.P.; and<br>NEXTEL OPERATIONS, INC.,<br><br>    Defendants. | Case No. 12-205 RGA<br><br>DEMAND FOR JURY TRIAL |

### STIPULATION AND PROPOSED ORDER
### FOR DISMISSAL AND WITHDRAWAL OF REQUEST FOR ONGOING ROYALTY

WHEREAS, Comcast IP Holdings I, LLC ("Comcast") and Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc. (collectively, "Sprint") have entered into a Settlement Agreement resolving Comcast's request for an ongoing royalty in the above captioned action;

NOW THEREFORE, Comcast and Sprint hereby stipulate, by and through their respective counsel, as follows:

1. This action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a);

2. Each party will bear its own costs and attorneys' fees.

#90142927v1

Dated:  October 16, 2017

Respectfully submitted,

*/s/ Ryan P. Newell*
Arthur G. Connolly, III (#2667)
Ryan P. Newell (#4744)
CONNOLLY GALLAGHER LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 757-7300
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

Matthew B. Lehr (#2370)
Anthony I. Fenwick (*pro hac vice*)
David J. Lisson (*pro hac vice*)
Micah G. Block(*pro hac vice*)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000 / (650) 752-2111
matthew.lehr@davispolk.com
anthony.fenwick@davispolk.com
david.lisson@davispolk.com
micah.block@davispolk.com

*Attorneys for Plaintiff Comcast IP Holdings I, LLC*


*/s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel:  (302) 886-6918
rherrmann@morrisjames.com
mmatterer@morrisjames.com

David E. Finkelson (*pro hac vice*)
Brian C. Riopelle (*pro hac vice*)
Kristen M. Calleja (*pro hac vice*)
MCGUIREWOODS LLP
One James Center

901 East Cary Street
Richmond, VA 23219-030
804-775-1000
dfinkelson@mcguirewoods.com
briopelle@mcguirewoods.com
kcalleja@mcguirewoods.com

Meghan M. Rachford (*pro hac vice*)
MCGUIREWOODS LLP
1230 Peachtree Street N.W., Suite 2100
Atlanta, GA 30309-3534
mrachford@mcguirewoods.com

B. Trent Webb (*pro hac vice*)
Aaron E. Hankel (*pro hac vice*)
Ryan Dykal (*pro hac vice*)
Ryan J. Schletzbaum (*pro hac vice*)
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6500 / (816) 421-5547
bwebb@shb.com
ahankel@shb.com
rdykal@shb.com
rschletzbaum@shb.com

Robert Reckers (*pro hac vice*)
JPMorgan Chase Tower
600 Travis Street, Suite 1600
Houston, TX 77002
(713) 227-8008 / (713) 227-9508 (fax)
rreckers@shb.com

*Attorneys for Defendants Sprint Communications Company, L.P., Sprint Spectrum, L.P., and Nextel Operations, Inc.*

SO ORDERED this 17 day of October 2017.

_____
The Honorable Richard G. Andrews

#90142927v1